**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
Richmond_____ **Division**

In re   Lewis E. Wilkerson, Jr.

                                    Case No.   20-34576

            Debtor(s)

                                    Chapter   11

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

__X__   Involuntary/Voluntary Petition *[Specify reason for amendment:* subchapter v election_____*]*
        *Check if applicable:* ___ Soc. Sec. No. amended. *[If applicable:* **An original, signed Official Form 121 was
        mailed/hand-delivered to the Clerk's Office on**_____.*]*
___     Summary of Your Assets and Liabilities (and Certain Statistical Information - Individuals Only)
__X__   Declaration (Individuals - Form 106Dec) (Non-Individuals - Form 202)
___     Schedule A/B - Property
___     Schedule C - The Property You Claim as Exempt
___     Schedule D – Creditors Who Hold Claims Secured by Property (See LBR 1009-1)
___     Schedule E/F Creditors Who Have Unsecured Claims (See LBR 1009-1)
        *( $31.00 fee required if adding or deleting pre-petition creditors, changing amounts owed or classification of
        debt.)*   **Check applicable statement(s)**:
                        ___   **Creditor(s) added**      ___ **Creditor(s) deleted**
                        ___   **Change in amounts owed or classification of debt**
                        ___   **No pre-petition creditors added/deleted, or amounts owed or classification of debt
                              changed. [Docket: Amended Schedule(s) and/or Statement(s), List(s)-NO
                              FEE)**
                        ___   **Post-petition creditors added (Schedule of Unpaid Debts)**
        **REMINDER:  Conversion of Chapter 13 to Chapter 7 – only file Schedule of Unpaid Debts.**
___     Schedule G - Executory Contracts and Unexpired Leases
___     Schedule H – Your Codebtors
___     Schedule I – Your Income
___     Schedule J – Your Expenses

**[NOTE: The form "NOTICE TO CREDITOR(S) (RE AMENDMENT)" is still required when adding or deleting creditors.**
**\*Amendment of debtor(s) Social Security Number requires that this cover sheet together with a completed Official Form 121 –
Statement About Your Social Security Numbers be electronically filed or submitted to the Clerk's Office for "restricted" entry
of the amended Social Security Number into the case record.]**

___     Statement of Financial Affairs

___     Statement of Intention for Individuals Filing Under Chapter 7

___     Chapter 11 List of Equity Security Holders

__X__   Chapter 11: The List of Creditors Who Have the 20 Largest Unsecured Claims Against You Who Are Not Insiders

___     Attorney's Disclosure of Compensation

___     Other: _____

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the
amendment(s) checked above has been given this date to the United States Trustee, the trustee in this case, and to any and all entities
affected by the amendment as follows: all creditors on the attached matrix_____
_____.

Date: November 18, 2020_____

                        /s/ Robert A. Canfield_____
                        Attorney for Debtor(s) [or *Pro Se* Debtor(s)]
                        State Bar No.:      16901
                        Mailing Address: 4124 E. Parham Road
                                         Henrico, VA 23228
[amendcs ver 12/16]     Telephone No.:     (804) 673-6600

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Lewis E. Wilkerson, Jr.** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA | | |
| Case number (if known) | **20-34576** | | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes.  Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X  **/s/ Lewis E. Wilkerson, Jr.**                              X  _____
   Lewis E. Wilkerson, Jr.                                          Signature of Debtor 2
   Signature of Debtor 1

   Date  **November 18, 2020**                                Date  _____

Official Form 106Dec                     Declaration About an Individual Debtor's Schedules

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF VIRGINIA

Case number *(if known)*  **20-34576**

Chapter you are filing under:

☐ Chapter 7
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

■ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

04/20

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  |  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Lewis**<br>First name<br><br>**E.**<br>Middle name<br><br>**Wilkerson, Jr.**<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names. |  |  |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-5631 |  |

Debtor 1   **Lewis E. Wilkerson, Jr.**                                  Case number *(if known)*   **20-34576**

