**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Lewis E. Wilkerson Jr.** | Social Security number or ITIN **xxx–xx–5631** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Eastern District of Virginia** | | Date case filed for chapter  **11   11/17/20** |
| Case number:   **20–34576–KLP** | | |

## Official Form 309E1 (For Individuals or Joint Debtors)
# Notice of Chapter 11 Bankruptcy Case

02/20

**For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 11 plan may result in a discharge of debt. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 10 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Lewis E. Wilkerson Jr. | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | PO Box 270<br>Keysville, VA 23947 | |
| 4. | **Debtor's attorney**<br>Name and address | Robert A. Canfield<br>Canfield Wells, LLP<br>4124 E. Parham Road<br>Henrico, VA 23228 | Contact phone  804–673–6600<br><br>Email  bcanfield@canfieldbaer.com |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov.<br><br>**McVCIS 24–hour case information:**<br>Toll Free 1–866–222–8029 | **Location of the Bankruptcy Clerk's Office:**<br>701 East Broad Street<br>Richmond, VA 23219 | **Clerk of the Bankruptcy Court:**<br>William C. Redden<br><br>**Court Information:**<br>Hours open:<br>9:00 a.m. to 4:00 p.m. Monday thru Friday<br><br>Contact phone  804–916–2400<br><br>Date: 11/24/20 |

**For more information, see page 2 >**

Debtor **Lewis E. Wilkerson Jr.**                                                                                            Case number **20–34576–KLP**

| | | |
|---|---|---|
| **6. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **December 17, 2020 at 03:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**For telephonic 341 creditors meeting, dial–in contact information 877–989–1106, Access Code: 2506551. For updates see, www.vaeb.uscourts.gov** |
| **7. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under 11 U.S.C. § 1141(d)(3) or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). | First date set for hearing on confirmation of plan. The court will send you a notice of that date later.<br><br>**Filing deadline for dischargeability complaints: February 16, 2021** |
| | **Deadline for filing proof of claim:**<br>**For all creditors (except a governmental unit):** 3/17/21<br>**For a governmental unit:**                  5/17/21<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br>You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing Deadline:**<br>30 days after the *conclusion* of the meeting of creditors |
| **8. Creditors with a foreign address** | If you are a creditor receiving mailed notice at a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **9. Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate the debtor's business. | |
| **10. Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of a debt. See 11 U.S.C. § 1141(d). However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you believe that a particular debt owed to you should be excepted from the discharge under 11 U.S.C. § 523 (a)(2), (4), or (6), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1141 (d)(3), you must file a complaint and pay the filing fee in the clerk's office by the first date set for the hearing on confirmation of the plan. The court will send you another notice telling you of that date. | |
| **11. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 7. | |

**For more information, see page 3 >**

| | | |
|---|---|---|
| **12.** | **Local Rule Dismissal Warning** | Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007–1, 1007–3, and 2003–1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004–2 and 6007–1. |
| **13.** | **Payment of Fees for Richmond Case and Adversary Filing and Miscellaneous Requests** | Exact Change Only accepted as of February 4, 2008, for payment of fees and services. Payment may be made by non–debtor's check, money order, cashier's check or a 'not to exceed check' made payable to Clerk, U.S. Bankruptcy Court, or any authorized non–debtor's credit card. |

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to bankruptcynotices.uscourts.gov or call, toll free: 877–837–3424. Case/docket information available on Internet @ Case/docket information available on Internet @ www.vaeb.uscourts.gov*

**ATTENTION DEBTORS:** Receive your court notices and orders by email through the DeBN. Same–day delivery. Convenient Access. Free. For more information and to download the request form, go to www.vaeb.uscourts.gov and select the Debtor Electronic Bankruptcy Noticing link from the ATTENTION DEBTORS DeBN banner.

# UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia

In re:  
Lewis E. Wilkerson Jr.

Case Number: 20−34576−KLP  
Chapter 11

Social Security/Taxpayer ID Nos.:  
xxx−xx−5631

Debtor(s)

## NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM AND PROOFS OF INTEREST

NOTICE IS HEREBY GIVEN that pursuant to Local Bankruptcy Rule 3003−1 the deadline set by the court under Federal Rule of Bankruptcy Procedure 3003(c) for filing proofs of claim and interest is March 17, 2021 (the "Bar Date"). Claims not filed by the Bar Date with the clerk of this court will not be allowed and will be forever barred, with the following exceptions:

1. Governmental units shall have until May 17, 2021, to file proofs of claim.

2. Claims and interests listed on the debtor's schedules and **not** listed as disputed, contingent, or unliquidated. (Note: a creditor who desires to rely on the schedules of creditors has the responsibility for determining that the claim is listed accurately.)

