William A. Broscious, Esquire (VSB #27436)
Kepley Broscious & Biggs, PLC
2211 Pump Road
Richmond, Virginia 23233
(804) 741-0400 x202

*Counsel for Sonabank*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | | |
|---|---|---|
| **In re** ) | | **Chapter 11** |
| ) | | |
| **LEWIS E. WILKERSON, JR.,** ) | | **Case No. 20-34576-KLP** |
| ) | | |
| **Debtor.** ) | | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that William A. Broscious, Esquire, as counsel for Sonabank, hereby enters his appearance pursuant to Fed. R. Bankr. P. 9010(b) in the referenced bankruptcy case commenced by Lewis E. Wilkerson, Jr. (the "Debtor"), and requests that all papers, pleadings, motions, and applications served or required to be served in the case be given to and served on him as follows:

William A. Broscious, Esquire
KEPLEY BROSCIOUS & BIGGS, PLC
2211 Pump Road
Richmond, Virginia  23233

wbroscious@kbbplc.com
Telephone No: 804.741.0400 x202
Facsimile No. 804.741.6175

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by ordinary mail, hand delivery, telephone, facsimile, electronic mail or otherwise, that may affect in any way any rights or interests of Sonabank with respect to the Debtor, or any related entity(ies), or property or proceeds thereof in which the Debtor may claim an interest.

      PLEASE TAKE FURTHER NOTICE that this appearance and request for service of all pleadings and documents is without prejudice to the rights, remedies, and claims of Sonabank against any other entities or any objection that may be made to the subject matter jurisdiction of the Court and shall not be deemed or construed to submit Sonabank to the jurisdiction of the Court.  All rights, remedies, and claims of Sonabank are hereby expressly reserved, including without limitation, the right to make a motion seeking abstention or a motion for withdrawal of the case or a proceeding therein.

Date: December 1, 2020                      By: */s/ William A. Broscious*
                                                                    Counsel

William A. Broscious, Esquire (VSB # 27436)
KEPLEY BROSCIOUS & BIGGS, PLC
2211 Pump Road
Richmond, VA 23233
804-741.0400 x202

      Counsel for Sonabank

## CERTIFICATE OF SERVICE

      I hereby certify that on December 1, 2020, an electronic copy of the foregoing Notice of Appearance and Request for Service was filed using the Court's ECF System which caused electronic notification of filing to be served on all registered users of the ECF System that have requested such notification in the Lewis E. Wilkerson, Jr., bankruptcy proceeding.

                                           */s/ William A. Broscious*
                                           William A. Broscious, Esq. (VSB #27436)