UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:  LEWIS E. WILKERSON, JR.          Case No.: 20-34576-KLP
                                          Chapter 11
        Debtor.

**AMENDED NOTICE OF MOTION**

The above Debtor has filed papers with the Court requesting an extension of time to file his Lists, Schedules and Statements.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the relief sought in the motion, or if you want the Court to consider your views on the motion, then, within fourteen (14) days from the date of this Notice you or your attorney must:

- File with the Court, at the address shown below, a written Response pursuant to Local Bankruptcy Rule 9013-1(H). If you mail your response to the Court for filing, you **must** mail it early enough so the Court will receive it on or before the date stated above to:

    Clerk of Court
    United States Bankruptcy Court
    701 East Broad Street
    Richmond, VA 23219-1888

You must also mail a copy to:

    Robert A. Canfield, Esquire
    Canfield Wells, LLP
    4124 E. Parham Road
    Richmond, VA 23228

Robert A. Canfield, VSB# 16901
Canfield Wells LLP
4124 E. Parham Road
Henrico, VA 23228
Phone: 804-673-6600
Fax: 804-673-6604
Email: bob@cwkllp.com

- Attend the hearing on the Debtor's Motion scheduled to be held on <u>December 22, 2020 at 10:30 a.m.</u> at the United States Bankruptcy Court 701 East Broad Street Richmond, VA 23219, Courtroom 5100.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the motion and may enter an Order granting the motion.

LEWIS E. WILKERSON, JR.

By: /s/ Robert A. Canfield
Robert A. Canfield, Counsel

Robert A. Canfield, VSB# 16901
Canfield Wells LLP
4124 E. Parham Road
Henrico, VA 23228
Phone: 804-673-6600
Fax: 804-673-6604
Email:bob@cwkllp.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the amended notice was mailed by first class prepaid and/or electronically filed to all on the attached service list on the 3rd day of December, 2020.

/s/ Robert A. Canfield
Robert A. Canfield, Counsel

Ally Financial
P.O. Box 380902
Minneapolis, MN 55438

American Express
PO Box 650448
Dallas, TX 75265

Apple Advance Corp
550 Fairway Dr, Ste 103B
Deerfield Beach, FL 33441

Arc3 Gases
PO Box 26269
Richmond, VA 23260

ARM Solutions, Inc
PO Box 2929
Camarillo, CA 93011

Bank of America
PO Box 982238
El Paso, TX 79998

Bank of Charlotte County
PO Box 336
Phenix, VA 23959

Bank of Charlotte County
PO Box 2711
Omaha, NE 68103-2711

Bank of the West
PO Box 2078
Omaha, NE 68103-2078

Barclay's Juniper MC
PO Box 13337
Philadelphia, PA 19101-0000

BMO Transportation Finance
BMO Harris Bank NA
PO Box 71951
Chicago, IL 60694-1951

Can Capital, Inc.
WebBank c/o Can Capital
2015 Vaughan Rd, NW, Bldg 500
Kennesaw, GA 30144

Capital One
PO Box 71083
Charlotte, NC 28272

Carter Machinery Co, Inc.
PO Box 751053
Charlotte, NC 28275-1053

CAT Commercial Revolving Card
Dept. 33-8025507039
PO Box 78004
Phoenix, AZ 85062

Caterpillar Financial SvcsCorp
PO Box 730669
Dallas, TX 75373

CFS Group
PO Box 580203
Charlotte, NC 28258-0203

Citizens Bank N.A.
One Citizens Bank Way
JCA115
Johnston, Rhode Island 02919

Citizens Bank NA
PO Box 255587
Sacramento, CA 95865

Colony Tire Corp #33
2900 Deepwater Terminal
Richmond, VA 23234

Cumberland State Forest
State Forester of Va
751 Oak Hill Road
Cumberland, VA 23040

Daimler Truck Financial
13650 Heritage Parkway
Fort Worth, TX 76177

David J. & Pat Smith
56 Wexford Club Drive
Hilton Head Island, SC 29928

Dawn H. Wilkerson
390 Maple Road
Keysville, VA 23947

De Lage Landen Financial Svcs
PO Box 41602
Philadelphia, PA 19101

Essex Bank
9954 Mayland Drive, Ste 2100
Henrico, VA 23233

Everest Business Funding
5 West 37th St, Ste 1100
New York, NY 10018

Farmers Bank of Appomattox
PO Box 216
Appomattox, VA 24522

Flaminia Investments, LLC
2610 Business Drive
Cumming, GA 30028

FNB Equipment
1853 Highway 315
Pittston, PA 18640

Fred C. & Jane E. Howell
104 Clopton Court
Lynchburg, VA 24503

GM Financial
PO Box 183593
Arlington, TX 76096

Hancock Natural Resource Group
197 Clarendon St C-08-99
Boston, MA 02116

Home Loan Investment Bank
1 Home Loan Plaza
Warwick, RI 02886

Home Loan Investment Bank, FSB
c/o Samuel I. White, PC
596 Lynnhaven Parkway, Ste 200
Virginia Beach, VA 23452

Internal Revenue Service
P.O.Box 7346
Philadelphia, PA 19101

IPFS Corporation
PO Box 412086
Kansas City, MO 64141

Knight Capital Funding
9 E. Loockerman St, #202-543
Dover, DE 19901

Paccar Financial
240 Gibraltar Rd, Ste 200
Horsham, PA 19044-2361

Parker Fuel Freedom
PO Box 142
South Hill, VA 23970

Parker Oil & Propane
617 S. Main St
Chase City, VA 23924

Parker Oil & Propane
308 2nd St SE
Chase City, VA 23911

Parker Oil & Propane
2000 W. Third St
Farmville, VA 23901

Robert E. Dixon
c/o FlorenceGordanBrown, P.C.
901 East Cart Street
Richmond, VA 23219

SelectPortfolio Servicing, Inc
PO Box 65450
Salt Lake City, UT 84165

SonaBank
P.O. Box 2075
Ashland, VA 23005

Sonabank Commerc Bnking
PO Box 2075
Ashland, VA 23005

Spartan Capital Funding, LLC
104 E. 25th St, 10th Floor
New York, NY 10010

SwiftFinancial,LLC/Loanbuilder
a PayPal service
3505 Silverside Road
Wilmington, DE 19810

The Bank of Charlotte County
PO Box 336
Phenix, VA 23959

The Carrington Co., LLC
203 Archway Court
Lynchburg, VA 24502

Timbervest Partners III VA
c/o Thompson McMullan, P.C.
100 Shockoe Slip. Third Floor
Richmond, VA 23219

Truck Enterprises, Inc.
3440 S. Main Street
Harrisonburg, VA 22801

U.S. Trustee's Office
701 E. Broad Street
Suite 4000
Richmond, VA 23219

Union Funding Source
780 Long Beach Blvd
Long Beach, NY 11561

Unique Funding Solutions
2715 Coney Island Ave
Brooklyn, NY 11235

Universal Platinum Fleet Progr
PO Box 1239
Covington, LA 70434

Verizon
PO Box 16801
Newark, NJ 07101

Verizon Connect Fleetmatics
1100 Winter Street
Suite 4600
Waltham, MA 02451

Wells Fargo
PO Box 77053
Minneapolis, MN 55480

WST Products LLC
PO Box 270
Keysville, VA 23947