# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

|  |  |
|---|---|
| In re: | Case No. 20-34576-KLP |
| LEWIS E. WILKERSON, JR. | Chapter Number: 11 |
| Debtor. | **NOTICE OF APPEARANCE**<br>**AND REQUEST FOR NOTICES** |

PLEASE TAKE NOTICE that pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, and 11 U.S.C. §§ 102(1), 342, and 1109(b), the undersigned attorneys for Flaminia Investments, LLC, request that all notices given or required to be given in this action and all related actions, be given and served upon the following:

Justin Smart, Esq.
Sherwood S. Day, Esq.
Richard Gilman, Esq.
1047 Vista Park Drive, Suite D
Forest, VA 24551
Email: jsmart@daylawva.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes, but is not limited to, Orders and Notices of any Application, Motion, Petition, Adversary Complaints, Objections, Requests, any amendments to the Schedules or Statement of Financial Affairs, all pleadings, all creditors committee notices, demands, and all other notices as required by the United States Bankruptcy Code and Rules and/or the Local Rules of the above-referenced court, whether such papers be formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes that the above attorneys request to be added to the master mailing list and the ECF/Pacer electronic notice list for the above-referenced case.

/s/Justin Smart

_____
Justin Smart, Esq.