UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| LEWIS E. WILKERSON JR. | ) | 20-34576-KLP |
| | ) | |
| Debtor | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**W. R. Baldwin, III, Esq.** enters appearance as counsel under Fed. R. Bankr. P. 9010(b) and other rule or order as may be pertinent on behalf of **Robert E. Dixon**, party in interest, and requests under Fed. R. Bankr. P. 2002 and Local Rule 9010-1 that all notices and other papers served or required or permitted to be served in this case be given to and served upon the undersigned counsel as follows:

W. R. Baldwin, III, Esq.
Meyer Baldwin Long & Moore LLP
5600 Grove Avenue
Richmond, VA  23226
Voce:  (804) 285-3888
Facsimile:  (804) 285-7779

email:  billbaldwin@meyerbaldwin.com (non-ECF)
billbaldwin@comcast.net (ECF)

Dated: December 16, 2020                 /s/ W. R. Baldwin, III
                                                              Counsel

W. R. Baldwin, III (VSB #16988)
Meyer Baldwin Long & Moore LLP
5600 Grove Avenue
Richmond, VA  23226
Voice:  (804) 285-3338
Fax:    (804) 285-7779
billbaldwin@meyerbaldwin.com (non-ECF)
billbaldwin@comcast.net (ECF)

Co-Counsel for Robert E. Dixon

## CERTIFICATE OF SERVICE

I certify on December 16, 2020, a true copy of the foregoing pleading was filed via the

Court's ECF System and thereby served via CM/ECF on Robert A. Canfield, Esq., Counsel for

Debtor and other counsel and parties in interest at their email addresses registered with this Court

and that, if applicable, a true copy was mailed via first class mail, postage prepaid, to the persons

indicated below.

                                        /s/ W. R. Baldwin, III

Persons Receiving Mailed Notice:

N/A