UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In Re:  Lewis E. Wilkerson, Jr.,                                  Case No. 20-34576-KLP
                 Debtor.                                                   Chapter 11 v

## ORDER AUTHORIZING SALE OF REAL PROPERTY

Lewis E. Wilkerson, Jr., the debtor and debtor-in-possession in the above-captioned case ("Debtor"), by counsel, appeared before the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division ("Bankruptcy Court"), in connection with the Motion of the Debtor for an Order pursuant to Bankruptcy Code 363 and Bankruptcy Rules 6003, 6004, and 9014 authorizing the Debtor to sell property of his estate.

It appearing to the Bankruptcy Court, and the Bankruptcy Court find, that:

1. The Debtor filed his Motion to Sell (the "Motion") with the Bankruptcy Court on December 16, 2020 seeking Bankruptcy Court approval to sell the Property located in Charlotte County, Virginia with closing to take place as soon as may be practicable to the Commonwealth of Virginia.

2. No objections have been filed to the Motion.

3. After any accrued real estate taxes and related closing costs have been paid, the net proceeds will be paid to Home Loan Investment Bank, extinguishing Home Loan Investment Bank's lien against the Property being sold.

4. The Court further determining that it would be in the best interest of the creditors and parties in interest in this case to allow this sale to take place, and for these reasons and other good cause shown, it is hereby

**ORDERED, ADJUDGED, and DECREED that:**

1. The Motion is GRANTED subject to the terms and conditions set forth herein.

The Debtor is authorized to sell and convey the Property located in Charlotte County, Virginia, more particularly described as:

> **Tax Map No. 40-A-89-B**
> All that certain lot or parcel of land situated in Walton Magisterial District, Charlotte County, Virginia, containing 1.40 acres and more particularly set forth on a plat of survey made by Ralph P. Hines, C.L.S, dated August 28, 1978, and revised August 29, 1979, a copy of which is recorded in the Clerk's Office of the Circuit Court of Charlotte County, Virginia, which said plat is recorded in Plat Book No. 4 at Page 75. Said Parcel of land

Robert A. Canfield, VSB #16901
Canfield Wells, LLP
4124 E. Parham Road
Richmond, VA 23228
☎(804)673-6600
(804)673-6604
*Counsel for Debtor*

adjoins State Rt. 652, other lands of Continental Forest Industries and the property heretofore owned by Emily G. Clemmer. Said property is more particularly described by metes and bounds as follows:

Beginning at a point on State Rt. 652 corner with other property of continental Forest Industries; thence leaving said State Rt. 652 N 45 degrees 00" E 118.4 feet to a point; thence N 38 degrees 55' W 812.29 feet, to an iron; thence N 59 degrees 24' W 50.43 feet to a point; thence 59 degrees 24' W 29.11 feet to a point in State Rt. 652; thence along State Rt. 652 S 24 degrees 55' E. 80.16 feet to a point; thence on an arc 14 degrees 11' 112.98 feet to a point; thence S 39 degrees 6' E 262.39 feet to a point; thence S 30 degrees 17' E 219 feet to the point of beginning.

**Tax Map No. 40-A-89D**
All that certain piece or parcel of real estate, with all improvements thereon and appurtenances thereunto belonging, lying, and being in Walton Magisterial District, Charlotte County, Virginia, fronting on State Route 652, containing 2.41 acres, as shown on a plat of survey made by William W. Dickerson, Jr., L.S. bearing date of the 24th day of July, 1992, which is recorded in the Clerk's Office, Circuit Court, Charlotte County, Virginia, in Deed Book 265, Page 235.

**Tax Map No. 40-A-89**
All that certain tract or parcel of land containing 31 acres, more or less, located in the Walton Magisterial District, Charlotte County, Virginia, and more particularly described as Parcel B and D on the plat pf survey made by Ralph H. Hines, C.L.S., dated August 28, 1978, and revised August 31, 1978, a copy of which survey is duly recorded in the Clerk's Office of the Circuit Court of Charlotte County, Virginia, in Deed Book 184, Page 80, Save and except 3.55 acres conveyed to the Continental Group, Inc. by deed of exchange from Emily G. Clemmer.

