| | |
|---|---|
| CASE NAME: | Lewis E. Wilkerson Jr. |
| CASE NUMBER: | 20-34576 |
| JUDGE: | Phillips |

INDIVIDUAL
26-Jan-06

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF VIRGINIA

## RICHMOND DIVISION

## MONTHLY OPERATING REPORT

MONTH ENDING: Nov. 30 , 2020

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING MONTHLY OPERATING REPORT (INDIVIDUAL-1 THROUGH INDIVIDUAL-3) AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE. DECLARATION OF THE PREPARER (OTHER THAN RESPONSIBLE PARTY): IS BASED ON ALL INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.

**RESPONSIBLE PARTY:**

_[signature]_  _Debtor_
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY     TITLE

Lewis E. Wilkerson Jr.     12/28/20
PRINTED NAME OF RESPONSIBLE PARTY     DATE

**PREPARER:**

_[signature]_  _Debtor_
ORIGINAL SIGNATURE OF PREPARER     TITLE

Lewis E. Wilkerson Jr.     12/28/20
PRINTED NAME OF PREPARER     DATE

UNITED STATES BANKRUPTCY COURT  
EASTERN DISTRICT OF VIRGINIA  
RICHMOND DIVISION

INDIVIDUAL-1

26-Jan-06

In Re: Case Name _Lewis E. Wilkerson, Jr_, Chapter 11  
Case Number _20-34576_

## MONTHLY OPERATING REPORT
## INCOME STATEMENT

(Non-Business Debtor, Cash Basis)  
(All figures refer to post-petition transactions)

| Income | Current Month |
|---|---|
| Salary, Wages, etc. | 0.00 |
| Interest, dividends, investments | .03 |
| Business income (Rents, Royalties, Sale of Assets, etc.) | 0.00 |
| Other: VEC 316.00  Transfer from spouse 800.00 | 1116.00 |
| (A)  Total Income | 1116.03 |
| **Expenses** | |
| Automobile Expenses | |
| Car payment | |
| Auto Insurance | |
| Housing | |
| Mortgage payment | 1007.49 |
| Insurance | |
| Real estate tax | |
| Rent | |
| Utilities | |
| Insurance (Other) | |
| Interest | |
| Bank Fees | 10.00 |
| Other Secured Notes | |
| Alimony/Support | |
| Entertainment | |
| Medical | |
| Food | |
| Charitable Contributions | |
| Gifts | |
| Personal Living Expenses | |
| Professional Fees (Attorney, Acct., etc.) | |
| US Trustee Fees | |
| Taxes (Other) | |
| (B)  Total Expenses | 1017.49 |
| (C)  Cash Flow (C=A-B) | 98.54 |
| (D)  Cash forward from prior month | 687.09 |
| (E)  Ending Cash Balance (E=D+C) | 785.63 |
| (F)  Balance per Bank Statement(s) | 785.63 |
| (G)  Less Outstanding Checks | |
| (H)  Add Deposits in Transit | |
| (I)  Reconciled Bank Balance (I=(F-G)+H) | 785.63 |

