**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
Richmond ☑ Division

In re  Lewis E. Wilkerson, Jr.

Case No. 20-34576-KLP

Debtor(s)

Chapter  11

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

- [X] Involuntary/Voluntary Petition *[Specify reason for amendment:* converting from subchapter v to traditional Ch. 11*]*
  *Check if applicable:* ___ Soc. Sec. No. amended. *[If applicable:* **An original, signed Official Form 121 was mailed/hand-delivered to the Clerk's Office on_____.*]*
- [ ] Summary of Your Assets and Liabilities (and Certain Statistical Information - Individuals Only)
- [X] Declaration (Individuals - Form 106Dec) (Non-Individuals - Form 202)
- [ ] Schedule A/B - Property
- [ ] Schedule C - The Property You Claim as Exempt
- [ ] Schedule D – Creditors Who Hold Claims Secured by Property (See LBR 1009-1)
- [ ] Schedule E/F Creditors Who Have Unsecured Claims (See LBR 1009-1)

  *( **$32.00 fee required** if adding or deleting pre-petition creditors, changing amounts owed or classification of debt.)*  **Check applicable statement(s):**
  - ___ **Creditor(s) added**    ___ **Creditor(s) deleted**
  - ___ **Change in amounts owed or classification of debt**
  - ___ **No pre-petition creditors added/deleted, or amounts owed or classification of debt changed. [Docket: Amended Schedule(s) and/or Statement(s), List(s)-NO FEE)**
  - ___ **Post-petition creditors added (Schedule of Unpaid Debts)**

  **REMINDER: Conversion of Chapter 13 to Chapter 7** – only file Schedule of Unpaid Debts.
- [ ] Schedule G - Executory Contracts and Unexpired Leases
- [ ] Schedule H – Your Codebtors
- [ ] Schedule I – Your Income
- [ ] Schedule J – Your Expenses

**[NOTE: The form "NOTICE TO CREDITOR(S) (RE AMENDMENT)" is still required when adding or deleting creditors.**
*****Amendment of debtor(s) Social Security Number requires that this cover sheet together with a completed Official Form 121 – Statement About Your Social Security Numbers be electronically filed or submitted to the Clerk's Office for "restricted" entry of the amended Social Security Number into the case record.]**

- [ ] Statement of Financial Affairs
- [ ] Statement of Intention for Individuals Filing Under Chapter 7
- [ ] Chapter 11 List of Equity Security Holders
- [ ] Chapter 11: The List of Creditors Who Have the 20 Largest Unsecured Claims Against You Who Are Not Insiders
- [ ] Attorney's Disclosure of Compensation
- [ ] Other: _____

### NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the United States Trustee, the trustee in this case, and to any and all entities affected by the amendment as follows: all creditors on the attached matrix.

Date: January 26, 2021

/s/ Robert A. Canfield
Attorney for Debtor(s) [or *Pro Se* Debtor(s)]
State Bar No.: 16901
Mailing Address: 4124 E. Parham Road
Henrico, VA 23228

[amendcs ver. 12/20]

Telephone No.: (804) 673-6600

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | Lewis E. | Wilkerson, | Jr. |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA | | |
| Case number (if known) | 20-34576 | | |

■ Check if this is an amended filing

## Official Form 106Dec
## Declaration About an Individual Debtor's Schedules            12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X  /s/ Lewis E. Wilkerson, Jr.                               X _____
Lewis E. Wilkerson, Jr.                                         Signature of Debtor 2
Signature of Debtor 1

Date  **January 26, 2021**                                   Date _____

Fill in this information to identify your case:

United States Bankruptcy Court for the:
EASTERN DISTRICT OF VIRGINIA

Case number (if known): 20-34576

Chapter you are filing under:
☐ Chapter 7
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

■ Check if this is an amended filing

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy
04/20

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | Your full name | | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | Lewis<br>First name<br><br>E.<br>Middle name<br><br>Wilkerson, Jr.<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name and Suffix (Sr., Jr., II, III) |
| | Bring your picture identification to your meeting with the trustee. | | |
| 2. | All other names you have used in the last 8 years<br><br>Include your married or maiden names. | | |
| 3. | Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN) | xxx-xx-5631 | |

Debtor 1  Lewis E. Wilkerson, Jr.                                    Case number (if known)  20-34576

