| | |
|---|---|
| CASE NAME: Lewis E. Wilkerson, Jr. <br> CASE NUMBER: 20-34576 <br> JUDGE: Keith L. Philips | INDIVIDUAL <br> 26-Jan-06 |

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF VIRGINIA

## RICHMOND DIVISION

## MONTHLY OPERATING REPORT

MONTH ENDING: December, 2020

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING MONTHLY OPERATING REPORT (INDIVIDUAL-1 THROUGH INDIVIDUAL-3) AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE. DECLARATION OF THE PREPARER (OTHER THAN RESPONSIBLE PARTY): IS BASED ON ALL INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.

**RESPONSIBLE PARTY:**

_[signature]_
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY                    TITLE

Lewis E. Wilkerson Jr.                                     2/8/21
PRINTED NAME OF RESPONSIBLE PARTY                          DATE

**PREPARER:**

_[signature]_                                              Attorney
ORIGINAL SIGNATURE OF PREPARER                             TITLE

_____                              _____
PRINTED NAME OF PREPARER                                   DATE

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

INDIVIDUAL-1

26-Jan-06

In Re: Case Name _Lewis E. Wilkerson, Jr._, Chapter 11
Case Number _20 34576_

## MONTHLY OPERATING REPORT
## INCOME STATEMENT

(Non-Business Debtor, Cash Basis)
(All figures refer to post-petition transactions)

| | Current Month |
|---|---|
| **Income** | |
| Salary, Wages, etc. | |
| Interest, dividends, investments | |
| Business income (Rents, Royalties, Sale of Assets, etc.) | |
| Other: See Statement + Attachment | |
| **(A)  Total Income** | 474.00 |
| **Expenses** | |
| Automobile Expenses | |
| Car payment | |
| Auto Insurance | |
| Housing | |
| Mortgage payment | |
| Insurance | |
| Real estate tax | |
| Rent | |
| Utilities | 329.77 |
| Insurance (Other) | |
| Interest | |
| Bank Fees | |
| Other Secured Notes | |
| Alimony/Support | |
| Entertainment | |
| Medical | |
| Food | |
| Charitable Contributions | |
| Gifts | |
| Personal Living Expenses | |
| Professional Fees (Attorney, Acct., etc.) | |
| US Trustee Fees | |
| Taxes (Other) | |
| | |
| **(B)  Total Expenses** | 431.40 |
| | |
| **(C)  Cash Flow (C=A-B)** | 42.60 |
| **(D)  Cash forward from prior month** | 785.63 |
| **(E)  Ending Cash Balance (E=D+C)** | 828.230 |
| | |
| **(F)  Balance per Bank Statement(s)** | 828.23 |
| **(G)  Less Outstanding Checks** | 0 |
| **(H)  Add Deposits in Transit** | 0 |
| **(I)  Reconciled Bank Balance (I-(F-G)+H)** | 828.230 |

*(Note Ending Cash Balance (E) and Reconciled Cash Balance (I) should equal)*

CASE NAME: Lewis E. Wilkerson, Jr.   INDIVIDUAL-2

CASE NUMBER: 20-34576   26-Jan-06

| ASSETS OF THE ESTATE | | |
|---|---|---|
| SCHEDULE "A" REAL PROPERTY | SCHEDULE AMOUNT * | MONTH December 2020 |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. OTHER (ATTACH LIST) | | |
| 5. TOTAL REAL PROPERTY ASSETS | 6,053,451 | |
| SCHEDULE "B" PERSONAL PROPERTY | | |
| 1. CASH ON HAND | 100.— | |
| 2. CHECKING, SAVINGS, ETC. | 828.23 | |
| 3. SECURITY DEPOSITS | | |
| 4. HOUSEHOLD GOODS | 1000.— | |
| 5. BOOKS, PICTURES, ART | 50.— | |
| 6. WEARING APPAREL | 300.— | |
| 7. FURS AND JEWELRY | | |
| 8. FIREARMS & SPORTS EQUIPMENT | 450.— | |
| 9. INSURANCE POLICIES | | |
| 10. ANNUITIES | | |
| 11. RETIREMENT & PROFIT SHARING | | |
| 12. STOCKS | | |
| 13. PARTNERSHIPS & JOINT VENTURES | 4.— | |
| 14. GOVERNMENT & CORPORATE BONDS | | |
| 15. ACCOUNTS RECEIVABLE | | |
| 16. ALIMONY | | |
| 17. OTHER LIQUIDATED DEBTS | | |
| 18. EQUITABLE INTERESTS | | |
| 19. CONTINGENT INTERESTS | | |
| 20. OTHER CLAIMS | | |
| 21. PATENTS & COPYRIGHTS | | |
| 22. LICENSES & FRANCHISES | | |
| 23. AUTOS, TRUCKS & OTHER VEHICLES | 70,544.— | |
| 24. BOATS & MOTORS | | |
| 25. AIRCRAFT | | |
| 26. OFFICE EQUIPMENT | | |
| 27. MACHINERY, FIXTURES & EQUIPMENT | | |
| 28. INVENTORY | | |
| 29. ANIMALS | | |
| 30. CROPS | | |
| 31. FARMING EQUIPMENT | | |
| 32. FARM SUPPLIES | | |
| 33. OTHER (ATTACH LIST) | | |
| 34. TOTAL PERSONAL PROPERTY ASSETS | 73,276.23 | |
| 35. TOTAL ASSETS | 6,126,727.20 | |

