CASE NAME: Lewis E. Wilkerson, Jr.
CASE NUMBER: 20-34576
JUDGE:

INDIVIDUAL
26-Jan-06

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF VIRGINIA

### RICHMOND DIVISION

### MONTHLY OPERATING REPORT

MONTH ENDING: January, 2021

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING MONTHLY OPERATING REPORT (INDIVIDUAL-1 THROUGH INDIVIDUAL-3) AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE. DECLARATION OF THE PREPARER (OTHER THAN RESPONSIBLE PARTY): IS BASED ON ALL INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.

**RESPONSIBLE PARTY:**

_[signature]_
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY

Lewis E. Wilkerson JR
PRINTED NAME OF RESPONSIBLE PARTY

_____
TITLE

2/8/21
DATE

**PREPARER:**

_[signature]_
ORIGINAL SIGNATURE OF PREPARER

_____
PRINTED NAME OF PREPARER

_[signature]_
Attorney
TITLE

_____
DATE

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

INDIVIDUAL-1

26-Jan-06

In Re: Case Name **Lewis E. Wilkerson, Jr.**, Chapter 11
Case Number **20-34576**

## MONTHLY OPERATING REPORT
## INCOME STATEMENT

**(Non-Business Debtor, Cash Basis)**
(All figures refer to post-petition transactions)

| | Current Month |
|---|---|
| **Income** | |
| Salary, Wages, etc. | |
| Interest, dividends, investments | |
| Business income (Rents, Royalties, Sale of Assets, etc.) | |
| Other: Transfer from wife's Account | 1000.— |
| (A)    Total Income | 1000.00 |
| **Expenses** | |
| Automobile Expenses | 46.70 |
| Car payment | |
| Auto Insurance | |
| Housing | |
| Mortgage payment | |
| Insurance | |
| Real estate tax | |
| Rent | |
| Utilities | 367.04 |
| Insurance (Other) | 565.25 |
| Interest | |
| Bank Fees | |
| Other Secured Notes | |
| Alimony/Support | |
| Entertainment | |
| Medical | |
| Food | |
| Charitable Contributions | |
| Gifts | |
| Personal Living Expenses | |
| Professional Fees (Attorney, Acct., etc.) | |
| US Trustee Fees | |
| Taxes (Other) | |
| (B)    Total Expenses | 982.55 —0 |
| (C)    Cash Flow (C=A-B) | 17.01  0 |
| (D)    Cash forward from prior month | 828.23 |
| (E)    Ending Cash Balance (E=D+C) | 845.24  0 |
| (F)    Balance per Bank Statement(s) | 845.24 |
| (G)    Less Outstanding Checks | 0 |
| (H)    Add Deposits in Transit | 0 |
| (I)    Reconciled Bank Balance (I=(F-G)+H) | 845.24  0 |

