0406 5 0421

**ENTITY NAME:** D. E. R. LLC

**ENTITY ID #:** _____

**NAME CONFLICT WITH ID#:** _____   **DCN #:** 0406i6 4137

**NAME RESERVATION #:** _____   _____

### CHARTER EXAMINER WORKSHEET

**CHARTER / ENTRANCE FEE** _____   **JURISDICTION:** _____

**FILING FEE** 100

**TOTAL** 100

| SPECIAL EFFECTIVE DATE / TIME |
| --- |
| _____ |

**INDUSTRY CODE:** _____

**AMENDMENT OR OTHER INFORMATION:** 6/16/2004

**COPYWORK REQUESTED:** _____   **CORRESPONDENT:** _____

**AMOUNT AVAILABLE FOR COPYWORK:** _____

____ MAIL _____
____ CALL _____
____ FAX _____
____ FED EX _____

REVISED 10/02

S125816l

THEODORE V. MORRISON, JR.
CHAIRMAN

CLINTON MILLER
COMMISSIONER

MARK C. CHRISTIE
COMMISSIONER

**COMMONWEALTH OF VIRGINIA**

JOEL H. PECK
CLERK OF THE COMMISSION
P O BOX 1197
RICHMOND, VIRGINIA 23218-1197

**STATE CORPORATION COMMISSION**
Office of the Clerk

June 16, 2004

**LEWIS WILKERSON
PO BOX 138
KEYSVILLE, VA 23947**

RE:    D.E.R. LLC
ID:    S125816 - 1
DCN:   04-06-16-4137

Dear Customer:

This is your receipt for $100.00, to cover the fees for filing articles of organization for a limited liability company with this office.

The effective date of the filing is June 16, 2004.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

Joel H. Peck
Clerk of the Commission

DLLCRCPT
LLNCD
CIS0308

Tyler Building, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.state.va.us/scc/division/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

June 16, 2004

The State Corporation Commission has found the accompanying articles submitted on behalf of

## D.E.R. LLC

to comply with the requirements of law, and confirms payment of all required fees.

Therefore, it is ORDERED that this

## CERTIFICATE OF ORGANIZATION

be issued and admitted to record with the articles of organization in the Office of the Clerk of the Commission June 16, 2004

STATE CORPORATION COMMISSION

By *[signature: Mark C. Christie]*

Commissioner

DLLCACPT
CIS0308
04-06-16-4137



**LLC-1011**
**(05/02)**

## COMMONWEALTH OF VIRGINIA
## STATE CORPORATION COMMISSION

### ARTICLES OF ORGANIZATION OF A
### DOMESTIC LIMITED LIABILITY COMPANY

Pursuant to Chapter 12 of Title 13.1 of the Code of Virginia the undersigned states as follows

1. The name of the limited liability company is __O.E.R. LLC__

   (The name must contain the words "limited company," or "limited liability company," or their abbreviations "L.C.", "LC", "L.L.C." or "LLC")

2. A. The name of the limited liability company's initial registered agent is

   __Lewis Wilkerson__

   B. The registered agent is **(mark appropriate box)**:

   (1) an **INDIVIDUAL** who is a resident of Virginia **and**
   [ ] a member or manager of the limited liability company.
   [ ] an officer or director of a corporation that is a member or manager of the limited liability company.
   [X] a general partner of a general or limited partnership that is a member or manager of the limited liability company
   [ ] a trustee of a trust that is a member or manager of the limited liability company
   [ ] a member of the Virginia State Bar
   **OR**
   2 [ ] a domestic or foreign stock or nonstock corporation, limited liability company or registered limited liability partnership authorized to transact business in Virginia

3. The limited liability company's initial registered office address, which is identical to the business office of the initial registered agent, is

   __P.O. Box 138   3828 Horseshoe Bend Rd.__
   (number/street)

   __Keysville__                                   VA __23947__
   (city or town)                                        (zip)

   which is located in the [ ] city, or [X] county of
   __Charlotte__

4. The limited liability company's principal office is located at

   __3828 Horseshoe Bend Road   P.O. Box 138__
   (number/street)

   __Keysville__                  __Va.__      __23947__
   (city or town)                 (state)      (zip)

5. Signature
   __Lewis Wilkerson__                              __6/10/04__
   (signature)                                       (date)

   __Lewis Wilkerson__                              __434-736-9100__
   (printed name)                                    (telephone number (optional))

**SEE INSTRUCTIONS ON THE REVERSE**