COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

Office of the Clerk

April 9, 2019

INTERNAL REVENUE SERVICE
POST OFFICE BOX 145595
CINCINNATI, OH 45250-5595

# RECEIPT

RE:     D E R LLC

DCN/FILE NO:   19-04-05-3824-6

Dear Customer:

This is your receipt for $20.00 covering the fees for filing a notice of federal tax lien with this office.

The effective date of the filing is April 5, 2019 at 05:00 PM.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*
Joel H. Peck
Clerk of the Commission

TLACCEPT
TLO
CISDLH

16999

**Form 668 (Y)(c)**
(Rev. February 2004)

Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

SCC-CLERK'S OFFICE
UCC

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #3  Lien Unit Phone: (800) 913-6050 | Serial Number  347773119 | For Optional Use by Recording Office  2019 APR -5 PM 5:00 |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

190405 3824

Name of Taxpayer  D E R LLC

Residence  PO BOX 270
KEYSVILLE, VA 23947-0270

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 941 | 03/31/2018 | XX-XXX3952 | 08/06/2018 | 09/05/2028 | 46709.20 |
| 941 | 06/30/2018 | XX-XXX3952 | 10/01/2018 | 10/31/2028 | 164.71 |
| 941 | 09/30/2018 | XX-XXX3952 | 12/31/2018 | 01/30/2029 | 63575.35 |

Place of Filing
Clerk, State Corporation Commission
SCC
Richmond, VA 23209

Total $ 110449.26

This notice was prepared and signed at  BALTIMORE, MD , on this,

the  25th  day of  March , 2019 .

Signature  Joan Flach
for PAUL V PHAN

Title  REVENUE OFFICER
(804) 916-8104

23-03-5224

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

Office of the Clerk

July 1, 2019

INTERNAL REVENUE SERVICE
POST OFFICE BOX 145595
CINCINNATI, OH 45250-5595

**RECEIPT**

RE:      D E R LLC

DCN/FILE NO:   19-06-26-3848-4

Dear Customer:

This is your receipt for $20.00 covering the fees for filing a notice of federal tax lien with this office.

The effective date of the filing is June 26, 2019 at 05:00 PM.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*
Joel H. Peck
Clerk of the Commission

TLACCEPT
TLO
CIS0503

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk

16999

| Form 668 (Y)(c) (Rev. February 2004) | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** | | SCC-CLERK'S OFFICE UCC |
|---|---|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED AREA #3 Lien Unit Phone: (800) 913-6050 | Serial Number  364433419 | | For Optional Use by Recording Office 2019 JUN 26 PM 5:00 |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer   D E R LLC

Residence   PO BOX 270
KEYSVILLE, VA 23947-0270

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

190626 3848

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 941 | 12/31/2018 | XX-XXX3952 | 03/25/2019 | 04/24/2029 | 52112.55 |

Place of Filing   Clerk, State Corporation Commission
SCC
Richmond, VA 23209

Total   $   52112.55

This notice was prepared and signed at _____BALTIMORE, MD_____, on this,

the __14th__ day of __June__, __2019__.

| Signature for PAUL V PHAN | Title REVENUE OFFICER (804) 916-8104 | 23-03-5224 |
|---|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

October 2, 2019

INTERNAL REVENUE SERVICE
POST OFFICE BOX 145595
CINCINNATI, OH 45250-5595

**RECEIPT**

RE:      D E R LLC

DCN/FILE NO:   19-09-27-3998-9

Dear Customer:

This is your receipt for $20.00 covering the fees for filing a notice of federal tax lien with this office.

The effective date of the filing is September 27, 2019 at 05:00 PM.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

Joel H. Peck
Clerk of the Commission

TLACCEPT
TLO
CIS0509

18331

| Form 668 (Y)(c) (Rev. February 2004) | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** | |
|---|---|---|
| **Area:** SMALL BUSINESS/SELF EMPLOYED AREA #3 Lien Unit Phone: (800) 913-6050 | **Serial Number** 381757719 | **For Optional Use by Recording Office** 2019 SEP 27 PM 5: 00 |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer  D E R LLC

Residence  PO BOX 270
KEYSVILLE, VA 23947-0270

190927 3998-9

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 941 | 03/31/2019 | XX-XXX3952 | 06/24/2019 | 07/24/2029 | 39400.05 |

Place of Filing
Clerk, State Corporation Commission
SCC
Richmond, VA 23209

Total  $   39400.05

This notice was prepared and signed at _____BALTIMORE, MD_____, on this,

the ___13th___ day of ___September___, __2019__.

| Signature for PAUL PHAN | Title REVENUE OFFICER (804) 916-8104 | 23-03-5224 |
|---|---|---|

(NOTE:  Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form **668(Y)(c)** (Rev. 2-2004)
CAT. NO 60025X