CASE NAME: Lewis E. Wilkerson Jr.
CASE NUMBER: 20-34576
JUDGE: Phillips

INDIVIDUAL
26-Jan-06

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF VIRGINIA

## RICHMOND DIVISION

## MONTHLY OPERATING REPORT

MONTH ENDING: February 2021

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING MONTHLY OPERATING REPORT (INDIVIDUAL-1 THROUGH INDIVIDUAL-3) AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE. DECLARATION OF THE PREPARER (OTHER THAN RESPONSIBLE PARTY): IS BASED ON ALL INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.

RESPONSIBLE PARTY:

_[signature]_
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY

Lewis E. Wilkerson Jr.
PRINTED NAME OF RESPONSIBLE PARTY

Debtor
TITLE

3/22/21
DATE

PREPARER:

_____
ORIGINAL SIGNATURE OF PREPARER

_____
PRINTED NAME OF PREPARER

_____
TITLE

_____
DATE

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

INDIVIDUAL-1
28-Jan-08

In Re: Case Name Lewis E. Wilkerson Jr, Chapter 11
Case Number 20-34576

## MONTHLY OPERATING REPORT
## INCOME STATEMENT

(Non-Business Debtor, Cash Basis)
(All figures refer to post-petition transactions)

| Income | Current Month |
|---|---|
| Salary, Wages, etc. | |
| Interest, dividends, investments | -0- |
| Business Income (Rents, Royalties, Sale of Assets, etc.) | -0- |
| Other: VEC | -0- |
| (A) Total Income | 2748.00 |
| Expenses | 2748.00 |
| Automobile Expenses  Gas | |
| Car payment | 98.95 |
| Auto Insurance | |
| Housing | |
| Mortgage payment | |
| Insurance | |
| Real estate tax | |
| Rent | |
| Utilities   Southside Electric | |
| Insurance (Other) | 405.95 |
| Interest | |
| Bank Fees | |
| Other Secured Notes | |
| Alimony/Support | |
| Entertainment | |
| Medical | |
| Food | |
| Charitable Contributions | |
| Gifts | |
| Personal Living Expenses | |
| Professional Fees (Attorney, Acct., etc.) | |
| US Trustee Fees | |
| Taxes (Other) | |
| (B) Total Expenses | 504.90 |
| (C) Cash Flow (C=A-B) | 2243.10 |
| (D) Cash forward from prior month | 845.24 |
| (E) Ending Cash Balance (E=D+C) | 3088.34 |
| (F) Balance per Bank Statement(s) | |
| (G) Less Outstanding Checks | 3088.34 |
| (H) Add Deposits in Transit | |
| (I) Reconciled Bank Balance (I=(F-G)+H) | 3088.34 |

(Note Ending Cash Balance (E) and Reconciled Cash Balance (I) should equal)

Note: Wife pays all of Household bills.

