Michael A. Condyles (VSB No. 27807)
Laura L. Kistler (VSB No. 95393)
**KUTAK ROCK LLP**
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219-4071
Telephone:      (804) 644-1700
Facsimile:      (804) 783-6192
*Counsel to Essex Bank*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

IN RE: LEWIS E. WILKERSON,

        Debtor.          Case No. 20-34576-KLP
                              Chapter 11

ESSEX BANK,

        Movant,

v.

LEWIS E. WILKERSON,

        Respondent.

**CONSENT ORDER**

      **THIS DAY CAME** the plaintiff, Essex Bank ("Essex"), by counsel, on its motion for relief from the automatic stay under § 362 of the Bankruptcy Code (the "Motion"); and

      **IT APPEARING** to the Court that on or about June 26, 2019, Lewis E. Wilkerson (the "Debtor") executed a Promissory Note in favor of Essex in the sum of $200,000.00 (the "Note").

      **IT APPEARING FURTHER** that in connection with the Note, the Debtor executed a Commercial Security Agreement dated June 26, 2019, to secure the indebtedness owed under the Note (the "Commercial Security Agreement").

      **IT APPEARING FURTHER** that pursuant to the Commercial Security Agreement, the Debtor granted Essex a security interest in the equipment identified in **Exhibit A** attached hereto

4836-2157-8722.2

(the "Collateral") and that Essex maintains a fully perfected security interest in and against the Collateral as a result of the filing by Essex of its UCC-1 Financing Statement with the State Corporation Commission for the Commonwealth of Virginia.

**IT APPEARING FURTHER** that the Debtor consents to the relief requested in the Motion and has agreed to surrender the Collateral to Essex; and

**IT APPEARING FURTHER** that the relief requested is just and proper, and for good cause shown, it is hereby

**ORDERED** that

1. The Motion shall be, and it hereby is, granted and that Essex shall be, and it hereby is, granted relief from the automatic stay pursuant to § 362 of the Bankruptcy Code so that it may assert any and all of its rights and remedies with respect to the Collateral, whether available under its loan documents, state law or otherwise, and take any all actions to recover and foreclose on the Collateral;

2. The Debtor shall surrender the Collateral to Essex upon the request of Essex;

3. The relief granted by this Order, including, without limitation, the granting of relief from stay with respect to the Collateral, shall survive any conversion of the Debtor's bankruptcy case and shall be enforceable with respect to any trustee that may be appointed in connection with the Debtor's bankruptcy case or any conversion of such case;

4. For good cause shown, the stay of this Order provided by any Bankruptcy Rule, including, without limitation, Bankruptcy Rule 4001(a)(3), is hereby WAIVED, and this Order shall be effective and enforceable immediately upon its entry by the Court; and

5. The Clerk shall issue copies of this Order to all necessary parties indicated on the attached service list.

**ENTERED:** Apr 5 2021

/s/ Keith L Phillips
United States Bankruptcy Judge

Entered On Docket: Apr 5 2021

We ask for this:

/s/ *Michael A. Condyles*
Michael A. Condyles (VSB No. 27807)
Laura L. Kistler (VSB No. 95393)
**KUTAK ROCK LLP**
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219-4071
Telephone:     (804) 644-1700
Facsimile:      (804) 783-6192
*Counsel to Essex Bank*

Seen and Agreed:

/s/ *Hunter R. Wells*
Robert A. Canfield, Esq. (VSB No. 16901)
Hunter R. Wells, Esq. (VSB. No. 82791)
Canfield Wells, LLP
4124 E. Parham Road
Henrico, VA  23228
*Counsel to the Debtor*

## CERTIFICATION OF ENDORSEMENT

Pursuant to the Local Rules of this Court, I hereby certify that all necessary parties have endorsed this Order.

/s/ *Michael A. Condyles*

3

4836-2157-8722.2

## SERVICE LIST

Michael A. Condyles, Esq.
Kutak Rock LLP
1111 East Main Street
Suite 800
Richmond, VA  23219

Hunter R. Wells, Esq.
Canfield Wells, LLP
4124 E. Parham Road
Henrico, VA  23228

## **EXHIBIT A**

| DESCRIPTION OF COLLATERAL | SERIAL NO. |
|---|---|
| 2010 Cat Dozer D6N | DJA01151 |
| 2014 Cat Dozer D6K | C8N21953 |
| 2014 Cat Knuckle Boom 559C | CAT0559CLKAS00425 |
| 2012 Cat Skidder 545C | CAT0545CA54501116 |
| 2015 Cat Dozer D6K | WMR00262 |
| 2013 Cat Skidder 545C | CAT0545CT54500992 |

4836-2157-8722.2