| CASE NAME: | Lewis E. Wilkerson Jr. |
|---|---|
| CASE NUMBER: | 20-34576 |
| JUDGE: | Phillips |

INDIVIDUAL
26-Jan-06

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF VIRGINIA**

**RICHMOND DIVISION**

**MONTHLY OPERATING REPORT**

**MONTH ENDING:** March, 2021

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING MONTHLY OPERATING REPORT (INDIVIDUAL-1 THROUGH INDIVIDUAL-3) AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE. DECLARATION OF THE PREPARER (OTHER THAN RESPONSIBLE PARTY): IS BASED ON ALL INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.

**RESPONSIBLE PARTY:**

[signature]
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY

Debtor
TITLE

Lewis E. Wilkerson Jr.
PRINTED NAME OF RESPONSIBLE PARTY

4-8-2021
DATE

**PREPARER:**

ORIGINAL SIGNATURE OF PREPARER

TITLE

PRINTED NAME OF PREPARER

DATE

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

INDIVIDUAL-1

28-Jan-06

In Re: Case Name Lewis E. Wilkerson, Jr., Chapter 11
Case Number 20-34576

# MONTHLY OPERATING REPORT
# INCOME STATEMENT

(Non-Business Debtor, Cash Basis)
(All figures refer to post-petition transactions)

| Income | Current Month |
|---|---|
| Salary, Wages, etc. | -0- |
| Interest, dividends, investments | -0- |
| Business Income (Rents, Royalties, Sale of Assets, etc.) | -0- |
| Other: VEC 1832.00 Spouse 3000.00 | 4832.00 |
| (A) Total Income | 4832.00 |
| Expenses | |
| Automobile Expenses Gas | 53.00 |
| Car payment | |
| Auto Insurance | |
| Housing | |
| Mortgage payment | |
| Insurance | |
| Real estate tax Charlotte County VA | 1296.82 |
| Rent | |
| Utilities SEC 311.05 Ellington Energy 1888.30 | 1599.35 |
| Insurance (Other) | |
| Interest | |
| Bank Fees | |
| Other Secured Notes | |
| Alimony/Support | |
| Entertainment | |
| Medical | |
| Food | |
| Charitable Contributions | |
| Gifts | |
| Personal Living Expenses Check # 1011 | |
| Professional Fees (Attorney, Acct., etc.) | 1300.00 |
| US Trustee Fees | |
| Taxes (Other) | |
| | |
| (B) Total Expenses | 4249.17 |
| | |
| (C) Cash Flow (C=A-B) | 582.83 |
| (D) Cash forward from prior month | 2088.34 |
| (E) Ending Cash Balance (E=D+C) | 2671.17 |
| | |
| (F) Balance per Bank Statement(s) | 2671.17 |
| (G) Less Outstanding Checks | |
| (H) Add Deposits in Transit | |
| (I) Reconciled Bank Balance (I=(F-G)+H) | 2671.17 |

*(Note Ending Cash Balance (E) and Reconciled Cash Balance (I) should equal)*

| CASE NAME: | Lewis E. Wilkerson, Jr. |
|---|---|
| CASE NUMBER: | 20-34576 |

INDIVIDUAL-2

26-Jan-06

**ASSETS OF THE ESTATE**

| SCHEDULE "A" REAL PROPERTY | SCHEDULE AMOUNT* | MONTH March 2021 |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. OTHER (ATTACH LIST) | | |
| 5. TOTAL REAL PROPERTY ASSETS | 6,053,457.00 | |
| **SCHEDULE "B" PERSONAL PROPERTY** | | |
| 1. CASH ON HAND | 100.00 | |
| 2. CHECKING, SAVINGS, ETC. | 3,671.17 | |
| 3. SECURITY DEPOSITS | | |
| 4. HOUSEHOLD GOODS | 1,000.00 | |
| 5. BOOKS, PICTURES, ART | 50.00 | |
| 6. WEARING APPAREL | 300.00 | |
| 7. FURS AND JEWELRY | | |
| 8. FIREARMS & SPORTS EQUIPMENT | 600.00 | |
| 9. INSURANCE POLICIES | | |
| 10. ANNUITIES | | |
| 11. RETIREMENT & PROFIT SHARING | | |
| 12. STOCKS | | |
| 13. PARTNERSHIPS & JOINT VENTURES | | |
| 14. GOVERNMENT & CORPORATE BONDS | | |
| 15. ACCOUNTS RECEIVABLE | | |
| 16. ALIMONY | | |
| 17. OTHER LIQUIDATED DEBTS | | |
| 18. EQUITABLE INTERESTS | | |
| 19. CONTINGENT INTERESTS | | |
| 20. OTHER CLAIMS | | |
| 21. PATENTS & COPYRIGHTS | | |
| 22. LICENSES & FRANCHISES | | |
| 23. AUTOS, TRUCKS & OTHER VEHICLES | 70,544.00 | |
| 24. BOATS & MOTORS | | |
| 25. AIRCRAFT | | |
| 26. OFFICE EQUIPMENT | | |
| 27. MACHINERY, FIXTURES & EQUIPMENT | | |
| 28. INVENTORY | | |
| 29. ANIMALS | | |
| 30. CROPS | | |
| 31. FARMING EQUIPMENT | | |
| 32. FARM SUPPLIES | | |
| 33. OTHER (ATTACH LIST) | | |
| 34. TOTAL PERSONAL PROPERTY ASSETS | 76,265.17 | |
| 35. TOTAL ASSETS | 6,129,722.10 | |