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years** | ■ I have not used any business name or EINs. | ☐ I have not used any business name or EINs. |
| Include trade names and *doing business as* names | Business name(s) | Business name(s) |
| | EIN | EIN |

**5. Where you live**

719 Ole Briery Station Road
Keysville, VA 23947
Number, Street, City, State & ZIP Code

**Prince Edward**
County

If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

**PO Box 270**
**Keysville, VA 23947**
Number, P.O. Box, Street, City, State & ZIP Code

**If Debtor 2 lives at a different address:**

Number, Street, City, State & ZIP Code

County

If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

Check one:

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

Check one:

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

Debtor 1  **Lewis E. Wilkerson, Jr.**                                        Case number *(if known)*  **20-34576**

---

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.*

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

---

**8. How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9. Have you filed for bankruptcy within the last 8 years?**

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |

---

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No

☐ Yes.

| Debtor | | | | Relationship to you | |
|---|---|---|---|---|---|
| District | | When | | Case number, if known | |
| Debtor | | | | Relationship to you | |
| District | | When | | Case number, if known | |

---

**11. Do you rent your residence?**

■ No.    Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

Debtor 1   **Lewis E. Wilkerson, Jr.**                    Case number *(if known)*   **20-34576**

---

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

�bg No.    Go to Part 4.

☐ Yes.    Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

_____
Name of business, if any

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____
Number, Street, City, State & ZIP Code

Check the appropriate box to describe your business:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U.S.C. § 1182(1)?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No.    I am not filing under Chapter 11.

☐☑ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐☑ Yes.    I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

☐☑ No.

☐ Yes.

What is the hazard?    _____

For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____

_____
Number, Street, City, State & Zip Code

---

Debtor 1  **Lewis E. Wilkerson, Jr.**  Case number *(if known)*  **20-34576**

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1  **Lewis E. Wilkerson, Jr.** _____  Case number *(if known)*  **20-34576**

## Part 6:  Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

**16a.**  Are your debts primarily consumer debts? *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.

☐ Yes. Go to line 17.

**16b.**  Are your debts primarily business debts? *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☑ Yes. Go to line 17.

**16c.**  State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

☑ No.  I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.  I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

## Part 7:  Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| /s/ Lewis E. Wilkerson, Jr. | |
|---|---|
| **Lewis E. Wilkerson, Jr.** | Signature of Debtor 2 |
| Signature of Debtor 1 | |

| Executed on  **November 18, 2020** | Executed on _____ |
|---|---|
| MM / DD / YYYY | MM / DD / YYYY |

Debtor 1   **Lewis E. Wilkerson, Jr.**                                    Case number *(if known)*   **20-34576**

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

| /s/ Robert A. Canfield | Date | **November 18, 2020** |
|---|---|---|
| Signature of Attorney for Debtor | | MM / DD / YYYY |

**Robert A. Canfield 16901**
Printed name

**Canfield Wells, LLP**
Firm name

**4124 E. Parham Road**
**Henrico, VA 23228**
Number, Street, City, State & ZIP Code

Contact phone   **(804) 673-6600**        Email address   **hunter@cwkllp.com**

**16901 VA**
Bar number & State

---

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Lewis E. Wilkerson, Jr.** | |
| | First Name     Middle Name     Last Name | |
| Debtor 2 | | |
| (Spouse if, filing) | First Name     Middle Name     Last Name | |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA | |
| Case number (if known) | 20-34576 | |

■ Check if this is an amended filing

## B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders          12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**    List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.

|  | | | | Unsecured claim |
|---|---|---|---|---|
| **1** | **Apple Advance Corp**<br>**550 Fairway Dr, Ste 103B**<br>**Deerfield Beach, FL 33441** | What is the nature of the claim? | Cash advance | $ 216,170.00 |
| | | As of the date you file, the claim is: Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>■ None of the above apply | | |
| | | Does the creditor have a lien on your property? | | |
| | | ■ No | | |
| | Contact | ☐ Yes. Total claim (secured and unsecured)<br>Value of security:<br>Unsecured claim | $<br>- $<br>$ | |
| | Contact phone | | | |
| **2** | **Bank of the West**<br>**PO Box 2078**<br>**Omaha, NE 68103-2078** | What is the nature of the claim? | Possible deficiency on surrendered 2017 Mountain Aire RV -3302 | $ 384,505.00 |
| | | As of the date you file, the claim is: Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>■ None of the above apply | | |
| | | Does the creditor have a lien on your property?<br>■ No | | |