3. Unsecured claims of the type specified in Federal Rule of Bankruptcy Procedure 3002(c)(3) which arise or become allowable as a result of a judgment if the judgment is for the recovery of money or property or avoids an interest in property shall be filed within 30 days after the judgment becomes final or the Bar Date set forth above, whichever is later.

4. Claims of the type specified in Federal Rule of Bankruptcy Procedure 3002(c)(4) arising from the rejection of an executory contract or unexpired lease shall be filed within 30 days after entry of the order approving such rejection or the Bar Date set forth above, whichever is later.

Dated: November 24, 2020  
Proof of Claim page for Chapter 11

FOR THE COURT:  
William C. Redden  
Clerk of the Bankruptcy Court

United States Bankruptcy Court

Eastern District of Virginia

In re:  Case No. 20-34576-KLP

Lewis E. Wilkerson, Jr.  Chapter 11

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0422-7  User: bullockn  Page 1 of 3
Date Rcvd: Nov 24, 2020  Form ID: 309E1  Total Noticed: 66

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lewis E. Wilkerson, Jr., PO Box 270, Keysville, VA 23947-0270 |
| aty | + | Johnie Rush Muncy, Samuel I. White, P.C., 1804 Staples Mill Road, Suite 200, Richmond, VA 23230-3530 |
| aty | + | Kathryn R. Montgomery, Office of the United States Trustee, 701 East Broad Street, Ste. 4303, Richmond, VA 23219-1833 |
| ust | + | John P. Fitzgerald, III, Office of the US Trustee - Region 4 -R, 701 E. Broad Street, Ste. 4304, Richmond, VA 23219-1849 |
| 15517269 | + | ARM Solutions, Inc, PO Box 2929, Camarillo, CA 93011-2929 |
| 15517267 | + | Apple Advance Corp, 550 Fairway Dr, Ste 103B, Deerfield Beach, FL 33441-1821 |
| 15517268 | + | Arc3 Gases, PO Box 26269, Richmond, VA 23260-6269 |
| 15517275 | | BMO Transportation Finance, BMO Harris Bank NA, PO Box 71951, Chicago, IL 60694-1951 |
| 15517271 | + | Bank of Charlotte County, PO Box 336, Phenix, VA 23959-0336 |
| 15517272 | | Bank of Charlotte County, PO Box 2711, Omaha, NE 68103-2711 |
| 15517273 | | Bank of the West, PO Box 2078, Omaha, NE 68103-2078 |
| 15517279 | + | CAT Commercial Revolving Card, Dept. 33-8025507039, PO Box 78004, Phoenix, AZ 85062-8004 |
| 15517281 | | CFS Group, PO Box 580203, Charlotte, NC 28258-0203 |
| 15517278 | | Carter Machinery Co, Inc., PO Box 751053, Charlotte, NC 28275-1053 |
| 15517280 | + | Caterpillar Financial SvcsCorp, PO Box 730669, Dallas, TX 75373-0669 |
| 15517283 | + | Colony Tire Corp #33, 2900 Deepwater Terminal, Richmond, VA 23234-1824 |
| 15517284 | + | Cumberland State Forest, State Forester of Va, 751 Oak Hill Road, Cumberland, VA 23040-2511 |