**Tax Map No. 40-A-89A**
All that certain tract or parcel of land situate in the Walton Magisterial District, Charlotte County, Virginia, consisting of 20 acres, more or less, as shown as Tract A on a plat by Ralph R. Hines, C.L.S., sated August 28, 1978, revised August 31, 1978, which said plat is recorded in Plat Book No. 4 at page 75 and for a more specific description according to said plat it is described as follows: Beginning at a point on the northeast side of State Route 652 at the corner of C.R. Wilmouth, said corner is 0.3 of a mile to Route No. 652; thence leaving the edge of State Route 652 and the West corner or N 75 degrees 29' E for 167.74 feet to an iron; thence N 69 degrees 57' E for 189.64 feet to an iron; thence N still along Wilmouth's line 66 degrees 27' E for 200.91 feet to an iron; thence N 67 degrees 27' E for 314.69 feet to an iron at the northwest corner of said property; thence S 57 degrees 40' E for 844.78 feet and being a new line to an iron; thence S 18degrees18' W for 318.96 feet along the line of Tract 2 to an iron; thence S 74 degrees 08' W for 124.89 feet to an iron; thence S 38 degrees 37' W for 378.60 feet to a point on the line with Cont. Can Co.; thence N 59 degrees 24' W for 29.11 feet to iron on the North edge of State Route No. 652; thence N 24 degrees 55' W along edge of said Route for 18.62 feet to an iron; thence continuing northwest along the edge of the right-of-way as shown on the plat of ARC = 26.32' R = 157.07' = 09 36' 00" to a point on the edge of said right-of-way; thence N 34 degrees 31' W for 72.21 along Route 652 to a point; thence continuing along Rt. 6562 ARC= 112.68' R=- 112.68' R= 102.64' = 62 54' 0011 to a point; thence S 82 degrees 35' W for 67.70 feet to a point on the edge of Route 652; thence N 59 degrees 24'

    W for 712.58feet to a point on the edge of State Route No. 652; thence continuing northwest along right-of-way or N 25 degrees 05" W for 111.69 feet to a point on the edge of right-of-way; thence ARC = 16.88' R = 55.58' = 17 degrees 24' 00" to a point; thence N 42 degrees 29' W for 66.32 feet to a point on the edge of right-of-way, thence ARC= 16.88' R = 55.58' = 17 degrees 24' 00" to a point; thence N 42 degrees 29' W for 66.32 feet to a point on the edge of State Route 652; thence ARC 40.45' R= 393.89' = 05 degrees 53' 00" to a point of the edge of the roadway; thence N 48 degrees 22' W for 93.05 feet to a point on the edge of said right-of-way; thence continuing along right-of-way ARC 15.08' R= 317.54 = 02 degrees 43' 18" to a point on the northeast edge of the said right-of way, the place and point of beginning.

    **Parcels XVI through XX** Being the same real estate conveyed to Lewis E. Wilkerson, Jr., by deed from Prince Edward Investors, LLC, a Virginia limited liability company, dated December 27, plat of subdivision of Burnette Estate, drawn by W.S. Walker, CLS dated October 30, and November 3, 1961, Clerk's Office, Circuit Court, Charlotte County, Virginia, in Plat Book 3, Page 13

    Being a portion of the same real estate conveyed to Lewis E. Wilkerson, Jr., by deed form Robert D. Barkalow and Shannon P. Kelley Barkalow, husband and wife, dated July 26, 2006, recorded August 1, 2006, Clerk's Office, Circuit Court, Charlotte County, Virginia, in Deed Book 370, Page 469.

2. Closing on the sale of the Property shall occur as soon as possible upon entry of this order.

3. The sale of the Property shall be free and clear of all liens, claims, encumbrances and interest with such liens, claims, and encumbrances attaching to the proceeds of the sale.

4. Upon consummation of the sale, all persons holding any lien, claim, interest or encumbrance against or in the Debtor of any kind or nature whatsoever, are forever barred, estopped, and permanently enjoined from asserting, prosecuting or otherwise pursuing such lien, claim, interest, or encumbrance against Purchasers or the Property.