*(Note Ending Cash Balance (E) and Reconciled Cash Balance (I) should equal)*

| CASE NAME: Lewis E. Wilkerson Jr. |
|---|
| CASE NUMBER: 20-34576 |

INDIVIDUAL-3
26 Jan 06

MONTH: Nov. 30, 2020

## QUESTIONNAIRE

| | YES | NO |
|---|---|---|
| 1. HAVE ANY ASSETS BEEN SOLD OR TRANSFERRED OUTSIDE THE NORMAL COURSE OF BUSINESS THIS REPORTING PERIOD? | | ✓ |
| 2. HAVE ANY FUNDS BEEN DISBURSED FROM ANY ACCOUNT OTHER THAN A DEBTOR IN POSSESSION ACCOUNT? | ✓ | |
| 3. ARE ANY POSTPETITION RECEIVABLES (ACCOUNTS, NOTES, OR LOANS) DUE FROM RELATED PARTIES? | | ✓ |
| 4. HAVE ANY PAYMENTS BEEN MADE ON PREPETITION LIABILITIES THIS REPORTING PERIOD? | ✓ | |
| 5. HAVE ANY POSTPETITION LOANS BEEN RECEIVED BY THE DEBTOR FROM ANY PARTY? | | ✓ |
| 6. ARE ANY POSTPETITION PAYROLL TAXES PAST DUE? | | ✓ |
| 7. ARE ANY POSTPETITION STATE OR FEDERAL INCOME TAXES PAST DUE? | | ✓ |
| 8. ARE ANY POSTPETITION REAL ESTATE TAXES PAST DUE? | | ✓ |
| 9. ARE ANY OTHER POSTPETITION TAXES PAST DUE? | | ✓ |
| 10. ARE ANY AMOUNTS OWED TO POSTPETITION CREDITORS DELINQUENT? | | ✓ |
| 11. HAVE ANY PREPETITION TAXES BEEN PAID DURING THE REPORTING PERIOD? | | ✓ |
| 12. ARE ANY WAGE PAYMENTS PAST DUE? | | ✓ |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "YES," PROVIDE A DETAILED EXPLANATION OF EACH ITEM. ATTACH ADDITIONAL SHEETS IF NECESSARY.

#2 - DIP Account not yet created
#4 - House payment

## INSURANCE

| | YES | NO |
|---|---|---|
| 1. ARE WORKER'S COMPENSATION, GENERAL LIABILITY AND OTHER NECESSARY INSURANCE COVERAGES IN EFFECT? | ✓ | |
| 2. ARE ALL PREMIUM PAYMENTS PAID CURRENT? | ✓ | |
| 3. PLEASE ITEMIZE POLICIES BELOW. | | |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "NO," OR IF ANY POLICIES HAVE BEE CANCELLED OR NOT RENEWED DURING THIS REPORTING PERIOD, PROVIDE AN EXPLANATION BELOW. ATTACH ADDITIONAL SHEETS IF NECESSARY.

All Policies through Farm Bureau on All Parcels

| INSTALLMENT PAYMENTS | | | |
|---|---|---|---|
| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
| n/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |

CASE NAME: Lewis E. Wilkerson, Jr.  
CASE NUMBER: 20-34576  
INDIVIDUAL-2  
26-Jan-06

## ASSETS OF THE ESTATE

| SCHEDULE "A" REAL PROPERTY | SCHEDULE AMOUNT* | MONTH Nov 30 2020 |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. OTHER (ATTACH LIST) | | |
| 5. TOTAL REAL PROPERTY ASSETS | 6,053,451. | |
| SCHEDULE "B" PERSONAL PROPERTY | | |
| 1. CASH ON HAND | 100.— | |
| 2. CHECKING, SAVINGS, ETC. | 785.63 | |
| 3. SECURITY DEPOSITS | | |
| 4. HOUSEHOLD GOODS | 1000.— | |
| 5. BOOKS, PICTURES, ART | 50.— | |
| 6. WEARING APPAREL | 300.— | |
| 7. FURS AND JEWELRY | | |
| 8. FIREARMS & SPORTS EQUIPMENT | 450.— | |
| 9. INSURANCE POLICIES | | |
| 10. ANNUITIES | | |
| 11. RETIREMENT & PROFIT SHARING | | |
| 12. STOCKS | | |
| 13. PARTNERSHIPS & JOINT VENTURES | 4.— | |
| 14. GOVERNMENT & CORPORATE BONDS | | |
| 15. ACCOUNTS RECEIVABLE | | |
| 16. ALIMONY | | |
| 17. OTHER LIQUIDATED DEBTS | | |
| 18. EQUITABLE INTERESTS | | |
| 19. CONTINGENT INTERESTS | | |
| 20. OTHER CLAIMS | | |
| 21. PATENTS & COPYRIGHTS | | |
| 22. LICENSES & FRANCHISES | | |
| 23. AUTOS, TRUCKS & OTHER VEHICLES | 70,544.— | |
| 24. BOATS & MOTORS | | |
| 25. AIRCRAFT | | |
| 26. OFFICE EQUIPMENT | | |
| 27. MACHINERY, FIXTURES & EQUIPMENT | | |
| 28. INVENTORY | | |
| 29. ANIMALS | | |
| 30. CROPS | | |
| 31. FARMING EQUIPMENT | | |
| 32. FARM SUPPLIES | | |
| 33. OTHER (ATTACH LIST) | | |
| 34. TOTAL PERSONAL PROPERTY ASSETS | 73,233.60 | |
| 35. TOTAL ASSETS | 6,126,684.60 | |