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| 4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>Business name(s)<br><br>EIN | ☐ I have not used any business name or EINs.<br><br>Business name(s)<br><br>EIN |
| 5. Where you live | 719 Ole Briery Station Road<br>Keysville, VA 23947<br>Number, Street, City, State & ZIP Code<br><br>Prince Edward<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>PO Box 270<br>Keysville, VA 23947<br>Number, P.O. Box, Street, City, State & ZIP Code | If Debtor 2 lives at a different address:<br><br>Number, Street, City, State & ZIP Code<br><br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code |
| 6. Why you are choosing *this district* to file for bankruptcy | Check one:<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) | Check one:<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) |

Official Form 101                      Voluntary Petition for Individuals Filing for Bankruptcy                      page 2

Debtor 1   Lewis E. Wilkerson, Jr.                                                   Case number (if known)   20-34576

### Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

Check one. (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)*). Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
☒ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8. How you will pay the fee**

☒ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☒ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☒ No
☐ Yes.

| Debtor | | Relationship to you |
|---|---|---|
| District | When | Case number, if known |
| Debtor | | Relationship to you |
| District | When | Case number, if known |

**11. Do you rent your residence?**

☒ No.   Go to line 12.
☐ Yes.  Has your landlord obtained an eviction judgment against you?

  ☐ No. Go to line 12.
  ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1    Lewis E. Wilkerson, Jr.                                              Case number (if known)    20-34576

## Part 3:   Report About Any Businesses You Own as a Sole Proprietor

**12.** Are you a sole proprietor of any full- or part-time business?

■ No.    Go to Part 4.

☐ Yes.    Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

Name of business, if any

_____

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

Number, Street, City, State & ZIP Code

_____

Check the appropriate box to describe your business:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13.** Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor or a debtor as defined by 11 U.S.C. § 1182(1)?*

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

☐ No.    I am not filing under Chapter 11.

■ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.   I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

## Part 4:   Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14.** Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?

■ No.

☐ Yes.

What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?

Where is the property?    _____

Number, Street, City, State & Zip Code

Official Form 101    Voluntary Petition for Individuals Filing for Bankruptcy    page 4

Debtor 1   Lewis E. Wilkerson, Jr.                                                         Case number (if known)  20-34576

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**
You must check one:

- ■ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.

  Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

- ☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.

  Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

- ☐ I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.

  To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

  Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

  Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

- ☐ I am not required to receive a briefing about credit counseling because of:

  - ☐ **Incapacity.**
    I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  - ☐ **Disability.**
    My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  - ☐ **Active duty.**
    I am currently on active military duty in a military combat zone.

  If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**
You must check one:

- ☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.

  Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

- ☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.

  Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

- ☐ I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.

  To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

  Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

  If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

  Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

- ☐ I am not required to receive a briefing about credit counseling because of:

  - ☐ **Incapacity.**
    I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  - ☐ **Disability.**
    My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  - ☐ **Active duty.**
    I am currently on active military duty in a military combat zone.

  If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1   Lewis E. Wilkerson, Jr.                                                   Case number (if known)   20-34576

### Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** Consumer debts are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

- ■ No. Go to line 16b.
- ☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** Business debts are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

- ☐ No. Go to line 16c.
- ■ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

**17. Are you filing under Chapter 7?**

- ■ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

- ☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  - ☐ No
  - ☐ Yes

**18. How many Creditors do you estimate that you owe?**

- ☐ 1-49
- ■ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

### Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Lewis E. Wilkerson, Jr.
Lewis E. Wilkerson, Jr.                              Signature of Debtor 2
Signature of Debtor 1

Executed on   January 26, 2021                Executed on
              MM / DD / YYYY                               MM / DD / YYYY

Debtor 1  Lewis E. Wilkerson, Jr.                                              Case number (if known)  20-34576

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

/s/ Robert A. Canfield                                Date  January 26, 2021
Signature of Attorney for Debtor                            MM / DD / YYYY