* DATE AMENDED _____

CASE NAME: Lewis E. Wilkerson, Jr.
CASE NUMBER: 20-34576

INDIVIDUAL-3
26-Jan-06

MONTH: Dec 31, 2020

## QUESTIONNAIRE

| | YES | NO |
|---|---|---|
| 1. HAVE ANY ASSETS BEEN SOLD OR TRANSFERRED OUTSIDE THE NORMAL COURSE OF BUSINESS THIS REPORTING PERIOD? | | ✓ |
| 2. HAVE ANY FUNDS BEEN DISBURSED FROM ANY ACCOUNT OTHER THAN A DEBTOR IN POSSESSION ACCOUNT? | | ✓ |
| 3. ARE ANY POSTPETITION RECEIVABLES (ACCOUNTS, NOTES, OR LOANS) DUE FROM RELATED PARTIES? | | ✓ |
| 4. HAVE ANY PAYMENTS BEEN MADE ON PREPETITION LIABILITIES THIS REPORTING PERIOD? | | ✓ |
| 5. HAVE ANY POSTPETITION LOANS BEEN RECEIVED BY THE DEBTOR FROM ANY PARTY? | | ✓ |
| 6. ARE ANY POSTPETITION PAYROLL TAXES PAST DUE? | | ✓ |
| 7. ARE ANY POSTPETITION STATE OR FEDERAL INCOME TAXES PAST DUE? | | ✓ |
| 8. ARE ANY POSTPETITION REAL ESTATE TAXES PAST DUE? | | ✓ |
| 9. ARE ANY OTHER POSTPETITION TAXES PAST DUE? | | ✓ |
| 10. ARE ANY AMOUNTS OWED TO POSTPETITION CREDITORS DELINQUENT? | | ✓ |
| 11. HAVE ANY PREPETITION TAXES BEEN PAID DURING THE REPORTING PERIOD? | | ✓ |
| 12. ARE ANY WAGE PAYMENTS PAST DUE? | | ✓ |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "YES," PROVIDE A DETAILED EXPLANATION OF EACH ITEM. ATTACH ADDITIONAL SHEETS IF NECESSARY.

_____

_____

## INSURANCE

| | YES | NO |
|---|---|---|
| 1. ARE WORKER'S COMPENSATION, GENERAL LIABILITY AND OTHER NECESSARY INSURANCE COVERAGES IN EFFECT? | ✓ | |
| 2. ARE ALL PREMIUM PAYMENTS PAID CURRENT? | ✓ | |
| 3. PLEASE ITEMIZE POLICIES BELOW. | | |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "NO," OR IF ANY POLICIES HAVE BEE CANCELLED OR NOT RENEWED DURING THIS REPORTING PERIOD, PROVIDE AN EXPLANATION BELOW. ATTACH ADDITIONAL SHEETS IF NECESSARY.