*(Note Ending Cash Balance (E) and Reconciled Cash Balance (I) should equal)*

CASE NAME: Lewis E. Wilkerson, Jr.  
CASE NUMBER: 20-34576

INDIVIDUAL-2  
26-Jan-06

| ASSETS OF THE ESTATE | | |
|---|---|---|
| SCHEDULE "A" REAL PROPERTY | SCHEDULE AMOUNT * | MONTH January 2021 |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. OTHER (ATTACH LIST) | | |
| 5. TOTAL REAL PROPERTY ASSETS | 6,053,451 | |
| SCHEDULE "B" PERSONAL PROPERTY | | |
| 1. CASH ON HAND | 100.00 | |
| 2. CHECKING, SAVINGS, ETC. | 845.24 | |
| 3. SECURITY DEPOSITS | | |
| 4. HOUSEHOLD GOODS | 1000.00 | |
| 5. BOOKS, PICTURES, ART | 50.00 | |
| 6. WEARING APPAREL | 300.00 | |
| 7. FURS AND JEWELRY | | |
| 8. FIREARMS & SPORTS EQUIPMENT | 450.00 | |
| 9. INSURANCE POLICIES | | |
| 10. ANNUITIES | | |
| 11. RETIREMENT & PROFIT SHARING | | |
| 12. STOCKS | | |
| 13. PARTNERSHIPS & JOINT VENTURES | | |
| 14. GOVERNMENT & CORPORATE BONDS | | |
| 15. ACCOUNTS RECEIVABLE | | |
| 16. ALIMONY | | |
| 17. OTHER LIQUIDATED DEBTS | | |
| 18. EQUITABLE INTERESTS | | |
| 19. CONTINGENT INTERESTS | | |
| 20. OTHER CLAIMS | | |
| 21. PATENTS & COPYRIGHTS | | |
| 22. LICENSES & FRANCHISES | | |
| 23. AUTOS, TRUCKS & OTHER VEHICLES | 70,544.00 | |
| 24. BOATS & MOTORS | | |
| 25. AIRCRAFT | | |
| 26. OFFICE EQUIPMENT | | |
| 27. MACHINERY, FIXTURES & EQUIPMENT | | |
| 28. INVENTORY | | |
| 29. ANIMALS | | |
| 30. CROPS | | |
| 31. FARMING EQUIPMENT | | |
| 32. FARM SUPPLIES | | |
| 33. OTHER (ATTACH LIST) | | |
| 34. TOTAL PERSONAL PROPERTY ASSETS | 73,293.24 | |
| 35. TOTAL ASSETS | 6,128,744.2 | |

* DATE AMENDED _____

CASE NAME: Lewis E. Wilkerson, Jr.
CASE NUMBER: 20-34576

INDIVIDUAL-3
26-Jan-06

MONTH: January 2021

## QUESTIONNAIRE

| | YES | NO |
|---|---|---|
| 1. HAVE ANY ASSETS BEEN SOLD OR TRANSFERRED OUTSIDE THE NORMAL COURSE OF BUSINESS THIS REPORTING PERIOD? | | ✓ |
| 2. HAVE ANY FUNDS BEEN DISBURSED FROM ANY ACCOUNT OTHER THAN A DEBTOR IN POSSESSION ACCOUNT? | | ✓ |
| 3. ARE ANY POSTPETITION RECEIVABLES (ACCOUNTS, NOTES, OR LOANS) DUE FROM RELATED PARTIES? | | ✓ |
| 4. HAVE ANY PAYMENTS BEEN MADE ON PREPETITION LIABILITIES THIS REPORTING PERIOD? | | ✓ |
| 5. HAVE ANY POSTPETITION LOANS BEEN RECEIVED BY THE DEBTOR FROM ANY PARTY? | | ✓ |
| 6. ARE ANY POSTPETITION PAYROLL TAXES PAST DUE? | | ✓ |
| 7. ARE ANY POSTPETITION STATE OR FEDERAL INCOME TAXES PAST DUE? | | ✓ |
| 8. ARE ANY POSTPETITION REAL ESTATE TAXES PAST DUE? | | ✓ |
| 9. ARE ANY OTHER POSTPETITION TAXES PAST DUE? | | ✓ |
| 10. ARE ANY AMOUNTS OWED TO POSTPETITION CREDITORS DELINQUENT? | | ✓ |
| 11. HAVE ANY PREPETITION TAXES BEEN PAID DURING THE REPORTING PERIOD? | | ✓ |
| 12. ARE ANY WAGE PAYMENTS PAST DUE? | | ✓ |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "YES," PROVIDE A DETAILED EXPLANATION OF EACH ITEM. ATTACH ADDITIONAL SHEETS IF NECESSARY.