CASE NAME: Lewis E. Wilkerson Jr.  
CASE NUMBER: 20-34576  

INDIVIDUAL-2  
26-Jan-06

## ASSETS OF THE ESTATE

| | SCHEDULE "A" REAL PROPERTY | SCHEDULE AMOUNT* | MONTH February 2021 |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | OTHER (ATTACH LIST) | | |
| 5. | TOTAL REAL PROPERTY ASSETS | 6,653,451.00 | |
| | SCHEDULE "B" PERSONAL PROPERTY | | |
| 1. | CASH ON HAND | 100.06 | |
| 2. | CHECKING, SAVINGS, ETC. | 3,088.34 | |
| 3. | SECURITY DEPOSITS | | |
| 4. | HOUSEHOLD GOODS | 1000.00 | |
| 5. | BOOKS, PICTURES, ART | 50.00 | |
| 6. | WEARING APPAREL | 300.00 | |
| 7. | FURS AND JEWELRY | | |
| 8. | FIREARMS & SPORTS EQUIPMENT | 450.00 | |
| 9. | INSURANCE POLICIES | | |
| 10. | ANNUITIES | | |
| 11. | RETIREMENT & PROFIT SHARING | | |
| 12. | STOCKS | | |
| 13. | PARTNERSHIPS & JOINT VENTURES | | |
| 14. | GOVERNMENT & CORPORATE BONDS | | |
| 15. | ACCOUNTS RECEIVABLE | | |
| 16. | ALIMONY | | |
| 17. | OTHER LIQUIDATED DEBTS | | |
| 18. | EQUITABLE INTERESTS | | |
| 19. | CONTINGENT INTERESTS | | |
| 20. | OTHER CLAIMS | | |
| 21. | PATENTS & COPYRIGHTS | | |
| 22. | LICENSES & FRANCHISES | | |
| 23. | AUTOS, TRUCKS & OTHER VEHICLES | 70,544.00 | |
| 24. | BOATS & MOTORS | | |
| 25. | AIRCRAFT | | |
| 26. | OFFICE EQUIPMENT | | |
| 27. | MACHINERY, FIXTURES & EQUIPMENT | | |
| 28. | INVENTORY | | |
| 29. | ANIMALS | | |
| 30. | CROPS | | |
| 31. | FARMING EQUIPMENT | | |
| 32. | FARM SUPPLIES | | |
| 33. | OTHER (ATTACH LIST) | | |
| 34. | TOTAL PERSONAL PROPERTY ASSETS | 75,532.34 | |
| 35. | TOTAL ASSETS | 6,128,983.30 | |

* DATE AMENDED _____

CASE NAME: Lewis E. Wilkerson Jr.
CASE NUMBER: 20-34576

INDIVIDUAL-3

MONTH: February 2021

## QUESTIONNAIRE

| | YES | NO |
|---|---|---|
| 1. HAVE ANY ASSETS BEEN SOLD OR TRANSFERRED OUTSIDE THE NORMAL COURSE OF BUSINESS THIS REPORTING PERIOD? | | ✓ |
| 2. HAVE ANY FUNDS BEEN DISBURSED FROM ANY ACCOUNT OTHER THAN A DEBTOR IN POSSESSION ACCOUNT? | | ✓ |
| 3. ARE ANY POSTPETITION RECEIVABLES (ACCOUNTS, NOTES, OR LOANS) DUE FROM RELATED PARTIES? | | ✓ |
| 4. HAVE ANY PAYMENTS BEEN MADE ON PREPETITION LIABILITIES THIS REPORTING PERIOD? | | ✓ |
| 5. HAVE ANY POSTPETITION LOANS BEEN RECEIVED BY THE DEBTOR FROM ANY PARTY? | | ✓ |
| 6. ARE ANY POSTPETITION PAYROLL TAXES PAST DUE? | | ✓ |
| 7. ARE ANY POSTPETITION STATE OR FEDERAL INCOME TAXES PAST DUE? | | ✓ |
| 8. ARE ANY POSTPETITION REAL ESTATE TAXES PAST DUE? | | ✓ |
| 9. ARE ANY OTHER POSTPETITION TAXES PAST DUE? | | ✓ |
| 10. ARE ANY AMOUNTS OWED TO POSTPETITION CREDITORS DELINQUENT? | | ✓ |
| 11. HAVE ANY PREPETITION TAXES BEEN PAID DURING THE REPORTING PERIOD? | | ✓ |
| 12. ARE ANY WAGE PAYMENTS PAST DUE? | | ✓ |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "YES," PROVIDE A DETAILED EXPLANATION OF EACH ITEM. ATTACH ADDITIONAL SHEETS IF NECESSARY.

## INSURANCE

| | YES | NO |
|---|---|---|
| 1. ARE WORKER'S COMPENSATION, GENERAL LIABILITY AND OTHER NECESSARY INSURANCE COVERAGES IN EFFECT? | ✓ | |
| 2. ARE ALL PREMIUM PAYMENTS PAID CURRENT? | ✓ | |
| 3. PLEASE ITEMIZE POLICIES BELOW. | | |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "NO," OR IF ANY POLICIES HAVE BEE CANCELLED OR NOT RENEWED DURING THIS REPORTING PERIOD, PROVIDE AN EXPLANATION BELOW. ATTACH ADDITIONAL SHEETS IF NECESSARY.