* DATE AMENDED [redacted]

| CASE NAME: | Lewis E. Wilkerson Jr. |
|---|---|
| CASE NUMBER: | 20-34576 |

INDIVIDUAL-3
26-Jan-06

MONTH: March 2021

## QUESTIONNAIRE

| | YES | NO |
|---|---|---|
| 1. HAVE ANY ASSETS BEEN SOLD OR TRANSFERRED OUTSIDE THE NORMAL COURSE OF BUSINESS THIS REPORTING PERIOD? | | ✓ |
| 2. HAVE ANY FUNDS BEEN DISBURSED FROM ANY ACCOUNT OTHER THAN A DEBTOR IN POSSESSION ACCOUNT? | | ✓ |
| 3. ARE ANY POSTPETITION RECEIVABLES (ACCOUNTS, NOTES, OR LOANS) DUE FROM RELATED PARTIES? | | ✓ |
| 4. HAVE ANY PAYMENTS BEEN MADE ON PREPETITION LIABILITIES THIS REPORTING PERIOD? | | ✓ |
| 5. HAVE ANY POSTPETITION LOANS BEEN RECEIVED BY THE DEBTOR FROM ANY PARTY? | | ✓ |
| 6. ARE ANY POSTPETITION PAYROLL TAXES PAST DUE? | | ✓ |
| 7. ARE ANY POSTPETITION STATE OR FEDERAL INCOME TAXES PAST DUE? | | ✓ |
| 8. ARE ANY POSTPETITION REAL ESTATE TAXES PAST DUE? | | ✓ |
| 9. ARE ANY OTHER POSTPETITION TAXES PAST DUE? | | ✓ |
| 10. ARE ANY AMOUNTS OWED TO POSTPETITION CREDITORS DELINQUENT? | | ✓ |
| 11. HAVE ANY PREPETITION TAXES BEEN PAID DURING THE REPORTING PERIOD? | | ✓ |
| 12. ARE ANY WAGE PAYMENTS PAST DUE? | | ✓ |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "YES," PROVIDE A DETAILED EXPLANATION OF EACH ITEM. ATTACH ADDITIONAL SHEETS IF NECESSARY.

## INSURANCE

| | YES | NO |
|---|---|---|
| 1. ARE WORKER'S COMPENSATION, GENERAL LIABILITY AND OTHER NECESSARY INSURANCE COVERAGES IN EFFECT? | ✓ | |
| 2. ARE ALL PREMIUM PAYMENTS PAID CURRENT? | ✓ | |
| 3. PLEASE ITEMIZE POLICIES BELOW. | | |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "NO," OR IF ANY POLICIES HAVE BEE CANCELLED OR NOT RENEWED DURING THIS REPORTING PERIOD, PROVIDE AN EXPLANATION BELOW. ATTACH ADDITIONAL SHEETS IF NECESSARY.

All Policies Through Farm Bureau ON All Parcels

## INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |



PO Box 391
West Point, VA 23181

ADDRESS SERVICE REQUESTED

LEWIS E WILKERSON JR
CASE# 20-34576-KLP
PO BOX 270
KEYSVILLE VA 23947-0270

## Statement Ending 03/15/2021

LEWIS E WILKERSON JR — Page 1 of 4
Account Number: XXXXXX3604

### Managing Your Accounts

| | |
|---|---|
| Customer Support | 800-296-6246 |
| Mailing Address | P.O. Box 391<br>West Point, VA 23181 |
| Online Banking | www.cffc.com |
| Mobile Banking | www.cffc.com/mobilebanking |

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| ACCESS CHECKING | XXXXXX3604 | $3,671.17 |

## ACCESS CHECKING-XXXXXX3604

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 02/13/2021 | Beginning Balance | $3,088.34 |
| | 5 Credit(s) This Period | $4,832.00 |
| | 16 Debit(s) This Period | $4,249.17 |
| 03/15/2021 | Ending Balance | $3,671.17 |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 03/10/2021 | DEPOSIT | $3,000.00 |

### Electronic Credits

| Date | Description | Amount |
|---|---|---|
| 02/18/2021 | VEC - VIRGINIA UI BENEFIT XXXXX3190 | $458.00 |
| 02/24/2021 | VEC - VIRGINIA UI BENEFIT XXXXX3190 | $458.00 |
| 03/03/2021 | VEC - VIRGINIA UI BENEFIT XXXXX3190 | $458.00 |
| 03/11/2021 | VEC - VIRGINIA UI BENEFIT XXXXX3190 | $458.00 |

### Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 02/18/2021 | 82191 POS PURCHASE ELLINGTON ENERGY 804-355-1721 VA 00000000 082191 | $1,222.30 |
| 03/10/2021 | 28353 POS PURCHASE EXXONMOBIL 47 KEYSVILLE VA 001 028353 | $53.00 |
| 03/11/2021 | Southside Electr WEB PMTS TDXN0G | $40.35 |
| 03/11/2021 | Southside Electr WEB PMTS R8YN0G | $140.40 |
| 03/11/2021 | Southside Electr WEB PMTS MDXN0G | $196.30 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1001 | 02/26/2021 | $170.43 | 1005 | 02/26/2021 | $8.98 | 1009 | 02/26/2021 | $60.66 |
| 1002 | 02/26/2021 | $61.08 | 1006 | 02/26/2021 | $253.69 | 1010 | 02/26/2021 | $435.58 |
| 1003 | 02/26/2021 | $28.93 | 1007 | 02/26/2021 | $161.92 | 1011 | 02/25/2021 | $1,300.00 |
| 1004 | 02/26/2021 | $9.30 | 1008 | 02/26/2021 | $106.25 | | | |

* Indicates skipped check number

Member
FDIC
EQUAL HOUSING
LENDER

[illegible]



PO Box 391
West Point, VA 23181

## Statement Ending 03/15/2021

LEWIS E WILKERSON JR

Account Number: XXXXXX3604

## ACCESS CHECKING-XXXXXX3604 (continued)

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02/18/2021 | $2,324.04 | 02/26/2021 | $185.22 | 03/11/2021 | $3,671.17 |
| 02/24/2021 | $2,782.04 | 03/03/2021 | $643.22 | | |
| 02/25/2021 | $1,482.04 | 03/10/2021 | $3,590.22 | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

# ELLINGTON ENERGY SERVICES, INC.

1812 W. Third Street, Farmville, VA 23901-2632
800-543-6113 / 434-392-3176
www.ellingtonenergyservices.com

BILL TO ADDRESS

KEYSVILLE, VA 23947

DELIVERY ADDRESS

GENERATOR\BKUP HEAT - UNDERGROUND

NE DELIVERY LPG

50 Years Serving The Community

Propane

Fuel Oil

24/7 Service

Cylinder Exchange

A/C Service

## INVOICE

Account No 2031

We Appreciate Your Business!!

| DESCRIPTION OF CHARGE | AMOUNT |
|---|---|
| Volume adjusted to 60F degrees | |
| PROPANE @ $3.249 | |
| 1.00000 | |

CUSTOMER COPY

PLEASE PAY THIS AMOUNT →

SEE SAFETY INFORMATION ON BACK

REC'D DELIVERY X

REC'D PAYMENT $

DRIVER X

THIS IS YOUR INVOICE

Document Page 9 of 34
3/10/2021 Southside Electric Cooperative SmartHub - Southside Electric Cooperative SmartHub - Billing & Payments