B104 (Official Form 104)          For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims          Page 1

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Lewis E. Wilkerson, Jr.**                                 Case number *(if known)*    **20-34576**

---

Contact _____

Contact phone _____

☐    Yes. Total claim (secured and unsecured)        $ _____

Value of security:        - $ _____

Unsecured claim        $ _____

---

**3**

**Caterpillar Financial SvcsCorp**
**PO Box 730669**
**Dallas, TX 75373**

What is the nature of the claim?        Possible deficiency on  $ **$800,000.00**
surrendered logging
equipment        _____

As of the date you file, the claim is: Check all that apply
☐    Contingent
☐    Unliquidated
☐    Disputed
■    None of the above apply

Does the creditor have a lien on your property?
■    No

Contact _____

Contact phone _____

☐    Yes. Total claim (secured and unsecured)        $ _____

Value of security:        - $ _____

Unsecured claim        $ _____

---

**4**

**Daimler Truck Financial**
**13650 Heritage Parkway**
**Fort Worth, TX 76177**

What is the nature of the claim?        Possible deficiency on  $ **$159,039.00**
surrendered 2019
**Western Star -9733**        _____

As of the date you file, the claim is: Check all that apply
☐    Contingent
☐    Unliquidated
☐    Disputed
■    None of the above apply

Does the creditor have a lien on your property?
■    No

Contact _____

Contact phone _____

☐    Yes. Total claim (secured and unsecured)        $ _____

Value of security:        - $ _____

Unsecured claim        $ _____

---

**5**

**Daimler Truck Financial**
**13650 Heritage Parkway**
**Fort Worth, TX 76177**

What is the nature of the claim?        Possible deficiency on  $ **$154,728.00**
surrendered 2019
**Western Star -3152**        _____

As of the date you file, the claim is: Check all that apply
☐    Contingent
☐    Unliquidated
☐    Disputed
■    None of the above apply

Does the creditor have a lien on your property?
■    No

Contact _____

Contact phone _____

☐    Yes. Total claim (secured and unsecured)        $ _____

Value of security:        - $ _____

Unsecured claim        $ _____

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1    Lewis E. Wilkerson, Jr.      Case number *(if known)*    20-34576

| 6 | | |
|---|---|---|

**David J. & Pat Smith**
**56 Wexford Club Drive**
**Hilton Head Island, SC 29928**

What is the nature of the claim?    **Loan**      $ **$700,000.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
     Value of security:    - $ _____
     Unsecured claim    $ _____

Contact _____
Contact phone _____

| 7 | | |
|---|---|---|

**De Lage Landen Financial Svcs**
**PO Box 41602**
**Philadelphia, PA 19101**

What is the nature of the claim?    **Possible deficiency on** $ **$190,878.00**
**surrendered 2019**
**Kenworth truck**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
     Value of security:    - $ _____
     Unsecured claim    $ _____

Contact _____
Contact phone _____

| 8 | | |
|---|---|---|

**De Lage Landen Financial Svcs**
**PO Box 41602**
**Philadelphia, PA 19101**

What is the nature of the claim?    **Possible deficiency on** $ **$159,539.00**
**surrendered 2019**
**Kenworth truck**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
     Value of security:    - $ _____
     Unsecured claim    $ _____

Contact _____
Contact phone _____

| 9 | | |
|---|---|---|

**FNB Equipment**
**1853 Highway 315**
**Pittston, PA 18640**

What is the nature of the claim?    **Possible deficiency on** $ **$157,689.00**
**surrendered 2019**
**Peterbilt -4115**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 3