| 15517286 | + | David J. & Pat Smith, 56 Wexford Club Drive, Hilton Head Island, SC 29928-3356 |
| 15517287 | + | Dawn H. Wilkerson, 390 Maple Road, Keysville, VA 23947-4129 |
| 15517290 | ++ | EVEREST BUSINESS FUNDING LLC, 8200 NW 52ND TERR, SECOND FLOOR, DORAL FL 33166-7852 address filed with court:, Everest Business Funding, 5 West 37th St, Ste 1100, New York, NY 10018-0000 |
| 15517293 | + | FNB Equipment, 1853 Highway 315, Pittston, PA 18640-6101 |
| 15517291 | + | Farmers Bank of Appomattox, PO Box 216, Appomattox, VA 24522-0216 |
| 15517292 | + | Flaminia Investments, LLC, 2610 Business Drive, Cumming, GA 30028-4878 |
| 15517294 | + | Fred C. & Jane E. Howell, 104 Clopton Court, Lynchburg, VA 24503-1100 |
| 15517296 | + | Hancock Natural Resource Group, 197 Clarendon St C-08-99, Boston, MA 02116-5010 |
| 15517297 | + | Home Loan Investment Bank, 1 Home Loan Plaza, Warwick, RI 02886-1765 |
| 15517298 | + | Home Loan Investment Bank, FSB, c/o Samuel I. White, PC, 596 Lynnhaven Parkway, Ste 200, Virginia Beach, VA 23452-7371 |
| 15517301 | + | Knight Capital Funding, 9 E. Loockerman St, #202-543, Dover, DE 19901-8306 |
| 15517303 | + | Parker Fuel Freedom, PO Box 142, South Hill, VA 23970-0142 |
| 15517306 | | Parker Oil & Propane, 2000 W. Third St, Farmville, VA 23901-0000 |
| 15517305 | | Parker Oil & Propane, 308 2nd St SE, Chase City, VA 23911-0000 |
| 15517307 | | Robert E. Dixon, c/o FlorenceGordanBrown, P.C., 901 East Cart Street, Richmond, VA 23219-0000 |
| 15517309 | + | SonaBank, P.O. Box 2075, Ashland, VA 23005-5075 |
| 15517310 | + | Sonabank Commercial Banking, PO Box 2075, Ashland, VA 23005-5075 |
| 15517311 | + | Spartan Capital Funding, LLC, 104 E. 25th St, 10th Floor, New York, NY 10010-8201 |
| 15517312 | + | SwiftFinancial,LLC/Loanbuilder, a PayPal service, 3505 Silverside Road, Wilmington, DE 19810-4905 |
| 15517314 | + | The Carrington Co., LLC, 203 Archway Court, Lynchburg, VA 24502-3605 |
| 15517315 | + | Timbervest Partners III VA, c/o Thompson McMullan, P.C., 100 Shockoe Slip. Third Floor, Richmond, VA 23219-4164 |
| 15517316 | + | Truck Enterprises, Inc., 3440 S. Main Street, Harrisonburg, VA 22801-9758 |
| 15517318 | + | Union Funding Source, 780 Long Beach Blvd, Long Beach, NY 11561-2238 |
| 15517319 | + | Unique Funding Solutions, 2715 Coney Island Ave, Brooklyn, NY 11235-5068 |
| 15517320 | + | Universal Platinum Fleet Progr, PO Box 1239, Covington, LA 70434-1239 |
| 15517321 | + | Verizon, PO Box 16801, Newark, NJ 07101-6801 |
| 15517322 | + | Verizon Connect Fleetmatics, 1100 Winter Street, Suite 4600, Waltham, MA 02451-1453 |
| 15517324 | + | WST Products LLC, PO Box 270, Keysville, VA 23947-0270 |