5. The Debtor is authorized to execute all necessary documents and instruments to complete the sale of the Property.

6. If any person or entity that has filed financing statements, <u>lis pendens,</u> or other documents evidencing a lien, claim, interest or encumbrance in or against the Property shall not have delivered prior to the closing date of the sale, in proper form for filing and executed by the appropriate parties, termination statements, instruments of satisfaction, or releases of all such liens, claims, interests or encumbrances, the filing or recording of a certified copy of this

    Order shall constitute conclusive evidence of the release of all liens, claims, interests or encumbrances in the Property.

7. Purchasers are good faith purchasers and are entitled to all of the full protections of Section 363(m) of the Bankruptcy Code; accordingly, the reversal or modification on appeal of the authorization provided herein shall not affect the validity of the sale to Buyer, unless such sale is duly stayed prior to the closing.

8. The notice period under Bankruptcy Rule 2002(a) is reduced and the Court finds that notice of the Motion was sufficient notice.

9. The ten (10) day waiting period imposed by Federal Rule 6004(h) is waived and the Debtor may proceed with the sale of the Property immediately upon entry of this Order.

10. The Court finds and determines that the requirements of Bankruptcy Rule 6003 are satisfied and the relief requested is necessary to avoid immediate and irreparable harm.

11. This court shall retain jurisdiction of the transaction contemplated by the REPC and shall resolve any disputes arising therefrom.

Entered: Jan 7 2021

/s/ Keith L Phillips

Bankruptcy Judge

Entered On Docket: Jan 8 2021

I ask for this:

   /s/       Robert A. Canfield
Robert A. Canfield, VSB 16901
Canfield Wells, LLP
4124 E. Parham Road
Richmond, VA 23228
Phone: (804) 673-6600
Facsimile: (804) 673-6604
Counsel for Debtor

Seen and not objected to:

 /s/ Kathryn R. Montgomery (permission via E-mail dated 1.4.21)
Kathryn R. Montgomery, Assistant United States Trustee
Shannon F. Pecoraro, VSB No. 46864
Office of the US Trustee
701 E. Broad Street, Ste. 4304
Richmond, VA 23219

  /s/ Peter J. Barrett (permission via E-mail dated 1.4.21)
Peter J. Barrett, Subchapter V Trustee
Kutak Rock LLP
901 East Byrd Street, Suite 1000
Richmond, VA 23219

## CERTIFICATE OF ENDORSEMENT

I hereby certify that the foregoing proposed Order has been endorsed by or on behalf of all necessary parties.

  /s/ Robert A. Canfield
Robert A. Canfield

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Order was sent either electronically or by first class mail, postage pre-paid to all necessary parties on January 6, 2021:

See Attached Sheet

  /s/ Robert A. Canfield
Robert A. Canfield

Ally Financial
P.O. Box 380902
Minneapolis, MN 55438

American Express
PO Box 650448
Dallas, TX 75265

Apple Advance Corp
550 Fairway Dr, Ste 103B
Deerfield Beach, FL 33441

Arc3 Gases
PO Box 26269
Richmond, VA 23260

ARM Solutions, Inc
PO Box 2929
Camarillo, CA 93011

Bank of America
PO Box 982238
El Paso, TX 79998

Bank of Charlotte County
PO Box 336
Phenix, VA 23959

Bank of Charlotte County
PO Box 2711
Omaha, NE 68103-2711

Bank of the West
PO Box 2078
Omaha, NE 68103-2078

Barclay's Juniper MC
PO Box 13337
Philadelphia, PA 19101-0000

BMO Transportation Finance
BMO Harris Bank NA
PO Box 71951
Chicago, IL 60694-1951

Can Capital, Inc.
WebBank c/o Can Capital
2015 Vaughan Rd, NW, Bldg 500
Kennesaw, GA 30144