* DATE AMENDED _____

Lewis E. Wilkerson, Jr.                                                                                          1/12/2021

| Real Estate | Value |
|---|---|
| 719 Ole Briery Station Rd, Keysville, VA | 249,000.00 |
| 584 Ole Briery Station Rd, Keysville, VA | 73,200.00 |
| 2075 New Bethel Road, Meherrin, VA | 141,500.00 |
| 316 Dempseys Road, Meherrin, VA | 550,000.00 |
| Parcels XIV-XXI Charlotte County, VA | 248,890.00 |
| Maple Road, Charlotte County, VA<br>41-A-66-G     5.5 ac. | 137,865.00 |
| Maple Road, Charlotte Co, VA<br>041-A-66-J     5.03 ac | 19,211.00 |
| Parcels I-XIII, Prince Edward Co, VA | 2,212,400.00 |
| Parcels, Prince Edward Co, VA<br>120-A-2,3,4,5,6     112-5-3 | 232,100.00 |
| Parcels-Howell lien | 2,189,285.00 |
| | 6,053,451.00 |



The Bank of Charlotte County Website

Date 11/30/20          Page    1

LEWIS E WILKERSON JR
DAWN H WILKERSON
P O BOX 270
KEYSVILLE VA 23947-0270

```
NOW Account                                Number of Enclosures                    1
Account Number         Acct Ending 1318    Statement Dates  11/02/20 thru 11/30/20
Previous Balance              371.09       Days in the statement period         29
  7 Deposits/Credits       51,432.00       Average Ledger Balance            701.69
  2 Checks/Debits          51,007.49
Service Charge                 10.00       Interest Earned                      .03
Interest Paid                    .03       Annual Percentage Yield Earned     0.05%
Current Balance               785.63       2020 Interest Paid                   .65
```

|  | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $.00 | $.00 |
| Total Returned Item Fees | $.00 | $.00 |

| *Balance Fee in Service Charge | 10.00 |
|---|---|

| ACTIVITY IN DATE ORDER | | | |
|---|---|---|---|
| Date | Description | Amount | Balance |
| 11/03 | Regular Deposit | 50,000.00 | 50,371.09 |
| 11/03 | Check         5967 | 50,000.00- | 371.09 |
| 11/04 | UI BENEFIT VEC - VIRGINIA PPD | 158.00 | 529.09 |
| 11/12 | UI BENEFIT VEC - VIRGINIA PPD | 158.00 | 687.09 |



# The Bank *of* Charlotte County

The Bank of Charlotte County Website

Date 11/30/20          Page    2

LEWIS E WILKERSON JR
DAWN H WILKERSON
P O BOX 270
KEYSVILLE VA 23947-0270

NOW Account                Acct Ending 1318   (Continued)

| ACTIVITY IN DATE ORDER | | |
|---|---|---|
| Date    Description | Amount | Balance |
| 11/17 Regular Deposit | 400.00 | 1,087.09 |
| 11/18 UI BENEFIT VEC - VIRGINIA PPD | 158.00 | 1,245.09 |
| 11/19 P2P     BBT CK WEBXFR WEB | 400.00 | 1,645.09 |
| 11/20 Transfer to Loan Acct No. Acct Ending 1954 | 1,007.49- | 637.60 |
| 11/25 UI BENEFIT VEC - VIRGINIA PPD | 158.00 | 795.60 |
| 11/30 Interest Deposit | .03 | 795.63 |
| 11/30 Service Charge | 10.00-SC | 785.63 |