Robert A. Canfield 16901
Printed name

Canfield Wells, LLP
Firm name

4124 E. Parham Road
Henrico, VA 23228
Number, Street, City, State & ZIP Code

Contact phone  (804) 673-6600           Email address   hunter@cwkllp.com

16901 VA
Bar number & State

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0422-3<br>Case 20-34576-KLP<br>Eastern District of Virginia<br>Richmond<br>Tue Jan 26 09:45:32 EST 2021 | Sonabank (f.k.a. EVB)<br>c/o Kimberely J. Lipscomb<br>P.O. Box 2075<br>Ashland, VA 23005-5075 | United States Bankruptcy Court<br>701 East Broad Street<br>Richmond, VA 23219-1888 |
| ARM Solutions, Inc<br>PO Box 2929<br>Camarillo, CA 93011-2929 | Ally Financial<br>P.O. Box 380902<br>Minneapolis, MN 55438-0902 | (p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 |
| American Express<br>PO Box 650448<br>Dallas, TX 75265-0448 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Apple Advance Corp<br>550 Fairway Dr, Ste 103B<br>Deerfield Beach, FL 33441-1821 |
| Arc3 Gases<br>PO Box 26269<br>Richmond, VA 23260-6269 | BMO Harris Bank N.A.<br>P.O. Box 3040<br>Cedar Rapids, IA 52406-3040 | BMO Transportation Finance<br>BMO Harris Bank NA<br>PO Box 71951<br>Chicago, IL 60694-1951 |
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 | Bank of Charlotte County<br>PO Box 2711<br>Omaha, NE 68103-2711 |
| Bank of Charlotte County<br>PO Box 336<br>Phenix, VA 23959-0336 | Bank of the West<br>2527 Camino Ramon<br>San Ramon CA 94583-4213 | Bank of the West<br>PO Box 2078<br>Omaha, NE 68103-2078 |
| Barclay's Juniper MC<br>PO Box 13337<br>Philadelphia, PA 19101-3337 | CAT Commercial Revolving Card<br>Dept. 33-8025507039<br>PO Box 78004<br>Phoenix, AZ 85062-8004 | CFS Group<br>PO Box 580203<br>Charlotte, NC 28258-0203 |
| Can Capital, Inc.<br>WebBank c/o Can Capital<br>2015 Vaughan Rd, NW, Bldg 500<br>Kennesaw, GA 30144-7831 | Capital One<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |
| Carter Machinery Co, Inc.<br>PO Box 751053<br>Charlotte, NC 28275-1053 | Caterpillar Financial SvcsCorp<br>PO Box 730669<br>Dallas, TX 75373-0669 | (p)CITIZENS BANK N A<br>ATTN BANKRUPTCY TEAM<br>ONE CITIZENS BANK WAY<br>JCA115<br>JOHNSTON RI 02919-1922 |
| Colony Tire Corp #33<br>2900 Deepwater Terminal<br>Richmond, VA 23234-1824 | Cumberland State Forest<br>State Forester of Va<br>751 Oak Hill Road<br>Cumberland, VA 23040-2511 | Daimler Truck Financial<br>14372 Heritage Parkway<br>Forth Worth, TX 76177-3300 |

| | | |
|---|---|---|
| David J. & Pat Smith<br>56 Wexford Club Drive<br>Hilton Head Island, SC 29928-3356 | Dawn H. Wilkerson<br>390 Maple Road<br>Keysville, VA 23947-4129 | De Lage Landen Financial Svcs<br>PO Box 41602<br>Philadelphia, PA 19101-1602 |
| Essex Bank<br>9954 Mayland Drive, Ste 2100<br>Henrico, VA 23233-1482 | Everest Business Funding<br>8200 NW 52nd Terrace, 2nd Flr<br>Doral, FL 33166-7852 | FNB Equipment<br>1853 Highway 315<br>Pittston, PA 18640-6101 |
| Farmers Bank of Appomattox<br>PO Box 216<br>Appomattox, VA 24522-0216 | Flaminia Investments, LLC<br>2610 Business Drive<br>Cumming, GA 30028-4878 | Flaminia Investments, LLC<br>P.O. Box 1168<br>Forest, VA 24551-5168 |
| Fred C. & Jane E. Howell<br>104 Clopton Court<br>Lynchburg, VA 24503-1100 | GM Financial<br>PO Box 183593<br>Arlington, TX 76096-3593 | Hancock Natural Resource Group<br>197 Clarendon St C-08-99<br>Boston, MA 02116-5010 |
| Home Loan Investment Bank<br>1 Home Loan Plaza<br>Warwick, RI 02886-1765 | Home Loan Investment Bank, FSB<br>c/o Samuel I. White, PC<br>596 Lynnhaven Parkway, Ste 200<br>Virginia Beach, VA 23452-7371 | IPFS Corporation<br>PO Box 412086<br>Kansas City, MO 64141-2086 |
| Internal Revenue Service<br>P.O.Box 7346<br>Philadelphia, PA 19101-7346 | Knight Capital Funding<br>9 E. Loockerman St, #202-543<br>Dover, DE 19901-8306 | Mercedes-Benz Financial Services USA LLC<br>c/o BK Servicing, LLC<br>PO Box 131265<br>Roseville, MN 55113-0011 |
| (p)PACCAR FINANCIAL CORP<br>P O BOX 1518<br>BELLEVUE WA 98009-1518 | Parker Fuel Freedom<br>PO Box 142<br>South Hill, VA 23970-0142 | Parker Oil & Propane<br>2000 W. Third St<br>Farmville, VA 23901-0000 |
| Parker Oil & Propane<br>308 2nd St SE<br>Chase City, VA 23911-0000 | Parker Oil & Propane<br>617 S. Main St<br>Chase City, VA 23924-1931 | Robert E. Dixon<br>c/o FlorenceGordanBrown, P.C.<br>901 East Cart Street<br>Richmond, VA 23219-0000 |
| SelectPortfolio Servicing, Inc<br>PO Box 65450<br>Salt Lake City, UT 84165-0450 | SonaBank<br>P.O. Box 2075<br>Ashland, VA 23005-5075 | Sonabank Commercial Banking<br>PO Box 2075<br>Ashland, VA 23005-5075 |
| Spartan Capital Funding, LLC<br>104 E. 25th St, 10th Floor<br>New York, NY 10010-8201 | Spartan Capital Funding, LLC<br>Thomson Ollunga LLP<br>747 Third Ave, 2nd Floor<br>New York, NY 10017-2878 | Swift Financial, LLC<br>as Servicing Agent for WebBank<br>3505 Silverside Rd., Suite 200<br>Wilmington, DE 19810-4905 |