All Policies through Farm Bureau on all Parcels

| INSTALLMENT PAYMENTS | | | |
|---|---|---|---|
| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
| N/A | | | |
| | | | |
| | | | |
| | | | |

Balance on 11/30......$785.63
Deposits:
    VEC...............$316.00
Total................... $1,101.63

$1,000 transferred to DIP Acct
$101.63 retained for Incidental Expense


$1,000.00 to New Acct
  $158.00 from VEC
$1, 1158 for total Income for December

Lewis E. Wilkerson, Jr.                                                                  1/12/2021

| Real Estate | Value |
|---|---|
| 719 Ole Briery Station Rd, Keysville, VA | 249,000.00 |
| 584 Ole Briery Station Rd, Keysville, VA | 73,200.00 |
| 2075 New Bethel Road, Meherrin, VA | 141,500.00 |
| 316 Dempseys Road, Meherrin, VA | 550,000.00 |
| Parcels XIV-XXI Charlotte County, VA | 248,890.00 |
| Maple Road, Charlotte County, VA<br>    41-A-66-G        5.5 ac. | 137,865.00 |
| Maple Road, Charlotte Co, VA<br>    041-A-66-J        5.03 ac | 19,211.00 |
| Parcels I-XIII, Prince Edward Co, VA | 2,212,400.00 |
| Parcels, Prince Edward Co, VA<br>    120-A-2,3,4,5,6    112-5-3 | 232,100.00 |
| Parcels-Howell lien | 2,189,285.00 |
| | 6,053,451.00 |



**The Bank *of* Charlotte County**

P.O. Box 336

Date 12/31/20          Page      1

114700

LEWIS E WILKERSON JR
DAWN H WILKERSON
P O BOX 270
KEYSVILLE VA 23947-0270

```
NOW Account                                    Number of Enclosures                    2
Account Number           Acct Ending 1318      Statement Dates   12/01/20 thru 12/31/20
Previous Balance                   785.63      Days in the statement period           31
  2 Deposits/Credits               316.00      Average Ledger Balance             273.95
  1 Checks/Debits                1,101.63
Service Charge                        .00      Interest Earned                       .01
Interest Paid                         .01      Annual Percentage Yield Earned      0.04%
Current Balance                       .00      2020 Interest Paid                    .66
```

|  | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $.00 | $.00 |
| Total Returned Item Fees | $.00 | $.00 |

**Activity in Date Order**

| Date | Description | Amount | Balance |
|---|---|---|---|
| 12/02 | UI BENEFIT VEC - VIRGINIA PPD | 158.00 | 943.63 |
| 12/09 | UI BENEFIT VEC - VIRGINIA PPD | 158.00 | 1,101.63 |
| 12/10 | Interest Deposit | .01 | 1,101.64 |
| 12/10 | Check              5966 | 1,101.63- | .01 |
| 12/10 | Closing withdrawal | .01- | .00 |

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION





**C&F Bank**
*Focused on You*
PO Box 391
West Point, VA 23181

**ADDRESS SERVICE REQUESTED**

LEWIS E WILKERSON JR
CASE# 20-34576-KLP
PO BOX 270
KEYSVILLE VA 23947-0270

## Statement Ending 12/21/2020

LEWIS E WILKERSON JR                   Page 1 of 2
Account Number: XXXXXX3604

**Managing Your Accounts**

- Customer Support — 800-296-6246
- Mailing Address — P.O. Box 391, West Point, VA 23181
- Online Banking — www.cffc.com
- Mobile Banking — www.cffc.com/mobilebanking

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| ACCESS CHECKING | XXXXXX3604 | $828.23 |

## ACCESS CHECKING-XXXXXX3604

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 12/09/2020 | Beginning Balance | $0.00 |
|  | 2 Credit(s) This Period | $1,158.00 |
|  | 3 Debit(s) This Period | $329.77 |
| 12/21/2020 | Ending Balance | $828.23 |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 12/09/2020 | DEPOSIT | $1,000.00 |

### Electronic Credits

| Date | Description | Amount |
|---|---|---|
| 12/16/2020 | VEC - VIRGINIA UI BENEFIT XXXXX3190 | $158.00 |

### Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 12/18/2020 | Southside Electr WEB PMTS GHLPJF | $33.22 |
| 12/18/2020 | Southside Electr WEB PMTS FHLPJF | $46.19 |
| 12/18/2020 | Southside Electr WEB PMTS HHLPJF | $250.36 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 12/09/2020 | $1,000.00 | 12/16/2020 | $1,158.00 | 12/18/2020 | $828.23 |

### Overdraft and Returned Item Fees

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



Member FDIC
EQUAL HOUSING LENDER