## INSURANCE

| | YES | NO |
|---|---|---|
| 1. ARE WORKER'S COMPENSATION, GENERAL LIABILITY AND OTHER NECESSARY INSURANCE COVERAGES IN EFFECT? | | ✓ |
| 2. ARE ALL PREMIUM PAYMENTS PAID CURRENT? | | ✓ |
| 3. PLEASE ITEMIZE POLICIES BELOW. | | |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "NO," OR IF ANY POLICIES HAVE BEE CANCELLED OR NOT RENEWED DURING THIS REPORTING PERIOD, PROVIDE AN EXPLANATION BELOW. ATTACH ADDITIONAL SHEETS IF NECESSARY.

All Policies through Farm Bureau on all Parcels

## INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |

Lewis E. Wilkerson, Jr.                                                    1/12/2021

| Real Estate | Value |
|---|---|
| 719 Ole Briery Station Rd, Keysville, VA | 249,000.00 |
| 584 Ole Briery Station Rd, Keysville, VA | 73,200.00 |
| 2075 New Bethel Road, Meherrin, VA | 141,500.00 |
| 316 Dempseys Road, Meherrin, VA | 550,000.00 |
| Parcels XIV-XXI Charlotte County, VA | 248,890.00 |
| Maple Road, Charlotte County, VA<br>41-A-66-G    5.5 ac. | 137,865.00 |
| Maple Road, Charlotte Co, VA<br>041-A-66-J    5.03 ac | 19,211.00 |
| Parcels I-XIII, Prince Edward Co, VA | 2,212,400.00 |
| Parcels, Prince Edward Co, VA<br>120-A-2,3,4,5,6    112-5-3 | 232,100.00 |
| Parcels-Howell lien | 2,189,285.00 |
| | 6,053,451.00 |



**C&F Bank**
*Focused on You*
PO Box 391
West Point, VA 23181

**ADDRESS SERVICE REQUESTED**

LEWIS E WILKERSON JR
CASE# 20-34576-KLP
PO BOX 270
KEYSVILLE VA 23947-0270

## Statement Ending 01/15/2021

LEWIS E WILKERSON JR                     Page 1 of 4
Account Number: XXXXXX3604

### Managing Your Accounts

| | | |
|---|---|---|
| 👤 | Customer Support | 800-296-6246 |
| ✉ | Mailing Address | P.O. Box 391 West Point, VA 23181 |
| 💻 | Online Banking | www.cffc.com |
| 📱 | Mobile Banking | www.cffc.com/mobilebanking |

## PERSONAL SERVICES PRICING UPDATE

All changes are effective March 1, 2021.

Overdraft Fee/Returned Item Fee
  1 occurrence              $25.00
  2 or more occurrences     $36.00 per item

*Per item overdraft fees and returned item fees are based on the number of overdraft occurrences in the past 12 months. You will not be charged more than $180 per day. There is no per item overdraft fee when your account is overdrawn by $5.00 or less at the end of our business day.*

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| ACCESS CHECKING | XXXXXX3604 | $845.24 |

## ACCESS CHECKING-XXXXXX3604

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 12/22/2020 | Beginning Balance | $828.23 |
| | 1 Credit(s) This Period | $1,000.00 |
| | 6 Debit(s) This Period | $982.99 |
| 01/15/2021 | Ending Balance | $845.24 |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 12/28/2020 | DEPOSIT | $1,000.00 |

### Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 12/29/2020 | Virginia Farm Bu VENDOR PMT #XXXXX9832 | $5.00 |
| 12/29/2020 | Virginia Farm Bu VENDOR PMT #XXXXX9802 | $564.25 |
| 01/05/2021 | Southside Electr WEB PMTS GHZGMF | $30.06 |
| 01/05/2021 | Southside Electr WEB PMTS ZCZGMF | $109.77 |
| 01/05/2021 | Southside Electr WEB PMTS MWZGMF | $227.21 |
| 01/14/2021 | 26276 POS PURCHASE RICKS CITGO MINI MEHERRIN VA 09 026276 | $46.70 |



Member FDIC
EQUAL HOUSING LENDER