All policies through Farm Bureau on all parcels

## INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |



**C&F Bank**
Focused on You

PO Box 391
West Point, VA 23181

**ADDRESS SERVICE REQUESTED**

LEWIS E WILKERSON JR
CASE# 20-34576-KLP
PO BOX 270
KEYSVILLE VA 23947-0270

## Statement Ending 02/12/2021

LEWIS E WILKERSON JR                                  Page 1 of 4
Account Number: XXXXXX3604

### Managing Your Accounts

| | | |
|---|---|---|
| 👤 | Customer Support | 800-296-6246 |
| ✉ | Mailing Address | P.O. Box 391 West Point, VA 23181 |
| 💻 | Online Banking | www.cffc.com |
| 📱 | Mobile Banking | www.cffc.com/mobilebanking |

## PERSONAL SERVICES PRICING UPDATE

All changes are effective March 1, 2021.

Overdraft Fee/Returned Item Fee
  1 occurrence         $25.00
  2 or more occurrences    $36.00 per item

*Per item overdraft fees and returned item fees are based on the number of overdraft occurrences in the past 12 months. You will not be charged more than $180 per day. There is no per item overdraft fee when your account is overdrawn by $5.00 or less at the end of our business day.*

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| ACCESS CHECKING | XXXXXX3604 | $3,088.34 |

## ACCESS CHECKING-XXXXXX3604

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 01/16/2021 | Beginning Balance | $845.24 |
| | 2 Credit(s) This Period | $2,748.00 |
| | 5 Debit(s) This Period | $504.90 |
| 02/12/2021 | Ending Balance | $3,088.34 |

### Electronic Credits

| Date | Description | Amount |
|---|---|---|
| 02/03/2021 | VEC - VIRGINIA UI BENEFIT XXXXX3190 | $2,290.00 |
| 02/10/2021 | VEC - VIRGINIA UI BENEFIT XXXXX3190 | $458.00 |

### Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 01/19/2021 | 94706 POS PURCHASE EXXONMOBIL 42 KEYSVILLE VA 001 094706 | $53.16 |
| 02/04/2021 | Southside Electr WEB PMTS XSV3TF | $30.67 |
| 02/04/2021 | Southside Electr WEB PMTS V1W3TF | $183.30 |
| 02/04/2021 | Southside Electr WEB PMTS DJV3TF | $191.98 |
| 02/12/2021 | 7572 POS PURCHASE EXXONMOBIL 47 KEYSVILLE VA 001 007572 | $45.79 |



Member FDIC
EQUAL HOUSING LENDER



**C&F Bank**
Focused on You
PO Box 391
West Point, VA 23181

**Statement Ending 02/12/2021**

LEWIS E WILKERSON JR
Account Number: XXXXXX3604

Page 3 of 4

## ACCESS CHECKING-XXXXXX3604 (continued)

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 01/19/2021 | $792.08 | 02/04/2021 | $2,676.13 | 02/12/2021 | $3,088.34 |
| 02/03/2021 | $3,082.08 | 02/10/2021 | $3,134.13 | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date | Previous year-to-date |
|---|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 | $0.00 |

| LEWIS E WILKERSON JR | XXXXXX3604 | Statement Ending 02/12/2021 | Page 4 of 4 |
|---|---|---|---|

This page left intentionally blank

Welcome To Market Express
309 Railroad Ave
Keysville VA 23947

KEYSVILLE EXPRESS &
FG51111265001
309 RAILROAD AVE
KEYSVILLE   , VA
23947
01/16/2021 515823358
04:11:17 PM

XXXXXXXXXXXX7732
Visa
INVOICE 059333
AUTH 264596

PUMP# 2
Regular         22.5336
PRICE/GAL       $2.359

FUEL TOTAL   $  53.16

CREDIT       $  53.16

=====================
Customer-activated Purchase Capture
Site #: 0930005504263071
Shift Number 1
Sequence Number 41799
Swiped
APPROVED 264596
=====================