**Your payment was APPROVED**

| | |
|---|---|
| **Authorization Code:** | [redacted] |
| **Transaction ID:** | 2899856 |
| **Processor Transaction ID:** | NKCK3WCMLA4 |
| **Transaction Date & Time:** | Mar 10, 2021 11:43 AM |
| **Total Payment Amount:** | $40.35 |

| Account | Amount |
|---|---|
| [redacted] | $40.35 |
| Total: | $40.35 |

https://sec.smarthub.coop/#billpay:VVNFUI9JRDpsZXdpc2V3aWxrZXJzb25qckBnbWFpbC5jb206IY3VzdE5hbWU9TEVXSVMgRSBXSUxLRVJTT04g... 1/1

YNNN

**SOUTHSIDE ELECTRIC COOPERATIVE, INC.**
PO BOX 7
CREWE VA 23930-0007
Your Touchstone Energy® Cooperative

**For Billing or Service Inquiries**
***PLEASE CONTACT US: 1-800-552-2118 or www.sec.coop***

**To report an outage**
**1-866-878-5514**

LEWIS E WILKERSON JR
DAWN H WILKERSON
390 MAPLE RD
KEYSVILLE VA 23947-0270

| ACCOUNT NUMBER | STATEMENT DATE |
|---|---|
| [redacted]8007 | 02/18/2021 |

**Rate Description: RESIDENTIAL**

ACCOUNT INFORMATION

| LOCATION NUMBER | PHONE NUMBER |
|---|---|
| 102668001 | (434) 390-6484 |

MEMBER NAME(S): LEWIS E WILKERSON JR
SERVICE ADDRESS: 390 MAPLE RD
SERVICE LOCATION: GARAGE/SHOP/SHED (NOT A BUSINE

| SUBSTATION | DIRECTORS DISTRICT |
|---|---|
| BRIERY | 1 |

BILLING ADDRESS: 390 MAPLE RD

Page 1 of 2

YOUR ENERGY USAGE - METER

| | Current Billing Period | Previous Billing Period | Same Period Last Year |
|---|---|---|---|
| Average Daily Use | 4 | 1 | 0 |
| Average Daily Cost | $1.39 | $.99 | $.91 |
| Days in Billing Period | 29 | 31 | 30 |
| Average Monthly Usage | 114 | 29 | 0 |

LAST 13 MONTHS USAGE

| Feb 2020 | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb 2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 20 | 0 | 1 | 56 | 130 | 118 | 95 | 48 | 22 | 29 | 114 |

METER READING INFORMATION

| METER | PRESENT READING | PREVIOUS READING | MULT |
|---|---|---|---|
| 82527970 | 10198 02/13/2021 | 10084 01/15/2021 | 1 |

| kWh | kW | Kvar |
|---|---|---|
| 114 | 0.320 | 0.0 |

EXPLANATION OF CHARGES

| | |
|---|---|
| PREVIOUS CHARGES | 30.67 |
| OUTSTANDING BALANCE | 0.00 |
| DELIVERY CHARGE | 26.00 |
| DIST. ENERGY CHARGE | 5.38 |
| ESS CHARGE | 8.68 |
| DEMAND CHARGE | 0.03 |
| POWER COST ADJUSTMENT .0138- | 1.57 CR |
| SEC CURRENT CHARGES | 38.52 |
| CHARLOTTE UTILITY TAX | 1.65 |
| CHARLOTTE CONSUMPTION TAX | 0.04 |
| SPECIAL REGULATORY TAX | 0.14 |
| **TOTAL CURRENT CHARGES** | **40.35** |
| **TOTAL CHARGES DUE NOW** | **40.35** |
| PLEASE PAY THIS AMOUNT ▶ | 40.35 |

DUE BY: 03/10/21

***PLEASE TEAR HERE AND ENCLOSE BOTTOM PORTION WITH PAYMENT***
***DO NOT USE STAPLES OR TAPE ON YOUR CHECKS OR STUBS***

**SOUTHSIDE ELECTRIC COOPERATIVE, INC.**
PO BOX 7
CREWE VA 23930-0007
Your Touchstone Energy® Cooperative

| STATEMENT DATE | DUE DATE | ACCOUNT NUMBER |
|---|---|---|
| 02/18/2021 | 03/10/2021 | [redacted]8007 |

| OUTSTANDING BALANCE | CURRENT CHARGES |
|---|---|
| $0.00 | $40.35 |

| TOTAL AMOUNT DUE |
|---|
| **$40.35** |

**MEMBER NAME:** LEWIS E WILKERSON JR
**BILLING ADDRESS:** DAWN H WILKERSON
390 MAPLE RD
KEYSVILLE VA 23947-0270

A one and one-half percent (1.50%) late fee will be assessed on any past due balance that appears on monthly billing statements.

☐ Check this box and see reverse side for address or telephone changes.

☐ Your monthly budget payment will be $34.00. To sign up for budget, check the box, PAY TOTAL DUE and initial. Your next billing statement will begin your budget payments. Initials

☐ Check this box to indicate that you are donating $________ to Energy Share. Initials_______

SOUTHSIDE ELECTRIC COOPERATIVE, INC.
PO BOX 7 3
CREWE VA 23930-0007

000005164980070000000000000000040350000000000000000040359

Your payment was APPROVED

**Authorization Code:** [redacted]

**Transaction ID:** 2899859

**Processor Transaction ID:** 269X0WCMLA7

**Transaction Date & Time:** Mar 10, 2021 11:45 AM

**Total Payment Amount:** $140.40

| Account | Amount |
|---|---|
| [redacted] | $140.40 |
| Total: | $140.40 |

YNNN

**SOUTHSIDE ELECTRIC COOPERATIVE, INC.**
PO BOX 7
CREWE VA 23930-0007
Your Touchstone Energy® Cooperative

| ACCOUNT NUMBER | STATEMENT DATE |
|---|---|
| [redacted]5006 | 02/25/2021 |

**Rate Description: RESIDENTIAL**

**ACCOUNT INFORMATION**

| LOCATION NUMBER | PHONE NUMBER |
|---|---|
| 102709002 | (434) 736-9100 |

MEMBER NAME(S)
LEWIS E WILKERSON JR

SERVICE ADDRESS
719 OLE BRIERY STATION RD

SERVICE LOCATION

| SUBSTATION | DIRECTORS DISTRICT |
|---|---|
| BRIERY | 2 |

BILLING ADDRESS
PO BOX 270

**For Billing or Service Inquiries**
***PLEASE CONTACT US: 1-800-552-2118 or www.sec.coop***

**To report an outage**
**1-866-878-5514**

LEWIS E WILKERSON JR
PO BOX 270
KEYSVILLE VA 23947-0270

Page 1 of 2

**YOUR ENERGY USAGE - METER**

| | Current Billing Period | Previous Billing Period | Same Period Last Year |
|---|---|---|---|
| Average Daily Use | 33 | 47 | 62 |
| Average Daily Cost | $4.34 | $5.84 | $8.04 |
| Days in Billing Period | 32 | 31 | 31 |
| Average Monthly Usage | 1041 | 1446 | 1934 |