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1    __Lewis E. Wilkerson, Jr.__                          Case number *(if known)*    __20-34576__

☐

■    None of the above apply

**Does the creditor have a lien on your property?**

■    No

Contact                          ☐    Yes. Total claim (secured and unsecured)      $ _____

_____                          Value of security:      - $ _____

Contact phone                          Unsecured claim      $ _____

---

| 10 | | | |
|---|---|---|---|
| | **What is the nature of the claim?** | 316 Dempseys Road<br>Meherrin, VA 23954<br>**Prince Edward County** | $ **$3,695,545.00** |

**Home Loan Investment Bank**
**1 Home Loan Plaza**
**Warwick, RI 02886**

As of the date you file, the claim is: Check all that apply
☐    Contingent
☐    Unliquidated
☐    Disputed
■    None of the above apply

**Does the creditor have a lien on your property?**

☐    No

Contact                          ■    Yes. Total claim (secured and unsecured)      $ **$4,245,545.00**

_____                          Value of security:      - $ **$550,000.00**

Contact phone                          Unsecured claim      $ **$3,695,545.00**

---

| 11 | | | |
|---|---|---|---|
| | **What is the nature of the claim?** | Possible deficiency on<br>surrendered 2019<br>Kenworth -4515 | $ **$157,846.00** |

**Paccar Financial**
**240 Gibraltar Rd, Ste 200**
**Horsham, PA 19044-2361**

As of the date you file, the claim is: Check all that apply
☐    Contingent
☐    Unliquidated
☐    Disputed
■    None of the above apply

**Does the creditor have a lien on your property?**

■    No

Contact                          ☐    Yes. Total claim (secured and unsecured)      $ _____

_____                          Value of security:      - $ _____

Contact phone                          Unsecured claim      $ _____

---

| 12 | | | |
|---|---|---|---|
| | **What is the nature of the claim?** | Possible deficiency on<br>surrendered 2019<br>Peterbilt -2487 | $ **$159,603.00** |

**Paccar Financial**
**240 Gibraltar Rd, Ste 200**
**Horsham, PA 19044-2361**

As of the date you file, the claim is: Check all that apply
☐    Contingent
☐    Unliquidated
☐    Disputed
■    None of the above apply

**Does the creditor have a lien on your property?**

■    No

---

B 104 (Official Form 104)          For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims          Page 4

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | Lewis E. Wilkerson, Jr. | | Case number *(if known)* | 20-34576 |

| Contact | | ☐ | Yes. Total claim (secured and unsecured) | $ |
| Contact phone | | | Value of security: | - $ |
| | | | Unsecured claim | $ |

---

**13**

Robert E. Dixon
c/o FlorenceGordanBrown, P.C.
901 East Cart Street
Richmond, VA 23219

What is the nature of the claim?    **Timber**    $ **$2,500,000.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■    No

| Contact | | ☐ | Yes. Total claim (secured and unsecured) | $ |
| Contact phone | | | Value of security: | - $ |
| | | | Unsecured claim | $ |

---

**14**

**SonaBank**
P.O. Box 2075
Ashland, VA 23005

What is the nature of the claim?    584 Ole Briery Station    $ **$326,800.00**
Road Keysville, VA
23947  Prince Edward
County

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

☐    No

| Contact | | ■ | Yes. Total claim (secured and unsecured) | $ $400,000.00 |
| Contact phone | | | Value of security: | - $ $73,200.00 |
| | | | Unsecured claim | $ $326,800.00 |

---

**15**

**Sonabank Commercial Banking**
PO Box 2075
Ashland, VA 23005

What is the nature of the claim?    **Loan**    $ **$296,295.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■    No

| Contact | | ☐ | Yes. Total claim (secured and unsecured) | $ |
| Contact phone | | | Value of security: | - $ |
| | | | Unsecured claim | $ |

---

**16**

**Sonabank Commercial Banking**

What is the nature of the claim?    **Loan**    $ **$255,020.00**

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 5

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Lewis E. Wilkerson, Jr.**                                    Case number *(if known)*    **20-34576**