| District/off: 0422-7 | User: bullockn | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 24, 2020 | Form ID: 309E1 | Total Noticed: 66 |

TOTAL: 45

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: bcanfield@canfieldbaer.com | Nov 25 2020 03:18:00 | Robert A. Canfield, Canfield Wells, LLP, 4124 E. Parham Road, Henrico, VA 23228 |
| tr | + EDI: QPJBARRETT.COM | Nov 25 2020 06:18:00 | Peter J. Barrett, Kutak Rock LLP, 341 Dial 866-861-8980 Code: 8499852, 901 East Byrd Street, Suite 1000, Richmond, VA 23219-4071 |
| 15517265 | + EDI: GMACFS.COM | Nov 25 2020 06:18:00 | Ally Financial, P.O. Box 380902, Minneapolis, MN 55438-0902 |
| 15517266 | + EDI: AMEREXPR.COM | Nov 25 2020 06:18:00 | American Express, PO Box 650448, Dallas, TX 75265-0448 |
| 15517270 | EDI: BANKAMER.COM | Nov 25 2020 06:18:00 | Bank of America, PO Box 982238, El Paso, TX 79998-0000 |
| 15517274 | + EDI: TSYS2.COM | Nov 25 2020 06:18:00 | Barclay's Juniper MC, PO Box 13337, Philadelphia, PA 19101-3337 |
| 15522073 | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 25 2020 03:19:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston, Rhode Island 02919 |
| 15517282 | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 25 2020 03:19:00 | Citizens Bank NA, PO Box 255587, Sacramento, CA 95865-0000 |
| 15517276 | + Email/Text: bkdept@cancapital.com | Nov 25 2020 03:19:00 | Can Capital, Inc., WebBank c/o Can Capital, 2015 Vaughan Rd, NW, Bldg 500, Kennesaw, GA 30144-7831 |
| 15517277 | + EDI: CAPITALONE.COM | Nov 25 2020 06:18:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 15517285 | + EDI: DAIMLER.COM | Nov 25 2020 06:18:00 | Daimler Truck Financial, 13650 Heritage Parkway, Fort Worth, TX 76177-5323 |
| 15517288 | + Email/Text: litigation.recoverybkmailbox@dllgroup.com | Nov 25 2020 03:19:00 | De Lage Landen Financial Svcs, PO Box 41602, Philadelphia, PA 19101-1602 |
| 15517289 | + Email/Text: bankruptcy@essexbank.com | Nov 25 2020 03:21:00 | Essex Bank, 9954 Mayland Drive, Ste 2100, Henrico, VA 23233-1482 |
| 15517295 | + EDI: PHINAMERI.COM | Nov 25 2020 06:18:00 | GM Financial, PO Box 183593, Arlington, TX 76096-3593 |
| 15517300 | + Email/Text: ipfscollectionsreferrals@ipfs.com | Nov 25 2020 03:21:00 | IPFS Corporation, PO Box 412086, Kansas City, MO 64141-2086 |
| 15517299 | + EDI: IRS.COM | Nov 25 2020 06:18:00 | Internal Revenue Service, P.O.Box 7346, Philadelphia, PA 19101-7346 |
| 15517302 | Email/Text: pfc.bankruptcy.packages@paccar.com | Nov 25 2020 03:21:00 | Paccar Financial, 240 Gibraltar Rd, Ste 200, Horsham, PA 19044-2361 |
| 15517304 | + Email/Text: mconner@parkeroilcompany.com | Nov 25 2020 03:21:00 | Parker Oil & Propane, 617 S. Main St, Chase City, VA 23924-1931 |
| 15517308 | + Email/Text: jennifer.chacon@spservicing.com | Nov 25 2020 03:22:00 | SelectPortfolio Servicing, Inc, PO Box 65450, Salt Lake City, UT 84165-0450 |
| 15517317 | + Email/Text: ustpregion04.rh.ecf@usdoj.gov | Nov 25 2020 03:20:00 | U.S. Trustee's Office, 701 E. Broad Street, Suite 4000, Richmond, VA 23219-1849 |
| 15517323 | + EDI: WFFC.COM | Nov 25 2020 06:18:00 | Wells Fargo, PO Box 77053, Minneapolis, MN 55480-7753 |

TOTAL: 21

Case 20-34576-KLP  Doc 19  Filed 11/26/20  Entered 11/27/20 00:18:01  Desc Imaged
Certificate of Notice  Page 7 of 7

| District/off: 0422-7 | User: bullockn | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 24, 2020 | Form ID: 309E1 | Total Noticed: 66 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Home Loan Investment Bank, FSB |
| 15517313 | *+ | The Bank of Charlotte County, PO Box 336, Phenix, VA 23959-0336 |
| 15517325 | *+ | WST Products, LLC, PO Box 270, Keysville, VA 23947-0270 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 26, 2020          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| John P. Fitzgerald, III | USTPRegion04.RH.ECF@usdoj.gov |
| Johnie Rush Muncy | on behalf of Creditor Home Loan Investment Bank  FSB jmuncy@siwpc.com, dsasser@siwpc.com;ewhite@siwpc.com;npatel@siwpc.com;bkreferrals@siwpc.com;siwbkecf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf@siwpc.com |
| Kathryn R. Montgomery | on behalf of U.S. Trustee John P. Fitzgerald  III Kathryn.Montgomery@usdoj.gov |
| Peter J. Barrett | peter.barrett@kutakrock.com  charisse.matthews@kutakrock.com;pbarrett@ecf.axosfs.com |
| Robert A. Canfield | on behalf of Debtor Lewis E. Wilkerson  Jr. bcanfield@canfieldbaer.com, jcooper@canfieldbaer.com;galen@cwkllp.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com |

TOTAL: 5