Capital One
PO Box 71083
Charlotte, NC 28272

Carter Machinery Co, Inc.
PO Box 751053

Charlotte, NC 28275-1053
CAT Commercial Revolving Card
Dept. 33-8025507039
PO Box 78004
Phoenix, AZ 85062
Caterpillar Financial SvcsCorp
PO Box 730669
Dallas, TX 75373
CFS Group
PO Box 580203
Charlotte, NC 28258-0203
Citizens Bank N.A.
One Citizens Bank Way
JCA115
Johnston, Rhode Island 02919
Citizens Bank NA
PO Box 255587
Sacramento, CA 95865

2900 Deepwater Terminal
Richmond, VA 23234
Cumberland State Forest
State Forester of Va
751 Oak Hill Road
Cumberland, VA 23040
Daimler Truck Financial
14372 Heritage Parkway
Fort Worth, TX 76177
David J. & Pat Smith
56 Wexford Club Drive
Hilton Head Island, SC 29928
Dawn H. Wilkerson
390 Maple Road
Keysville, VA 23947
De Lage Landen Financial Svcs
PO Box 41602
Philadelphia, PA 19101

Essex Bank
9954 Mayland Drive, Ste 2100
Henrico, VA 23233

8200 NW 52nd Terrace, 2nd Fl.
Doral, FL  33166

Farmers Bank of Appomattox
PO Box 216
Appomattox, VA 24522

Flaminia Investments, LLC
2610 Business Drive
Cumming, GA 30028

Flaminia Investments, LLC
c/o Smart, Day, & Gilman
1047 Vista Park Dr, Ste D
Forest, VA  24551

FNB Equipment
1853 Highway 315
Pittston, PA 18640

Fred C. & Jane E. Howell
104 Clopton Court
Lynchburg, VA 24503

GM Financial
PO Box 183593
Arlington, TX 76096

Hancock Natural Resource Group
197 Clarendon St C-08-99
Boston, MA 02116

Home Loan Investment Bank
1 Home Loan Plaza
Warwick, RI 02886

Home Loan Investment Bank, FSB
c/o Samuel I. White, PC
596 Lynnhaven Parkway, Ste 200
Virginia Beach, VA 23452

Internal Revenue Service
P.O.Box 7346
Philadelphia, PA 19101

IPFS Corporation
PO Box 412086
Kansas City, MO 64141

Knight Capital Funding
9 E. Loockerman St, #202-543
Dover, DE 19901

Paccar Financial
240 Gibraltar Rd, Ste 200
Horsham, PA 19044-2361

Parker Fuel Freedom
PO Box 142
South Hill, VA 23970

Parker Oil & Propane
617 S. Main St
Chase City, VA 23924


Parker Oil & Propane
2000 W. Third St
Farmville, VA 23901

Robert E. Dixon
c/o FlorenceGordanBrown, P.C.

901 East Cart Street
Richmond, VA 23219

SelectPortfolio Servicing, Inc
PO Box 65450
Salt Lake City, UT 84165

SonaBank
P.O. Box 2075
Ashland, VA 23005

Sonabank Commerc Bnking
PO Box 2075
Ashland, VA 23005

Spartan Capital Funding, LLC
104 E. 25th St, 10th Floor
New York, NY 10010

SwiftFinancial,LLC/Loanbuilder
a PayPal service
3505 Silverside Road
Wilmington, DE 19810

The Bank of Charlotte County
PO Box 336
Phenix, VA 23959

The Carrington Co., LLC
203 Archway Court
Lynchburg, VA 24502


Timbervest Partners III VA
c/o Thompson McMullan, P.C.
100 Shockoe Slip. Third Floor
Richmond, VA 23219

Truck Enterprises, Inc.
3440 S. Main Street
Harrisonburg, VA 22801

U.S. Trustee's Office
701 E. Broad Street
Suite 4000
Richmond, VA 23219

Union Funding Source
780 Long Beach Blvd
Long Beach, NY 11561

Unique Funding Solutions
71 S. Central Avenue
Valley Stream, NY  11580

Universal Platinum Fleet Progr
PO Box 1239
Covington, LA 70434

Verizon
PO Box 16801
Newark, NJ 07101

Verizon Connect Fleetmatics
1100 Winter Street
Suite 4600
Waltham, MA 02451

Wells Fargo
PO Box 77053

Minneapolis, MN 55480
WST Products LLC
PO Box 270

Keysville, VA 23947