SwiftFinancial,LLC/Loanbuilder
a PayPal service
3505 Silverside Road
Wilmington, DE 19810-4905

The Carrington Co., LLC
203 Archway Court
Lynchburg, VA 24502-3605

Timbervest Partners III VA
c/o Thompson McMullan, P.C.
100 Shockoe Slip. Third Floor
Richmond, VA 23219-4164

Truck Enterprises, Inc.
3440 S. Main Street
Harrisonburg, VA 22801-9758

Truck Enterprises, Inc.
P.O. Box 4470
Harrisonburg, VA 22801-9544

U.S. Trustee's Office
701 E. Broad Street
Suite 4000
Richmond, VA 23219-1849

Union Funding Source
780 Long Beach Blvd
Long Beach, NY 11561-2238

Unique Funding Solutions
71 S Central Ave
Valley Stream, NY 11580-5495

Universal Platinum Fleet Progr
PO Box 1239
Covington, LA 70434-1239

Verizon
PO Box 16801
Newark, NJ 07101-6801

Verizon Connect Fleetmatics
1100 Winter Street
Suite 4600
Waltham, MA 02451-1453

WST Products LLC
PO Box 270
Keysville, VA 23947-0270

Wells Fargo
PO Box 77053
Minneapolis, MN 55480-7753

Wells Fargo Bank, N.A.
Wells Fargo Card Services
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

John P. Fitzgerald, III
Office of the US Trustee - Region 4 -R
701 E. Broad Street, Ste. 4304
Richmond, VA 23219-1849

Lewis E. Wilkerson Jr.
PO Box 270
Keysville, VA 23947-0270

Peter J. Barrett
Kutak Rock LLP
341 Dial 866-861-8980 Code: 8499852
901 East Byrd Street, Suite 1000
Richmond, VA 23219-4071

Robert A. Canfield
Canfield Wells, LLP
4124 E. Parham Road
Henrico, VA 23228-3752

Robert E. Dixon
c/o W. R. Baldwin, III
5600 Grove Ave
Richmond, VA 23226-2102

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

AmeriCredit Financial Services, Inc.
dba GM Financial
P O Box 183853
Arlington, TX 76096

Bank of America
PO Box 982238
El Paso, TX 79998-0000

Citizens Bank N.A.
One Citizens Bank Way
JCA115
Johnston, Rhode Island 02919

(d)Citizens Bank NA
PO Box 255587
Sacramento, CA 95865-0000

Paccar Financial
240 Gibraltar Rd, Ste 200
Horsham, PA 19044-2361

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Flamina Investments, LLC
Day Law Group, PLLC
PO Box 1168
Forest24551

(u)Home Loan Investment Bank, FSB

(u)Swift Financial Corporation

(d)The Bank of Charlotte County
PO Box 336
Phenix, VA 23959-0336

(d)The Farmers Bank of Appomattox
P.O. Box 216
Appomattox, VA 24522-0216

(d)WST Products, LLC
PO Box 270
Keysville, VA 23947-0270

End of Label Matrix
Mailable recipients    78
Bypassed recipients    6
Total                  84