Tell us about
your visit I Visit
www.myexxonmobil
visit.com
   Thank You For Shopping
  Try our Everyday Deli Special
    Coldest Drink Box in Town

YNNN

**SOUTHSIDE ELECTRIC COOPERATIVE, INC.**
PO BOX 7
CREWE VA 23930-0007

*Your Touchstone Energy® Cooperative*

**For Billing or Service Inquiries**
PLEASE CONTACT US: 1-800-552-2118 or www.sec.coop

To report an outage
1-866-878-5514

2810   1 AV 0.389                5 2810
LEWIS E WILKERSON JR                C-8
DAWN H WILKERSON
390 MAPLE RD
KEYSVILLE VA 23947-4129

| ACCOUNT NUMBER | STATEMENT DATE |
|---|---|
| ▓▓▓▓8006 | 01/20/2021 |

Rate Description: RESIDENTIAL

| ACCOUNT INFORMATION ||
|---|---|
| LOCATION NUMBER | PHONE NUMBER |
| 102667001 | (434) 390-6484 |
| MEMBER NAME(S) ||
| LEWIS E WILKERSON JR ||
| SERVICE ADDRESS ||
| 390 MAPLE RD ||
| SERVICE LOCATION ||
| HOME ||
| SUBSTATION | DIRECTORS DISTRICT |
| BRIERY | 1 |
| BILLING ADDRESS ||
| 390 MAPLE RD ||

Page 1 of 2

### YOUR ENERGY USAGE - METER

| | Current Billing Period | Previous Billing Period | Same Period Last Year |
|---|---|---|---|
| Average Daily Use | 49 | 23 | 9 |
| Average Daily Cost | $6.12 | $3.62 | $1.96 |
| Days in Billing Period | 31 | 30 | 32 |
| Average Monthly Usage | 1527 | 699 | 295 |

**LAST 13 MONTHS USAGE**
Jan 2020: 295, Feb: 810, Mar: 623, Apr: 610, May: 151, Jun: 216, Jul: 363, Aug: 719, Sep: 359, Oct: 151, Nov: 151, Dec: 699, Jan 2021: 1527

### METER READING INFORMATION

| METER | PRESENT READING | PREVIOUS READING | MULT |
|---|---|---|---|
| 55262291 | 357  01/15/2021 | 98830  12/15/2020 | 1 |
| kWh 1527 | kW 7.936 | Kvar 0.0 | |

### EXPLANATION OF CHARGES

| | |
|---|---|
| PREVIOUS CHARGES | 109.77 |
| OUTSTANDING BALANCE | 0.00 |
| DELIVERY CHARGE | 26.00 |
| DIST. ENERGY CHARGE | 65.14 |
| ESS CHARGE | 116.25 |
| DEMAND CHARGE | 0.79 |
| POWER COST ADJUSTMENT .0138- | 21.07 CR |
| SEC CURRENT CHARGES | 187.11 |
| CHARLOTTE UTILITY TAX | 2.50 |
| CHARLOTTE CONSUMPTION TAX | 0.58 |
| SPECIAL REGULATORY TAX | 1.79 |
| **TOTAL CURRENT CHARGES** | **191.98** |
| **TOTAL CHARGES DUE NOW** | **191.98** |
| PLEASE PAY THIS AMOUNT ▶ | 191.98 |