**LAST 13 MONTHS USAGE**

| Feb 2020 | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb 2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1934 | 1795 | 1917 | 1612 | 1507 | 2281 | 2399 | 1959 | 1432 | 1919 | 1718 | 1448 | 1041 |

**METER READING INFORMATION**

| METER | PRESENT READING | PREVIOUS READING | MULT |
|---|---|---|---|
| 82534944 | 95049 02/23/2021 | 94008 01/22/2021 | 1 |

| kWh | kW | Kvar |
|---|---|---|
| 1041 | 8.192 | 0.0 |

**EXPLANATION OF CHARGES**

| | |
|---|---|
| PREVIOUS CHARGES | 183.30 |
| OUTSTANDING BALANCE | 0.00 |
| DELIVERY CHARGE | 26.00 |
| DIST. ENERGY CHARGE | 44.58 |
| ESS CHARGE | 79.25 |
| DEMAND CHARGE | 0.82 |
| POWER COST ADJUSTMENT .0138- | 14.37 CR |
| SEC CURRENT CHARGES | 136.28 |
| PRINCE EDWARD UTILITY TAX | 2.50 |
| PRINCE EDWARD CONSUMPTION TAX | 0.40 |
| SPECIAL REGULATORY TAX | 1.22 |
| **TOTAL CURRENT CHARGES** | **140.40** |
| **TOTAL CHARGES DUE NOW** | **140.40** |
| PLEASE PAY THIS AMOUNT ▶ | 140.40 |

DUE BY: 03/17/21

***PLEASE TEAR HERE AND ENCLOSE BOTTOM PORTION WITH PAYMENT***
***DO NOT USE STAPLES OR TAPE ON YOUR CHECKS OR STUBS***

**SOUTHSIDE ELECTRIC COOPERATIVE, INC.**
PO BOX 7
CREWE VA 23930-0007
Your Touchstone Energy® Cooperative

| STATEMENT DATE | DUE DATE | ACCOUNT NUMBER |
|---|---|---|
| 02/25/2021 | 03/17/2021 | [redacted]5006 |

| OUTSTANDING BALANCE | CURRENT CHARGES |
|---|---|
| $0.00 | $140.40 |

TOTAL AMOUNT DUE
**$140.40**

**MEMBER NAME:** LEWIS E WILKERSON JR
**BILLING ADDRESS:** PO BOX 270
KEYSVILLE VA 23947-0270

A one and one-half percent (1.50%) late fee will be assessed on any past due balance that appears on monthly billing statements.

☐ Check this box and see reverse side for address or telephone changes.

☐ Your monthly budget payment will be $213.00. To sign up for budget, check the box, PAY TOTAL DUE and initial. Your next billing statement will begin your budget payments. Initials

☐ Check this box to indicate that you are donating $__________ to Energy Share. Initials________

SOUTHSIDE ELECTRIC COOPERATIVE, INC.
PO BOX 7
CREWE VA 23930-0007

4

000000769850060000000000000001404000000000000000000140404

3/10/2021 Southside Electric Cooperative SmartHub - Southside Electric Cooperative SmartHub - Billing & Payments

**Your payment was APPROVED**

| | |
|---|---|
| **Authorization Code:** | [redacted] |
| **Transaction ID:** | 2899846 |
| **Processor Transaction ID:** | H4QW3WCMLA8 |
| **Transaction Date & Time:** | Mar 10, 2021 11:39 AM |
| **Total Payment Amount:** | $196.30 |

| Account | Amount |
|---|---|
| [redacted] | $196.30 |
| **Total:** | **$196.30** |

https://sec.smarthub.coop/#billpay:VVNFUI9JRDpsZXdpc2V3aWxrZXJzb25qckBnbWFpbC5jb206!Y3VzdE5hbWU9TEVXSVMgRSBXSUxLRVJTT04g... 1/1

YNNN

**SOUTHSIDE ELECTRIC COOPERATIVE, INC.**
PO BOX 7
CREWE VA 23930-0007

Your Touchstone Energy® Cooperative

**For Billing or Service Inquiries**
***PLEASE CONTACT US: 1-800-552-2118 or www.sec.coop***

**To report an outage**
**1-866-878-5514**

2808 1 AV 0.398 5 2808
C-8
LEWIS E WILKERSON JR
DAWN H WILKERSON
390 MAPLE RD
KEYSVILLE VA 23947-4129

| ACCOUNT NUMBER | STATEMENT DATE |
|---|---|
| [redacted]8006 | 02/18/2021 |

**Rate Description: RESIDENTIAL**

ACCOUNT INFORMATION

| LOCATION NUMBER | PHONE NUMBER |
|---|---|
| 102667001 | (434) 390-6484 |

MEMBER NAME(S): LEWIS E WILKERSON JR
SERVICE ADDRESS: 390 MAPLE RD
SERVICE LOCATION: HOME

| SUBSTATION | DIRECTORS DISTRICT |
|---|---|
| BRIERY | 1 |

BILLING ADDRESS: 390 MAPLE RD

Page 1 of 2

YOUR ENERGY USAGE - METER

| | Current Billing Period | Previous Billing Period | Same Period Last Year |
|---|---|---|---|
| Average Daily Use | 54 | 49 | 27 |
| Average Daily Cost | $6.68 | $6.12 | $4.04 |
| Days in Billing Period | 29 | 31 | 30 |
| Average Monthly Usage | 1571 | 1527 | 810 |

LAST 13 MONTHS USAGE

| Feb 2020 | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb 2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 810 | 823 | 910 | 161 | 216 | 363 | 719 | 359 | 161 | 151 | 999 | 1527 | 1571 |