---

**PO Box 2075**
**Ashland, VA 23005**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
Contact                         ☐ Yes. Total claim (secured and unsecured)        $ _____
                                     Value of security:                   - $ _____
Contact phone                        Unsecured claim                      $ _____

---

| 17 | | | |
|---|---|---|---|

**Spartan Capital Funding, LLC**
**104 E. 25th St, 10th Floor**
**New York, NY 10010**

What is the nature of the claim?        **Cash advance**        $ **$392,433.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
Contact                         ☐ Yes. Total claim (secured and unsecured)        $ _____
                                     Value of security:                   - $ _____
Contact phone                        Unsecured claim                      $ _____

---

| 18 | | | |
|---|---|---|---|

**The Bank of Charlotte County**
**PO Box 336**
**Phenix, VA 23959**

What is the nature of the claim?        **584 Ole Briery Station**    $ **$500,000.00**
                                        **Road Keysville, VA**
                                        **23947  Prince Edward**
                                        **County**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
☐ No
Contact                         ■ Yes. Total claim (secured and unsecured)        $ **$500,000.00**
                                     Value of security:                   - $ **$73,200.00**
Contact phone                        Unsecured claim                      $ **$500,000.00**

---

| 19 | | | |
|---|---|---|---|

**The Carrington Co., LLC**
**203 Archway Court**
**Lynchburg, VA 24502**

What is the nature of the claim?        **2075 New Bethel Road**    $ **$158,500.00**
                                        **Meherrin, VA 23954**
                                        **Prince Edward County**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

---

B 104 (Official Form 104)                For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        Page 6

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor 1 | Lewis E. Wilkerson, Jr. | | Case number *(if known)* | 20-34576 |

**Does the creditor have a lien on your property?**

☐ No

■ Yes. Total claim (secured and unsecured)  $ **$300,000.00**

Value of security:  - $ **$141,500.00**

Unsecured claim  $ **$158,500.00**

Contact

Contact phone

---

**20**

**Timbervest Partners III VA**
c/o Thompson McMullan, P.C.
100 Shockoe Slip, Third Floor
Richmond, VA 23219

**What is the nature of the claim?**  $ **$443,644.00**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)  $

Value of security:  - $

Unsecured claim  $

Contact

Contact phone

---

**Part 2:  Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X  **/s/ Lewis E. Wilkerson, Jr.**        X  _____
  Lewis E. Wilkerson, Jr.              Signature of Debtor 2
  Signature of Debtor 1


Date  **November 18, 2020**            Date  _____

B 104 (Official Form 104)              For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        Page 7

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Ally Financial
P.O. Box 380902
Minneapolis, MN 55438

American Express
PO Box 650448
Dallas, TX 75265

Apple Advance Corp
550 Fairway Dr, Ste 103B
Deerfield Beach, FL 33441

Arc3 Gases
PO Box 26269
Richmond, VA 23260

ARM Solutions, Inc
PO Box 2929
Camarillo, CA 93011

Bank of America
PO Box 982238
El Paso, TX 79998

Bank of Charlotte County
PO Box 336
Phenix, VA 23959

Bank of Charlotte County
PO Box 2711
Omaha, NE 68103-2711

Bank of the West
PO Box 2078
Omaha, NE 68103-2078

Barclay's Juniper MC
PO Box 13337
Philadelphia, PA 19101

BMO Transportation Finance
BMO Harris Bank NA
PO Box 71951
Chicago, IL 60694-1951

Can Capital, Inc.
WebBank c/o Can Capital
2015 Vaughan Rd, NW, Bldg 500
Kennesaw, GA 30144

Capital One
PO Box 71083
Charlotte, NC 28272

Carter Machinery Co, Inc.
PO Box 751053
Charlotte, NC 28275-1053

CAT Commercial Revolving Card
Dept. 33-8025507039
PO Box 78004
Phoenix, AZ 85062

Caterpillar Financial SvcsCorp
PO Box 730669
Dallas, TX 75373

CFS Group
PO Box 580203
Charlotte, NC 28258-0203

Citizens Bank NA
PO Box 255587
Sacramento, CA 95865

Colony Tire Corp #33
2900 Deepwater Terminal
Richmond, VA 23234

Cumberland State Forest
State Forester of Va
751 Oak Hill Road
Cumberland, VA 23040