DUE BY: 02/10/21

---

PLEASE TEAR HERE AND ENCLOSE BOTTOM PORTION WITH PAYMENT
DO NOT USE STAPLES OR TAPE ON YOUR CHECKS OR STUBS

**SOUTHSIDE ELECTRIC COOPERATIVE, INC.**
PO BOX 7
CREWE VA 23930-0007

*Your Touchstone Energy® Cooperative*

**MEMBER NAME:** LEWIS E WILKERSON JR
**BILLING ADDRESS:** DAWN H WILKERSON
390 MAPLE RD
KEYSVILLE VA 23947-0270

| STATEMENT DATE | DUE DATE | ACCOUNT NUMBER |
|---|---|---|
| 01/20/2021 | 02/10/2021 | ▓▓▓▓8006 |
| OUTSTANDING BALANCE | | CURRENT CHARGES |
| $0.00 | | $191.98 |
| **TOTAL AMOUNT DUE** |||
| **$191.98** |||

A one and one-half percent (1.50%) late fee will be assessed on any past due balance that appears on monthly billing statements.

☐ Check this box and see reverse side for address or telephone changes.

☐ Your monthly budget payment will be $89.00. To sign up for budget, check the box, PAY TOTAL DUE and initial. Your next billing statement will begin your budget payments. Initials_____

☐ Check this box to indicate that you are donating $_____ to Energy Share. Initials_____

SOUTHSIDE ELECTRIC COOPERATIVE, INC.
PO BOX 7                                                      3
CREWE VA 23930-0007



0000051649800600000000000000191980000000000000000191986

2/3/2021    Southside Electric Cooperative SmartHub - Southside Electric Cooperative SmartHub - Billing & Payments

## Your payment was APPROVED

| | |
|---|---|
| **Authorization Code:** | [redacted] |
| **Transaction ID:** | 2852834 |
| **Processor Transaction ID:** | 5T2TH49MLA1 |
| **Transaction Date & Time:** | Feb 03, 2021 12:45 PM |
| **Total Payment Amount:** | $191.98 |

| Account | Amount |
|---|---|
| [redacted]8006 | $191.98 |
| Total: | $191.98 |

https://sec.smarthub.coop/#billpay:VVNFUl9JRDpsZXdpc2V3aWxrZXJzb25qb25lcy8jbWFpbjY5Y25hdzE5ZW5hWU9TVEVVXSVMgRSBXSUxLRVJJTT04g...    1/1



**SOUTHSIDE ELECTRIC COOPERATIVE, INC.**
PO BOX 7
CREWE VA 23930-0007

*Your Touchstone Energy® Cooperative*

For Billing or Service Inquiries
PLEASE CONTACT US: 1-800-552-2118 or www.sec.coop

To report an outage
1-866-878-5514

LEWIS E WILKERSON JR
DAWN H WILKERSON
390 MAPLE RD
KEYSVILLE VA 23947-0270

| ACCOUNT NUMBER | STATEMENT DATE |
|---|---|
| ####8007 | 01/20/2021 |

Rate Description: RESIDENTIAL

### ACCOUNT INFORMATION

| LOCATION NUMBER | PHONE NUMBER |
|---|---|
| 102668001 | (434) 390-6484 |

| MEMBER NAME(S) |
|---|
| LEWIS E WILKERSON JR |

| SERVICE ADDRESS |
|---|
| 390 MAPLE RD |

| SERVICE LOCATION |
|---|
| GARAGE/SHOP/SHED (NOT A BUSINE |

| SUBSTATION | DIRECTORS DISTRICT |
|---|---|
| BRIERY | 1 |

| BILLING ADDRESS |
|---|
| 390 MAPLE RD |

Page 1 of 2

### YOUR ENERGY USAGE - METER

|  | Current Billing Period | Previous Billing Period | Same Period Last Year |
|---|---|---|---|
| Average Daily Use | 1 | 1 | 0 |
| Average Daily Cost | $.99 | $1.00 | $.86 |
| Days in Billing Period | 31 | 30 | 32 |
| Average Monthly Usage | 29 | 22 | 1 |

LAST 13 MONTHS USAGE

### METER READING INFORMATION

| METER | PRESENT READING | PREVIOUS READING | MULT |
|---|---|---|---|
| 82527970 | 10084  01/15/2021 | 10055  12/15/2020 | 1 |
| kWh | kW | Kvar |  |
| 29 | 0.256 | 0.0 |  |