METER READING INFORMATION

| METER | PRESENT READING | PREVIOUS READING | MULT |
|---|---|---|---|
| 55262291 | 1928 02/13/2021 | 357 01/15/2021 | 1 |

| kWh | kW | Kvar |
|---|---|---|
| 1571 | 4.416 | 0.0 |

EXPLANATION OF CHARGES

| | |
|---|---|
| PREVIOUS CHARGES | 191.98 |
| OUTSTANDING BALANCE | 0.00 |
| DELIVERY CHARGE | 26.00 |
| DIST. ENERGY CHARGE | 67.00 |
| ESS CHARGE | 119.60 |
| DEMAND CHARGE | 0.44 |
| POWER COST ADJUSTMENT .0138- | 21.68 CR |
| SEC CURRENT CHARGES | 191.36 |
| CHARLOTTE UTILITY TAX | 2.50 |
| CHARLOTTE CONSUMPTION TAX | 0.60 |
| SPECIAL REGULATORY TAX | 1.84 |
| TOTAL CURRENT CHARGES | 196.30 |
| TOTAL CHARGES DUE NOW | 196.30 |
| PLEASE PAY THIS AMOUNT ▶ | 196.30 |

DUE BY: 03/10/21

***PLEASE TEAR HERE AND ENCLOSE BOTTOM PORTION WITH PAYMENT***
***DO NOT USE STAPLES OR TAPE ON YOUR CHECKS OR STUBS***

**SOUTHSIDE ELECTRIC COOPERATIVE, INC.**
PO BOX 7
CREWE VA 23930-0007
Your Touchstone Energy® Cooperative

| STATEMENT DATE | DUE DATE | ACCOUNT NUMBER |
|---|---|---|
| 02/18/2021 | 03/10/2021 | [redacted]8006 |

| OUTSTANDING BALANCE | CURRENT CHARGES |
|---|---|
| $0.00 | $196.30 |

| TOTAL AMOUNT DUE |
|---|
| **$196.30** |

**MEMBER NAME:** LEWIS E WILKERSON JR
**BILLING ADDRESS:** DAWN H WILKERSON
390 MAPLE RD
KEYSVILLE VA 23947-0270

A one and one-half percent (1.50%) late fee will be assessed on any past due balance that appears on monthly billing statements.

☐ Check this box and see reverse side for address or telephone changes.

☐ Your monthly budget payment will be $96.00. To sign up for budget, check the box, PAY TOTAL DUE and initial. Your next billing statement will begin your budget payments. Initials

☐ Check this box to indicate that you are donating $_________ to Energy Share. Initials________

SOUTHSIDE ELECTRIC COOPERATIVE, INC.
PO BOX 7
CREWE VA 23930-0007
3

00005164980060000000000000000196300000000000000000196306



County of Charlotte
Patricia P. Berkeley, Treasurer
P.O. Box 267
Charlotte Court House, VA 23923-0267
Phone (434) 542-5125
Fax (434) 542-4710

**Account Number:** [redacted]
**Bill Number:** 12470
**1st HALF - FISCAL TAX Year 2020/2021**

**DUE DATE DECEMBER 5, 2020**

**Instructions - Real Estate**

The County Treasurer has no authority to make any assessments or adjustments. If you feel there is an error in the assessment please contact the Commissioner of the Revenue's office at (434) 542-5546

Code of Virginia 58.1-3913 Delinquent tax MUST be paid first.

If check is not honored by bank, receipt is void.

000443/8--S 0--B 0

WILKERSON LEWIS E JR
390 MAPLE RD
KEYSVILLE VA 23947-4129

See the back of this notice for payment options and additional information — Page 2 of 8

County of Charlotte
Fiscal Tax Year 2020/2021 Real Estate Tax
Assessment Period: July 1, 2020 through June 30, 2021

| DUE DATE | MAP # | ANNUAL TAX | BILL NUMBER | RATE per $100 |
|---|---|---|---|---|
| 12/5/2020 | 043-A - 4- - - 15 | 328.47 | 12470 | 0.62 |

| AC. | DESCRIPTION of PROPERTY | LAND VALUE | BUILDING | TOTAL VALUE | AMOUNT DUE |
|---|---|---|---|---|---|
| 21.9 | DB 370/469 | 52,980 | 0 | 52,980 | 164.24 |
| | Previous Balance | | | | 6.19 |
| | *** Any payments received after October 26, 2020 are NOT reflected on this statement. | | | | |
| | | | | AMOUNT NOW DUE --> | 170.43 |

RETAIN TOP PORTION for YOUR RECORDS

LEWIS E. WILKERSON, JR. DIP

COUNTY OF CHARLOTTE

2/3/2021

1001

170.43

C&F BANK CHECKIN ACCT #[redacted] BILL # 12470

170.43

LEWIS E. WILKERSON, JR. DIP

COUNTY OF CHARLOTTE

2/3/2021

1001

170.43

C&F BANK CHECKIN ACCT #[redacted] BILL # 12470

170.43

To re-order checks please call 1-877-586-6377 www.LaserPrinterChecks.com

Order # 217965



County of Charlotte
Patricia P. Berkeley, Treasurer
P.O. Box 267
Charlotte Court House, VA 23923-0267
Phone (434) 542-5125
Fax (434) 542-4710

**Account Number:** [redacted]
**Bill Number:** 12471
**1st HALF - FISCAL TAX Year 2020/2021**

**DUE DATE DECEMBER 5, 2020**

**Instructions - Real Estate**

The County Treasurer has no authority to make any assessments or adjustments. If you feel there is an error in the **assessment** please contact the Commissioner of the Revenue's office at (434) 542-5546

**Code of Virginia 58.1-3913 Delinquent tax MUST be paid first**

If check is not honored by bank, receipt is void.