Daimler Truck Financial
13650 Heritage Parkway
Fort Worth, TX 76177

David J. & Pat Smith
56 Wexford Club Drive
Hilton Head Island, SC 29928


Dawn H. Wilkerson
390 Maple Road
Keysville, VA 23947


De Lage Landen Financial Svcs
PO Box 41602
Philadelphia, PA 19101


Essex Bank
9954 Mayland Drive, Ste 2100
Henrico, VA 23233


Everest Business Funding
5 West 37th St, Ste 1100
New York, NY 10018


Farmers Bank of Appomattox
PO Box 216
Appomattox, VA 24522


Flaminia Investments, LLC
2610 Business Drive
Cumming, GA 30028


FNB Equipment
1853 Highway 315
Pittston, PA 18640


Fred C. & Jane E. Howell
104 Clopton Court
Lynchburg, VA 24503


GM Financial
PO Box 183593
Arlington, TX 76096


Hancock Natural Resource Group
197 Clarendon St C-08-99
Boston, MA 02116

Home Loan Investment Bank
1 Home Loan Plaza
Warwick, RI 02886


Home Loan Investment Bank, FSB
c/o Samuel I. White, PC
596 Lynnhaven Parkway, Ste 200
Virginia Beach, VA 23452


Internal Revenue Service
P.O.Box 7346
Philadelphia, PA 19101


IPFS Corporation
PO Box 412086
Kansas City, MO 64141


Knight Capital Funding
9 E. Loockerman St, #202-543
Dover, DE 19901


Paccar Financial
240 Gibraltar Rd, Ste 200
Horsham, PA 19044-2361


Parker Fuel Freedom
PO Box 142
South Hill, VA 23970


Parker Oil & Propane
617 S. Main St
Chase City, VA 23924


Parker Oil & Propane
308 2nd St SE
Chase City, VA 23911


Parker Oil & Propane
2000 W. Third St
Farmville, VA 23901


Robert E. Dixon
c/o FlorenceGordanBrown, P.C.
901 East Cart Street
Richmond, VA 23219

SelectPortfolio Servicing, Inc
PO Box 65450
Salt Lake City, UT 84165


SonaBank
P.O. Box 2075
Ashland, VA 23005


Sonabank Commercial Banking
PO Box 2075
Ashland, VA 23005


Spartan Capital Funding, LLC
104 E. 25th St, 10th Floor
New York, NY 10010


SwiftFinancial,LLC/Loanbuilder
a PayPal service
3505 Silverside Road
Wilmington, DE 19810


The Bank of Charlotte County
PO Box 336
Phenix, VA 23959


The Carrington Co., LLC
203 Archway Court
Lynchburg, VA 24502


Timbervest Partners III VA
c/o Thompson McMullan, P.C.
100 Shockoe Slip. Third Floor
Richmond, VA 23219


Truck Enterprises, Inc.
3440 S. Main Street
Harrisonburg, VA 22801


U.S. Trustee's Office
701 E. Broad Street
Suite 4000
Richmond, VA 23219

Union Funding Source
780 Long Beach Blvd
Long Beach, NY 11561


Unique Funding Solutions
2715 Coney Island Ave
Brooklyn, NY 11235


Universal Platinum Fleet Progr
PO Box 1239
Covington, LA 70434


Verizon
PO Box 16801
Newark, NJ 07101


Verizon Connect Fleetmatics
1100 Winter Street
Suite 4600
Waltham, MA 02451


Wells Fargo
PO Box 77053
Minneapolis, MN 55480


WST Products LLC
PO Box 270
Keysville, VA 23947


WST Products, LLC
PO Box 270
Keysville, VA 23947