### EXPLANATION OF CHARGES

| PREVIOUS CHARGES | 30.06 |
|---|---|
| OUTSTANDING BALANCE | 0.00 |
| DELIVERY CHARGE | 26.00 |
| DIST. ENERGY CHARGE | 1.39 |
| ESS CHARGE | 2.21 |
| DEMAND CHARGE | 0.03 |
| POWER COST ADJUSTMENT .0138- | 0.40 CR |
| SEC CURRENT CHARGES | 29.23 |
| CHARLOTTE UTILITY TAX | 1.40 |
| CHARLOTTE CONSUMPTION TAX | 0.01 |
| SPECIAL REGULATORY TAX | 0.03 |
| **TOTAL CURRENT CHARGES** | **30.67** |
| **TOTAL CHARGES DUE NOW** | **30.67** |
| PLEASE PAY THIS AMOUNT ▶ | 30.67 |

DUE BY: 02/10/21

---

▼ PLEASE TEAR HERE AND ENCLOSE BOTTOM PORTION WITH PAYMENT ▼
DO NOT USE STAPLES OR TAPE ON YOUR CHECKS OR STUBS

**SOUTHSIDE ELECTRIC COOPERATIVE, INC.**
PO BOX 7
CREWE VA 23930-0007

*Your Touchstone Energy® Cooperative*

MEMBER NAME:    LEWIS E WILKERSON JR
BILLING ADDRESS: DAWN H WILKERSON
                 390 MAPLE RD
                 KEYSVILLE VA 23947-0270

| STATEMENT DATE | DUE DATE | ACCOUNT NUMBER |
|---|---|---|
| 01/20/2021 | 02/10/2021 | ####8007 |
| OUTSTANDING BALANCE | | CURRENT CHARGES |
| $0.00 | | $30.67 |
| TOTAL AMOUNT DUE | | |
| $30.67 | | |

A one and one-half percent (1.50%) late fee will be assessed on any past due balance that appears on monthly billing statements.

SOUTHSIDE ELECTRIC COOPERATIVE, INC.
PO BOX 7                                          3
CREWE VA 23930-0007



☐ Check this box and see reverse side for address or telephone changes.

☐ Your monthly budget payment will be $32.00. To sign up for budget, check the box, PAY TOTAL DUE and initial. Your next billing statement will begin your budget payments. Initials_____

☐ Check this box to indicate that you are donating $_____ to Energy Share. Initials_____

0000051649800700000000000000000306700000000000000000030677

### Your payment was APPROVED

| | |
|---|---|
| **Authorization Code:** | ~~(redacted)~~ |
| **Transaction ID:** | 2852837 |
| **Processor Transaction ID:** | LJ82L49MLA3 |
| **Transaction Date & Time:** | Feb 03, 2021 12:48 PM |
| **Total Payment Amount:** | $30.67 |

| Account | Amount |
|---|---|
| ~~xxxx~~8007 | $30.67 |
| Total: | $30.67 |

**SOUTHSIDE ELECTRIC COOPERATIVE, INC.**
PO BOX 7
CREWE VA 23930-0007

*Your Touchstone Energy® Cooperative*

For Billing or Service Inquiries
PLEASE CONTACT US: 1-800-552-2118 or www.sec.coop

To report an outage
1-866-878-5514

LEWIS E WILKERSON JR
PO BOX 270
KEYSVILLE VA 23947-0270

| ACCOUNT NUMBER | STATEMENT DATE |
|---|---|
| ####5006 | 01/27/2021 |

Rate Description: RESIDENTIAL

### ACCOUNT INFORMATION

| LOCATION NUMBER | PHONE NUMBER |
|---|---|
| 102709002 | (434) 736-9100 |

| MEMBER NAME(S) |
|---|
| LEWIS E WILKERSON JR |
| SERVICE ADDRESS |
| 719 OLE BRIERY STATION RD |
| SERVICE LOCATION |

| SUBSTATION | DIRECTORS DISTRICT |
|---|---|
| BRIERY | 2 |

| BILLING ADDRESS |
|---|
| PO BOX 270 |

Page 1 of 2

### YOUR ENERGY USAGE - METER

| | Current Billing Period | Previous Billing Period | Same Period Last Year |
|---|---|---|---|
| Average Daily Use | 47 | 57 | 64 |
| Average Daily Cost | $5.84 | $7.49 | $8.25 |
| Days In Billing Period | 31 | 30 | 31 |
| Average Monthly Usage | 1446 | 1718 | 1993 |