000443/8--S 0--B 0

WILKERSON LEWIS E JR
390 MAPLE RD
KEYSVILLE VA 23947-4129

**See the back of this notice for payment options and additional information** Page 8 of 8

## County of Charlotte
## Fiscal Tax Year 2020/2021 Real Estate Tax
## Assessment Period: July 1, 2020 through June 30, 2021

| DUE DATE | MAP # | ANNUAL TAX | BILL NUMBER | RATE per $100 |
|---|---|---|---|---|
| 12/5/2020 | 043-A - 4- - - 11 | 117.80 | 12471 | 0.62 |

| AC. | DESCRIPTION of PROPERTY | LAND VALUE | BUILDING | TOTAL VALUE | AMOUNT DUE |
|---|---|---|---|---|---|
| 0 | DB 370/469 LOTS 11-14 | 16,000 | 3,000 | 19,000 | 58.90 |
| | Previous Balance | | | | 2.18 |
| | *** Any payments received after October 26, 2020 are NOT reflected on this statement. | | | | |
| | | | | AMOUNT NOW DUE --> | 61.08 |

RETAIN TOP PORTION for YOUR RECORDS

LEWIS E. WILKERSON, JR. DIP 1002

COUNTY OF CHARLOTTE 2/3/2021 61.08

C&F BANK CHECKIN ACCT # [redacted] BILL # 12471 61.08

LEWIS E. WILKERSON, JR. DIP 1002

COUNTY OF CHARLOTTE 2/3/2021 61.08

C&F BANK CHECKIN ACCT # [redacted] BILL # 12471 61.08

To re-order checks please call 1-877-586-6377 www.LaserPrinterChecks.com **Order # 217965**




County of Charlotte
Patricia P. Berkeley, Treasurer
P.O. Box 267
Charlotte Court House, VA 23923-0267
Phone (434) 542-5125
Fax (434) 542-4710

Account Number: [redacted]
Bill Number: 12472
1st HALF - FISCAL TAX Year 2020/2021

DUE DATE DECEMBER 5, 2020

Instructions - Real Estate

The County Treasurer has no authority to make any assessments or adjustments. If you feel there is an error in the assessment please contact the Commissioner of the Revenue's office at (434) 542-5546

Code of Virginia 58.1-3913 Delinquent tax MUST be paid first.

If check is not honored by bank, receipt is void.

000443/8--S 0--B 0

WILKERSON LEWIS E JR
390 MAPLE RD
KEYSVILLE VA 23947-4129

See the back of this notice for payment options and additional information

Page 6 of 8

County of Charlotte
Fiscal Tax Year 2020/2021 Real Estate Tax
Assessment Period: July 1, 2020 through June 30, 2021

| DUE DATE | MAP # | ANNUAL TAX | BILL NUMBER | RATE per $100 |
|---|---|---|---|---|
| 12/5/2020 | 043-A - 4- - - 9 | 55.80 | 12472 | 0.62 |

| AC. | DESCRIPTION of PROPERTY | LAND VALUE | BUILDING | TOTAL VALUE | AMOUNT DUE |
|---|---|---|---|---|---|
| 0 | DB 370/469 LOTS 9 & 10<br>Previous Balance | 9,000 | 0 | 9,000 | 27.90<br>1.03 |
| | *** Any payments received after October 26, 2020 are NOT reflected on this statement. | | | | |
| | | | | AMOUNT NOW DUE --> | 28.93 |

RETAIN TOP PORTION for YOUR RECORDS

LEWIS E. WILKERSON, JR. DIP

1003

COUNTY OF CHARLOTTE 2/3/2021 28.93

C&F BANK CHECKIN ACCT # [redacted] BILL # 12472 28.93

LEWIS E. WILKERSON, JR. DIP

1003

COUNTY OF CHARLOTTE 2/3/2021 28.93

C&F BANK CHECKIN ACCT # [redacted] BILL # 12472 28.93

To re-order checks please call 1-877-586-6377 www.LaserPrinterChecks.com Order # 217965



County of Charlotte
Patricia P. Berkeley, Treasurer
P.O. Box 267
Charlotte Court House, VA 23923-0267
Phone (434) 542-5125
Fax (434) 542-4710

**Account Number:** [redacted]
**Bill Number:** 12473
**1st HALF - FISCAL TAX Year 2020/2021**

**DUE DATE DECEMBER 5, 2020**

**Instructions - Real Estate**

The County Treasurer has no authority to make any assessments or adjustments. If you feel there is an error in the assessment please contact the Commissioner of the Revenue's office at (434) 542-5546

Code of Virginia 58.1-3913 Delinquent tax MUST be paid first.

If check is not honored by bank, receipt is void.

000443/8--S 0--B 0

WILKERSON LEWIS E JR
390 MAPLE RD
KEYSVILLE VA 23947-4129

See the back of this notice for payment options and additional information

County of Charlotte
Fiscal Tax Year 2020/2021 Real Estate Tax
Assessment Period: July 1, 2020 through June 30, 2021

| DUE DATE | MAP # | ANNUAL TAX | BILL NUMBER | RATE per $100 |
|---|---|---|---|---|
| 12/5/2020 | 040- - A- - - 89-D | 17.94 | 12473 | 0.62 |

| AC. | DESCRIPTION of PROPERTY | LAND VALUE | BUILDING | TOTAL VALUE | AMOUNT DUE |
|---|---|---|---|---|---|
| 2.41 | DB 405/531 | 2,895 | 0 | 2,895 | 8.97 |
| | Previous Balance | | | | 0.33 |
| | *** Any payments received after October 26, 2020 are NOT reflected on this statement. | | | | |
| | | | | AMOUNT NOW DUE --> | 9.30 |

RETAIN TOP PORTION for YOUR RECORDS

LEWIS E. WILKERSON, JR. DIP 1004

COUNTY OF CHARLOTTE 2/3/2021 9.30

C&F BANK CHECKIN ACCT # 4[redacted] BILL # 12473 9.30

LEWIS E. WILKERSON, JR. DIP 1004

COUNTY OF CHARLOTTE 2/3/2021 9.30

C&F BANK CHECKIN ACCT # [redacted] BILL # 12473 9.30

To re-order checks please call 1-877-586-6377 www.LaserPrinterChecks.com **Order # 217965**



County of Charlotte
Patricia P. Berkeley, Treasurer
P.O. Box 267
Charlotte Court House, VA 23923-0267
Phone (434) 542-5125
Fax (434) 542-4710

**Account Number:** [redacted]
**Bill Number:** 12474
**1st HALF - FISCAL TAX Year 2020/2021**

**DUE DATE DECEMBER 5, 2020**

000443/6-S 0-B 0

WILKERSON LEWIS E JR
390 MAPLE RD
KEYSVILLE VA 23947-4129

**Instructions - Real Estate**

The County Treasurer has no authority to make any assessments or adjustments. If you feel there is an error in the **assessment** please contact the Commissioner of the Revenue's office at (434) 542-5546

**Code of Virginia 58.1-3913 Delinquent tax MUST be paid first.**

If check is not honored by bank, receipt is void.