**LAST 13 MONTHS USAGE**

(Bar chart: Jan 2020 1803, Feb 1934, Mar 1705, Apr 1917, May 1812, Jun 1507, Jul 2261, Aug 2399, Sep 1959, Oct 1432, Nov 1919, Dec 1716, Jan 2021 1446)

### METER READING INFORMATION

| METER | PRESENT READING | PREVIOUS READING | MULT |
|---|---|---|---|
| 82534944 | 94008  01/22/2021 | 92562  12/22/2020 | 1 |

| kWh | kW | Kvar |
|---|---|---|
| 1446 | 7.232 | 0.0 |

### EXPLANATION OF CHARGES

| PREVIOUS CHARGES | 227.21 |
|---|---|
| OUTSTANDING BALANCE | 0.00 |
| DELIVERY CHARGE | 26.00 |
| DIST. ENERGY CHARGE | 61.71 |
| ESS CHARGE | 110.08 |
| DEMAND CHARGE | 0.72 |
| POWER COST ADJUSTMENT .0138- | 19.95 CR |
| SEC CURRENT CHARGES | 178.56 |
| PRINCE EDWARD UTILITY TAX | 2.50 |
| PRINCE EDWARD CONSUMPTION TAX | 0.55 |
| SPECIAL REGULATORY TAX | 1.69 |
| TOTAL CURRENT CHARGES | 183.30 |
| TOTAL CHARGES DUE NOW | 183.30 |
| PLEASE PAY THIS AMOUNT ▶ | 183.30 |

DUE BY: 02/17/21

---

▼ PLEASE TEAR HERE AND ENCLOSE BOTTOM PORTION WITH PAYMENT ▼
DO NOT USE STAPLES OR TAPE ON YOUR CHECKS OR STUBS

**SOUTHSIDE ELECTRIC COOPERATIVE, INC.**
PO BOX 7
CREWE VA 23930-0007

*Your Touchstone Energy® Cooperative*

MEMBER NAME:    LEWIS E WILKERSON JR
BILLING ADDRESS: PO BOX 270
                 KEYSVILLE VA 23947-0270

| STATEMENT DATE | DUE DATE | ACCOUNT NUMBER |
|---|---|---|
| 01/27/2021 | 02/17/2021 | ####5006 |

| OUTSTANDING BALANCE | CURRENT CHARGES |
|---|---|
| $0.00 | $183.30 |

| TOTAL AMOUNT DUE |
|---|
| $183.30 |

A one and one-half percent (1.50%) late fee will be assessed on any past due balance that appears on monthly billing statements.

☐ Check this box and see reverse side for address or telephone changes.
☐ Your monthly budget payment will be $221.00. To sign up for budget, check the box, PAY TOTAL DUE and initial. Your next billing statement will begin your budget payments. Initials____
☐ Check this box to indicate that you are donating $____ to Energy Share. Initials____

SOUTHSIDE ELECTRIC COOPERATIVE, INC.
PO BOX 7                                                      4
CREWE VA 23930-0007

0000007698500600000000000000018330000000000000000018330b

## Your payment was APPROVED

**Authorization Code:** ~~[redacted]~~

**Transaction ID:** 2852844

**Processor Transaction ID:** 7J0WK49MLA5

**Transaction Date & Time:** Feb 03, 2021 12:50 PM

**Total Payment Amount:** $183.30

| Account | Amount |
|---|---|
| 76985006 | $183.30 |
| Total: | $183.30 |