**See the back of this notice for payment options and additional information** Page 5 of 8

County of Charlotte
Fiscal Tax Year 2020/2021 Real Estate Tax
Assessment Period: July 1, 2020 through June 30, 2021

| DUE DATE | MAP # | ANNUAL TAX | BILL NUMBER | RATE per $100 |
|---|---|---|---|---|
| 12/5/2020 | 040- - A- - - 89-B | 17.36 | 12474 | 0.62 |

| AC. | DESCRIPTION of PROPERTY | LAND VALUE | BUILDING | TOTAL VALUE | AMOUNT DUE |
|---|---|---|---|---|---|
| 1.4 | DB 405/531 SPRING CR | 2,800 | 0 | 2,800 | 8.68 |
| | Previous Balance | | | | 0.30 |
| | *** Any payments received after October 26, 2020 are NOT reflected on this statement. | | | | |
| | | | | AMOUNT NOW DUE --> | 8.98 |

RETAIN TOP PORTION for YOUR RECORDS

LEWIS E. WILKERSON, JR. DIP

COUNTY OF CHARLOTTE 2/3/2021 1005

8.98

C&F BANK CHECKIN ACCT # [redacted] BILL # 12474 8.98

LEWIS E. WILKERSON, JR. DIP

COUNTY OF CHARLOTTE 2/3/2021 1005

8.98

C&F BANK CHECKIN ACCT # [redacted] BILL # 12474 8.98

To re-order checks please call 1-877-586-6377 www.LaserPrinterChecks.com Order # 217965





County of Charlotte
Patricia P. Berkeley, Treasurer
P.O. Box 267
Charlotte Court House, VA 23923-0267
Phone (434) 542-5125
Fax (434) 542-4710

**Account Number:** [redacted]
**Bill Number:** 12475
**1st HALF - FISCAL TAX Year 2020/2021**

**DUE DATE DECEMBER 5, 2020**

**Instructions - Real Estate**

The County Treasurer has no authority to make any assessments or adjustments. If you feel there is an error in the assessment please contact the Commissioner of the Revenue's office at (434) 542-5546

Code of Virginia 58.1-3913 Delinquent tax MUST be paid first.

If check is not honored by bank, receipt is void.

*000443/8--3 0--B 0

WILKERSON LEWIS E JR
390 MAPLE RD
KEYSVILLE VA 23947-4129

See the back of this notice for payment options and additional information

Page 1 of 8

County of Charlotte
Fiscal Tax Year 2020/2021 Real Estate Tax
Assessment Period: July 1, 2020 through June 30, 2021

| DUE DATE | MAP # | ANNUAL TAX | BILL NUMBER | RATE per $100 |
|---|---|---|---|---|
| 12/5/2020 | 041- - A- - - 8 | 488.82 | 12475 | 0.62 |

| AC. | DESCRIPTION of PROPERTY | LAND VALUE | BUILDING | TOTAL VALUE | AMOUNT DUE |
|---|---|---|---|---|---|
| 68.08 | DB 405/531 SPRING CR | 78,842 | 0 | 78,842 | 244.41 |
| | Previous Balance | | | | 9.28 |
| | *** Any payments received after October 26, 2020 are NOT reflected on this statement. | | | | |
| | | | | AMOUNT NOW DUE --> | 253.69 |

RETAIN TOP PORTION for YOUR RECORDS

LEWIS E. WILKERSON, JR. DIP

1006

COUNTY OF CHARLOTTE 2/3/2021

253.69

C&F BANK CHECKIN ACCT # [redacted] BILL # 12475 253.69

LEWIS E. WILKERSON, JR. DIP

1006

COUNTY OF CHARLOTTE 2/3/2021

253.69

C&F BANK CHECKIN ACCT # [redacted] BILL # 12475 253.69

To re-order checks please call 1-877-586-6377 www.LaserPrinterChecks.com Order # 217965



County of Charlotte
Patricia P. Berkeley, Treasurer
P.O. Box 267
Charlotte Court House, VA 23923-0267
Phone (434) 542-5125
Fax (434) 542-4710

**Account Number:** [redacted]
**Bill Number:** 12476
**1st HALF - FISCAL TAX Year 2020/2021**

**DUE DATE DECEMBER 5, 2020**

**Instructions - Real Estate**

The County Treasurer has no authority to make any assessments or adjustments. If you feel there is an error in the assessment please contact the Commissioner of the Revenue's office at (434) 542-5546

Code of Virginia 58.1-3913 Delinquent tax MUST be paid first.

If check is not honored by bank, receipt is void.

000443/8-S 0--B 0

WILKERSON LEWIS E JR
390 MAPLE RD
KEYSVILLE VA 23947-4129

See the back of this notice for payment options and additional information

County of Charlotte
Fiscal Tax Year 2020/2021 Real Estate Tax
Assessment Period: July 1, 2020 through June 30, 2021

| DUE DATE | MAP # | ANNUAL TAX | BILL NUMBER | RATE per $100 |
|---|---|---|---|---|
| 12/5/2020 | 040- - A- - - 89-A | 312.06 | 12476 | 0.62 |

| AC. | DESCRIPTION of PROPERTY | LAND VALUE | BUILDING | TOTAL VALUE | AMOUNT DUE |
|---|---|---|---|---|---|
| 20.71 | DB 405/531 ALSO 40(A)89E EUREKA | 50,333 | 0 | 50,333 | 156.03 |
| | Previous Balance | | | | 5.89 |
| | *** Any payments received after October 26, 2020 are NOT reflected on this statement. | | | | |
| | | | | AMOUNT NOW DUE --> | 161.92 |

RETAIN TOP PORTION for YOUR RECORDS

LEWIS E. WILKERSON, JR. DIP

COUNTY OF CHARLOTTE 2/3/2021 1007

161.92

C&F BANK CHECKIN ACCT # [redacted] BILL # 12476 161.92

LEWIS E. WILKERSON, JR. DIP

COUNTY OF CHARLOTTE 2/3/2021 1007

161.92

C&F BANK CHECKIN ACCT # [redacted] BILL # 12476 161.92

To re-order checks please call 1-877-586-6377 www.LaserPrinterChecks.com Order # 217965



County of Charlotte
Patricia P. Berkeley, Treasurer
P.O. Box 267
Charlotte Court House, VA 23923-0267
Phone (434) 542-5125
Fax (434) 542-4710

**Account Number:** [redacted]
**Bill Number:** 12477
**1st HALF - FISCAL TAX Year 2020/2021**

**DUE DATE DECEMBER 5, 2020**

**Instructions - Real Estate**

The County Treasurer has no authority to make any assessments or adjustments. If you feel there is an error in the **assessment** please contact the Commissioner of the Revenue's office at (434) 542-5546

Code of Virginia 58.1-3913 Delinquent tax MUST be paid first.

If check is not honored by bank, receipt is void.

000443/8-S 0-B 0

WILKERSON LEWIS E JR
390 MAPLE RD
KEYSVILLE VA 23947-4129

See the back of this notice for payment options and additional information

Page 7 of 8

County of Charlotte
Fiscal Tax Year 2020/2021 Real Estate Tax
Assessment Period: July 1, 2020 through June 30, 2021

| DUE DATE | MAP # | ANNUAL TAX | BILL NUMBER | RATE per $100 |
|---|---|---|---|---|
| 12/5/2020 | 040- - A- - - 89 | 204.84 | 12477 | 0.62 |

| AC. | DESCRIPTION of PROPERTY | LAND VALUE | BUILDING | TOTAL VALUE | AMOUNT DUE |
|---|---|---|---|---|---|
| 27.5 | DB 405/531 EUREKA | 33,040 | 0 | 33,040 | 102.42 |
| | Previous Balance | | | | 3.83 |
| | *** Any payments received after October 26, 2020 are NOT reflected on this statement. | | | | |
| | | | | AMOUNT NOW DUE --> | 106.25 |

RETAIN TOP PORTION for YOUR RECORDS

LEWIS E. WILKERSON, JR. DIP

1008

COUNTY OF CHARLOTTE 2/3/2021

106.25

C&F BANK CHECKIN ACCT # [redacted] BILL # 12477 106.25

LEWIS E. WILKERSON, JR. DIP

1008

COUNTY OF CHARLOTTE 2/3/2021

106.25

C&F BANK CHECKIN ACCT # [redacted] BILL # 12477 106.25

To re-order checks please call 1-877-586-6377 www.LaserPrinterChecks.com Order # 217965



County of Charlotte
Patricia P. Berkeley, Treasurer
P.O. Box 267
Charlotte Court House, VA 23923-0267
Phone (434) 542-5125
Fax (434) 542-4710

**Account Number:** [redacted]
**Bill Number:** 12479
**1st HALF - FISCAL TAX Year 2020/2021**

**DUE DATE DECEMBER 5, 2020**

*006723/2-S 21-B 1

WILKERSON LEWIS E JR & DAWN H
PO BOX 270
KEYSVILLE VA 23947-0270

**Instructions - Real Estate**

The County Treasurer has no authority to make any assessments or adjustments. If you feel there is an error in the assessment please contact the Commissioner of the Revenue's office at (434) 542-5546

Code of Virginia 58.1-3913 Delinquent tax MUST be paid first.

If check is not honored by bank, receipt is void.

See the back of this notice for payment options and additional information Page 1 of 2

County of Charlotte
Fiscal Tax Year 2020/2021 Real Estate Tax
Assessment Period: July 1, 2020 through June 30, 2021

| DUE DATE | MAP # | ANNUAL TAX | BILL NUMBER | RATE per $100 |
|---|---|---|---|---|
| 12/5/2020 | 041- - A- - - 66-J | 119.10 | 12479 | 0.62 |

| AC. | DESCRIPTION of PROPERTY | LAND VALUE | BUILDING | TOTAL VALUE | AMOUNT DUE |
|---|---|---|---|---|---|
| 5.03 | DB 458/708 DB 355/697 LOT 1 | 19,211 | 0 | 19,211 | 59.55 |
| | Previous Balance | | | | 1.11 |
| | *** Any payments received after October 26, 2020 are NOT reflected on this statement. | | | | |
| | | | | AMOUNT NOW DUE --> | 60.66 |

RETAIN TOP PORTION for YOUR RECORDS

LEWIS E. WILKERSON, JR. DIP 1009

COUNTY OF CHARLOTTE 2/3/2021 60.66

C&F BANK CHECKIN ACCT # [redacted] BILL # 12479 60.66

LEWIS E. WILKERSON, JR. DIP 1009

COUNTY OF CHARLOTTE 2/3/2021 60.66

C&F BANK CHECKIN ACCT # [redacted] BILL # 12479 60.66

To re-order checks please call 1-877-586-6377 www.LaserPrinterChecks.com Order # 217965



County of Charlotte
Patricia P. Berkeley, Treasurer
P.O. Box 267
Charlotte Court House, VA 23923-0267
Phone (434) 542-5125
Fax (434) 542-4710

**Account Number:** [redacted]
**Bill Number:** 12478
**1st HALF - FISCAL TAX Year 2020/2021**

**DUE DATE DECEMBER 5, 2020**

**Instructions - Real Estate**

The County Treasurer has no authority to make any assessments or adjustments. If you feel there is an error in the assessment please contact the Commissioner of the Revenue's office at (434) 542-5546

Code of Virginia 58.1-3913 Delinquent tax MUST be paid first.

If check is not honored by bank, receipt is void.

006723/2--S 21--B 1

WILKERSON LEWIS E JR & DAWN H
PO BOX 270
KEYSVILLE VA 23947-0270

See the back of this notice for payment options and additional information

Page 2 of 2

County of Charlotte
Fiscal Tax Year 2020/2021 Real Estate Tax
Assessment Period: July 1, 2020 through June 30, 2021

| DUE DATE | MAP # | ANNUAL TAX | BILL NUMBER | RATE per $100 |
|---|---|---|---|---|
| 12/5/2020 | 041- - A- - - 66-G | 854.76 | 12478 | 0.62 |

| AC. | DESCRIPTION of PROPERTY | LAND VALUE | BUILDING | TOTAL VALUE | AMOUNT DUE |
|---|---|---|---|---|---|
| 5.5 | DB 459/343 DB 459/338 WB 52/274 DB 42 | 26,760 | 111,105 | 137,865 | 427.38 |
| | Previous Balance | | | | 8.20 |
| | *** Any payments received after October 26, 2020 are NOT reflected on this statement. | | | | |
| | | | | AMOUNT NOW DUE --> | 435.58 |

RETAIN TOP PORTION for YOUR RECORDS

COUNTY OF CHARLOTTE

2/3/2021

1010

435.58

C&F BANK CHECKIN ACCT # [redacted] BILL # 12478

435.58

LEWIS E. WILKERSON, JR. DIP

COUNTY OF CHARLOTTE

2/3/2021

1010

435.58

C&F BANK CHECKIN ACCT # [redacted] BILL # 12478

435.58

To re-order checks please call 1-877-586-6377 www.LaserPrinterChecks.com Order # 217965