CASE NAME: Lewis E. Wilkerson Jr.
CASE NUMBER: 20-34576
JUDGE: Phillips

INDIVIDUAL
26-Jun-06

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF VIRGINIA

### RICHMOND DIVISION

### MONTHLY OPERATING REPORT

MONTH ENDING: May ,2021

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING MONTHLY OPERATING REPORT (INDIVIDUAL-1 THROUGH INDIVIDUAL-3) AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE. DECLARATION OF THE PREPARER (OTHER THAN RESPONSIBLE PARTY): IS BASED ON ALL INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.

RESPONSIBLE PARTY:

_____
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY

Lewis E. Wilkerson Jr.
_____
PRINTED NAME OF RESPONSIBLE PARTY

Debtor
_____
TITLE

6-14-2021
_____
DATE

PREPARER:

_____
ORIGINAL SIGNATURE OF PREPARER

_____
TITLE

_____
PRINTED NAME OF PREPARER

_____
DATE

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

INDIVIDUAL-1

26-Jan-06

In Re: Case Name _Lewis E. Wilkerson Jr_, Chapter 11
Case Number _20-34576_

## MONTHLY OPERATING REPORT
## INCOME STATEMENT

### (Non-Business Debtor, Cash Basis)
### (All figures refer to post-petition transactions)

| Income | Current Month |
|---|---|
| Salary, Wages, etc. | |
| Interest, dividends, investments | — 0 — |
| Business Income (Rents, Royalties, Sale of Assets, etc.) | — 0 — |
| Other: _VEC_ | — 0 — |
| (A)     Total Income | 916.00 |
| **Expenses** | 916.00 |
| Automobile Expenses   _GAS_ | |
| Car payment | 188.90 |
| Auto insurance | |
| Housing | |
| Mortgage payment | |
| Insurance   _Virginia Farm Bureau_ | 969.00 |
| Real estate tax | |
| Rent | |
| Utilities   _SEC_ | |
| Insurance (Other) | 816.88 |
| Interest | |
| Bank Fees | |
| Other Secured Notes | |
| Alimony/Support | |
| Entertainment | |
| Medical | |
| Food | |
| Charitable Contributions | |
| Gifts | |
| Personal Living Expenses   _Check # 1083_ | |
| Professional Fees (Attorney, Acct., etc.) | 1000.00 |
| US Trustee Fees | |
| Taxes (Other) | |
| | |
| (B)     Total Expenses | |
| | 2080.58 |
| (C)     Cash Flow (C=A-B) | |
| (D)     Cash forward from prior month | -1216.58 |
| (E)     Ending Cash Balance (E=D+C) | 1094.08 |
| | 877.50 |
| (F)     Balance per Bank Statement(s) | |
| (G)     Less Outstanding Checks | 377.50 |
| (H)     Add Deposits in Transit | |
| (I)     Reconciled Bank Balance (I=F-G)+H | |
| | 877.50 |

(Note Ending Cash Balance (E) and Reconciled Cash Balance (I) should equal)

CASE NAME: Lewis E. Wilkerson, Jr.    **INDIVIDUAL-2**

CASE NUMBER: 20-34576    26-Jan-06

## ASSETS OF THE ESTATE

| SCHEDULE "A" REAL PROPERTY | SCHEDULE AMOUNT * | MONTH |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4.   OTHER (ATTACH LIST) | | |
| 5.   TOTAL REAL PROPERTY ASSETS | 6,853,457 00 | |
| **SCHEDULE "B" PERSONAL PROPERTY** | | |
| 1.   CASH ON HAND | 100.00 | |
| 2.   CHECKING, SAVINGS, ETC. | 377.50 | |
| 3.   SECURITY DEPOSITS | | |
| 4.   HOUSEHOLD GOODS | 1 000.00 | |
| 5.   BOOKS, PICTURES, ART | 50.00 | |
| 6.   WEARING APPAREL | 200.00 | |
| 7.   FURS AND JEWELRY | | |
| 8.   FIREARMS & SPORTS EQUIPMENT | 600.00 | |
| 9.   INSURANCE POLICIES | | |
| 10.  ANNUITIES | | |
| 11.  RETIREMENT & PROFIT SHARING | | |
| 12.  STOCKS | | |
| 13.  PARTNERSHIPS & JOINT VENTURES | | |
| 14.  GOVERNMENT & CORPORATE BONDS | | |
| 15.  ACCOUNTS RECEIVABLE | | |
| 16.  ALIMONY | | |
| 17.  OTHER LIQUIDATED DEBTS | | |
| 18.  EQUITABLE INTERESTS | | |
| 19.  CONTINGENT INTERESTS | | |
| 20.  OTHER CLAIMS | | |
| 21.  PATENTS & COPYRIGHTS | | |
| 22.  LICENSES & FRANCHISES | | |
| 23.  AUTOS, TRUCKS & OTHER VEHICLES | 70,544 00 | |
| 24.  BOATS & MOTORS | | |
| 25.  AIRCRAFT | | |
| 26.  OFFICE EQUIPMENT | | |
| 27.  MACHINERY, FIXTURES & EQUIPMENT | | |
| 28.  INVENTORY | | |
| 29.  ANIMALS | | |
| 30.  CROPS | | |
| 31.  FARMING EQUIPMENT | | |
| 32.  FARM SUPPLIES | | |
| 33.  OTHER (ATTACH LIST) | | |
| 34.  TOTAL PERSONAL PROPERTY ASSETS | 72,971.50 | |
| 35.  TOTAL ASSETS | 6,126,428.50 | |

* DATE AMENDED _____

CASE NAME: Lewis E. Wilkerson Jr.
CASE NUMBER: 20-34576

**INDIVIDUAL-3**
26-Jan-06

MONTH: May 2021

## QUESTIONNAIRE

| | | YES | NO |
|---|---|---|---|
| 1. | HAVE ANY ASSETS BEEN SOLD OR TRANSFERRED OUTSIDE THE NORMAL COURSE OF BUSINESS THIS REPORTING PERIOD? | | ✓ |
| 2. | HAVE ANY FUNDS BEEN DISBURSED FROM ANY ACCOUNT OTHER THAN A DEBTOR IN POSSESSION ACCOUNT? | | ✓ |
| 3. | ARE ANY POSTPETITION RECEIVABLES (ACCOUNTS, NOTES, OR LOANS) DUE FROM RELATED PARTIES? | | ✓ |
| 4. | HAVE ANY PAYMENTS BEEN MADE ON PREPETITION LIABILITIES THIS REPORTING PERIOD? | | ✓ |
| 5. | HAVE ANY POSTPETITION LOANS BEEN RECEIVED BY THE DEBTOR FROM ANY PARTY? | | ✓ |
| 6. | ARE ANY POSTPETITION PAYROLL TAXES PAST DUE? | | ✓ |
| 7. | ARE ANY POSTPETITION STATE OR FEDERAL INCOME TAXES PAST DUE? | | ✓ |
| 8. | ARE ANY POSTPETITION REAL ESTATE TAXES PAST DUE? | | ✓ |
| 9. | ARE ANY OTHER POSTPETITION TAXES PAST DUE? | | ✓ |
| 10. | ARE ANY AMOUNTS OWED TO POSTPETITION CREDITORS DELINQUENT? | | ✓ |
| 11. | HAVE ANY PREPETITION TAXES BEEN PAID DURING THE REPORTING PERIOD? | | ✓ |
| 12. | ARE ANY WAGE PAYMENTS PAST DUE? | | ✓ |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "YES," PROVIDE A DETAILED
EXPLANATION OF EACH ITEM. ATTACH ADDITIONAL SHEETS IF NECESSARY.

## INSURANCE

| | | YES | NO |
|---|---|---|---|
| 1. | ARE WORKER'S COMPENSATION, GENERAL LIABILITY AND OTHER NECESSARY INSURANCE COVERAGES IN EFFECT? | ✓ | |
| 2. | ARE ALL PREMIUM PAYMENTS PAID CURRENT? | ✓ | |
| 3. | PLEASE ITEMIZE POLICIES BELOW. | ✓ | |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "NO." OR IF ANY POLICIES HAVE BEE
CANCELLED OR NOT RENEWED DURING THIS REPORTING PERIOD, PROVIDE AN EXPLANATION
BELOW. ATTACH ADDITIONAL SHEETS IF NECESSARY.

All Policies Through Farm Bureau
On All Parcels

| INSTALLMENT PAYMENTS | | | |
|---|---|---|---|
| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**C&F Bank**
*Focused on You*

PO Box 391
West Point, VA 23181

*Statement Ending 05/17/2021*

LEWIS E WILKERSON JR                                 Page 1 of 4
Account Number: XXXXXX3604

**ADDRESS SERVICE REQUESTED**

LEWIS E WILKERSON JR
CASE# 20-34576-KLP
PO BOX 270
KEYSVILLE VA 23947-0270

### Managing Your Accounts

| | | |
|---|---|---|
| 👤 | Customer Support | 800-296-6246 |
| ✉️ | Mailing Address | P.O. Box 391 West Point, VA 23181 |
| 💻 | Online Banking | www.cffc.com |
| 📱 | Mobile Banking | www.cffc.com/mobilebanking |

---

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| ACCESS CHECKING | XXXXXX3604 | $377.50 |

## ACCESS CHECKING-XXXXXX3604

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 04/20/2021 | Beginning Balance | $1,694.08 |
| | 2 Credit(s) This Period | $916.00 |
| | 10 Debit(s) This Period | $2,232.58 |
| 05/17/2021 | Ending Balance | $377.50 |

### Electronic Credits

| Date | Description | Amount |
|---|---|---|
| 04/23/2021 | VEC - VIRGINIA UI BENEFIT XXXXX3190 | $458.00 |
| 04/28/2021 | VEC - VIRGINIA UI BENEFIT XXXXX3190 | $458.00 |

### Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 04/20/2021 | 52751 POS PURCHASE RICKS CITGO MINI MEHERRIN VA 09 052751 | $25.08 |
| 04/21/2021 | Virginia Farm Bu VENDOR PMT #XXXXX3560 | $192.00 |
| 04/21/2021 | Virginia Farm Bu VENDOR PMT #XXXXX3157 | $575.00 |
| 04/22/2021 | 27072 POS PURCHASE EXXONMOBIL 47 KEYSVILLE VA 001 027072 | $53.90 |
| 04/27/2021 | 4151 POS PURCHASE SHELL OIL 575465 CUMBERLAND VA 00000000 004151 | $56.00 |
| 05/03/2021 | 2146 POS PURCHASE RED BIRD MINI MA KEYSVILLE VA 001 002146 | $53.72 |
| 05/06/2021 | Southside Electr WEB PMTS NM15CG | $43.85 |
| 05/06/2021 | Southside Electr WEB PMTS 5Z05CG | $62.05 |
| 05/06/2021 | Southside Electr WEB PMTS PM15CG | $170.98 |

### Checks Cleared

| Check Nbr | Date | Amount |
|---|---|---|
| 1023 | 04/26/2021 | $1,000.00 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 04/20/2021 | $1,669.00 | 04/22/2021 | $848.10 | 04/26/2021 | $306.10 |
| 04/21/2021 | $902.00 | 04/23/2021 | $1,306.10 | 04/27/2021 | $250.10 |



**Member FDIC**
EQUAL HOUSING LENDER

**C&F Bank**
*Focused on You*
PO Box 391
West Point, VA 23181

## ACCESS CHECKING-XXXXXX3604 (continued)

### Daily Balances (continued)

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 04/28/2021 | $708.10 | 05/03/2021 | $654.38 | 05/06/2021 | $377.50 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|------|------|------|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

YNNN

## SOUTHSIDE ELECTRIC COOPERATIVE, INC.
PO BOX 7
CREWE VA 23930-0007

*Your Touchstone Energy® Cooperative*

**For Billing or Service Inquiries**
*PLEASE CONTACT US: 1-800-552-2118 or www.sec.coop*

**To report an outage**
**1-866-878-5514**

LEWIS E WILKERSON JR
DAWN H WILKERSON
390 MAPLE RD
KEYSVILLE VA 23947-0270

| ACCOUNT NUMBER | STATEMENT DATE |
|---|---|
| ▧8007 | 04/20/2021 |

**Rate Description: RESIDENTIAL**

| ACCOUNT INFORMATION | |
|---|---|
| LOCATION NUMBER | PHONE NUMBER |
| 102668001 | (434) 390-6484 |
| MEMBER NAME(S) | |
| LEWIS E WILKERSON JR | |
| SERVICE ADDRESS | |
| 390 MAPLE RD | |
| SERVICE LOCATION | |
| GARAGE/SHOP/SHED (NOT A BUSINE | |
| SUBSTATION | DIRECTORS DISTRICT |
| BRIERY | 1 |
| BILLING ADDRESS | |
| 390 MAPLE RD | |

Page 1 of 2

### YOUR ENERGY USAGE - METER

| | Current Billing Period | Previous Billing Period | Same Period Last Year |
|---|---|---|---|
| Average Daily Use | 5 | 3 | 1 |
| Average Daily Cost | $1.41 | $1.23 | 5.96 |
| Days in Billing Period | 31 | 30 | 31 |
| Average Monthly Usage | 143 | 87 | 20 |

**LAST 13 MONTHS USAGE**

Apr 2020: 20, May: 0, Jun: 1, Jul: 56, Aug: 130, Sep: 118, Oct: 95, Nov: 48, Dec: 22, Jan: 28, Feb: 114, Mar: 87, Apr 2021: 143

### METER READING INFORMATION

| METER | PRESENT READING | PREVIOUS READING | MULT |
|---|---|---|---|
| 82527970 | 10428  04/15/2021 | 10285  03/15/2021 | 1 |
| kWh | kW | Kvar | |
| 143 | 0.384 | 0.0 | |

### EXPLANATION OF CHARGES

| PREVIOUS CHARGES | 37.15 |
|---|---|
| OUTSTANDING BALANCE | 0.00 |
| DELIVERY CHARGE | 26.00 |
| DIST. ENERGY CHARGE | 6.61 |
| ESS CHARGE | 10.89 |
| DEMAND CHARGE | 0.04 |
| POWER COST ADJUSTMENT .0138- | 1.97 CR |
| SEC CURRENT CHARGES | 41.57 |
| CHARLOTTE UTILITY TAX | 2.06 |
| CHARLOTTE CONSUMPTION TAX | 0.05 |
| SPECIAL REGULATORY TAX | 0.17 |
| **TOTAL CURRENT CHARGES** | **43.85** |
| **TOTAL CHARGES DUE NOW** | **43.85** |
| PLEASE PAY THIS AMOUNT ▶ | 43.85 |

DUE BY: 05/10/21

---

*PLEASE TEAR HERE AND ENCLOSE BOTTOM PORTION WITH PAYMENT*
*DO NOT USE STAPLES OR TAPE ON YOUR CHECKS OR STUBS*

## SOUTHSIDE ELECTRIC COOPERATIVE, INC.
PO BOX 7
CREWE VA 23930-0007

*Your Touchstone Energy® Cooperative*

MEMBER NAME:    LEWIS E WILKERSON JR
BILLING ADDRESS: DAWN H WILKERSON
390 MAPLE RD
KEYSVILLE VA 23947-0270

| STATEMENT DATE | DUE DATE | ACCOUNT NUMBER |
|---|---|---|
| 04/20/2021 | 05/10/2021 | ▧8007 |
| OUTSTANDING BALANCE | | CURRENT CHARGES |
| $0.00 | | $43.85 |

| TOTAL AMOUNT DUE |
|---|
| $43.85 |

A one and one-half percent (1.50%) late fee will be assessed on any
past due balance that appears on monthly billing statements.

☐ Check this box and see reverse side for address or telephone changes.

☐ Your monthly budget payment will be $36.00. To sign up for budget, check the
box, PAY TOTAL DUE and initial. Your next billing statement will begin your
budget payments. Initials_____

☐ Check this box to indicate that you are donating $_____ to Energy Share.
Initials_____

SOUTHSIDE ELECTRIC COOPERATIVE, INC.
PO BOX 7                                                    3
CREWE VA 23930-0007



0000051649800700000000000000000004385000000000000000000043853

5/5/2021    Southside Electric Cooperative SmartHub - Southside Electric Cooperative SmartHub - Billing & Payments

## Your payment was APPROVED

| | |
|---|---|
| **Authorization Code:** | 2857230 |
| **Transaction ID:** | 2968159 |
| **Processor Transaction ID:** | SR6Z10LMLA7 |
| **Transaction Date & Time:** | May 05, 2021 12:24 PM |
| **Total Payment Amount:** | $43.85 |

| Account | Amount |
|---|---|
| 8007 | $43.85 |
| Total: | $43.85 |

YNNN

## SOUTHSIDE ELECTRIC COOPERATIVE, INC.
PO BOX 7
CREWE VA 23930-0007

Your Touchstone Energy® Cooperative

**For Billing or Service Inquiries**
*PLEASE CONTACT US: 1-800-552-2118 or www.sec.coop*

**To report an outage**
1-866-878-5514

2801  1 AV 0.398                    5 2801
LEWIS E WILKERSON JR                    C-8
DAWN H WILKERSON
390 MAPLE RD
KEYSVILLE VA 23947-4129

| ACCOUNT NUMBER | STATEMENT DATE |
|---|---|
| ●●●●8006 | 04/20/2021 |

**Rate Description: RESIDENTIAL**

| ACCOUNT INFORMATION | |
|---|---|
| LOCATION NUMBER | PHONE NUMBER |
| 102667001 | (434) 390-6484 |
| MEMBER NAME(S) | |
| LEWIS E WILKERSON JR | |
| SERVICE ADDRESS | |
| 390 MAPLE RD | |
| SERVICE LOCATION | |
| HOME | |
| SUBSTATION | DIRECTORS DISTRICT |
| BRIERY | 1 |
| BILLING ADDRESS | |
| 390 MAPLE RD | |

Page 1 of 2

### YOUR ENERGY USAGE - METER

| | Current Billing Period | Previous Billing Period | Same Period Last Year |
|---|---|---|---|
| Average Daily Use | 10 | 22 | 29 |
| Average Daily Cost | $1.99 | $3.30 | $4.27 |
| Days in Billing Period | 31 | 30 | 31 |
| Average Monthly Usage | 308 | 664 | 910 |

**LAST 13 MONTHS USAGE**

Apr 2020 910, May 151, Jun 216, Jul 383, Aug 719, Sep 366, Oct 151, Nov 151, Dec 699, Jan 1527, Feb 1571, Mar 664, Apr 2021 308

### METER READING INFORMATION

| METER | PRESENT READING | PREVIOUS READING | MULT |
|---|---|---|---|
| 55262291 | 2900  04/15/2021 | 2592  03/15/2021 | 1 |

| kWh | kW | Kvar |
|---|---|---|
| 308 | 2.816 | 0.0 |

### EXPLANATION OF CHARGES

| | |
|---|---|
| PREVIOUS CHARGES | 99.98 |
| PAYMENTS - THANK YOU | 99.98 CR |
| OUTSTANDING BALANCE | 0.00 |
| DELIVERY CHARGE | 26.00 |
| DIST. ENERGY CHARGE | 13.59 |
| ESS CHARGE | 23.45 |
| DEMAND CHARGE | 0.28 |
| POWER COST ADJUSTMENT .0138- | 4.25 CR |
| SEC CURRENT CHARGES | 59.07 |
| CHARLOTTE UTILITY TAX | 2.50 |
| CHARLOTTE CONSUMPTION TAX | 0.12 |
| SPECIAL REGULATORY TAX | 0.36 |
| **TOTAL CURRENT CHARGES** | **62.05** |
| **TOTAL CHARGES DUE NOW** | **62.05** |
| PLEASE PAY THIS AMOUNT ▶ | 62.05 |

DUE BY: 05/10/21

---

*PLEASE TEAR HERE AND ENCLOSE BOTTOM PORTION WITH PAYMENT*
*DO NOT USE STAPLES OR TAPE ON YOUR CHECKS OR STUBS*

## SOUTHSIDE ELECTRIC COOPERATIVE, INC.
PO BOX 7
CREWE VA 23930-0007

Your Touchstone Energy® Cooperative

**MEMBER NAME:**     LEWIS E WILKERSON JR
**BILLING ADDRESS:**  DAWN H WILKERSON
                      390 MAPLE RD
                      KEYSVILLE VA 23947-0270

| STATEMENT DATE | DUE DATE | ACCOUNT NUMBER |
|---|---|---|
| 04/20/2021 | 05/10/2021 | ●●●●8006 |
| OUTSTANDING BALANCE | | CURRENT CHARGES |
| $0.00 | | $62.05 |

| TOTAL AMOUNT DUE |
|---|
| $62.05 |

A one and one-half percent (1.50%) late fee will be assessed on any past due balance that appears on monthly billing statements.

☐ Check this box and see reverse side for address or telephone changes.

☐ Your monthly budget payment will be $89.00. To sign up for budget, check the box, PAY TOTAL DUE and initial. Your next billing statement will begin your budget payments. Initials

☐ Check this box to indicate that you are donating $_____ to Energy Share. Initials _____

SOUTHSIDE ELECTRIC COOPERATIVE, INC.
PO BOX 7                                              3
CREWE VA 23930-0007



0000051649800600000000000000000620500000000000000000062050

5/5/2021        Southside Electric Cooperative SmartHub - Southside Electric Cooperative SmartHub - Billing & Payments

## Your payment was APPROVED

| | |
|---|---|
| **Authorization Code:** | 2857228 |
| **Transaction ID:** | 2968156 |
| **Processor Transaction ID:** | 5B6Z10LMLA7 |
| **Transaction Date & Time:** | May 05, 2021 12:23 PM |
| **Total Payment Amount:** | $62.05 |

| Account | Amount |
|---|---|
| ████8006 | $62.05 |
| **Total:** | $62.05 |

YNNN



**SOUTHSIDE ELECTRIC COOPERATIVE, INC.**
PO BOX 7
CREWE VA 23930-0007

*Your Touchstone Energy® Cooperative* 🖐

**For Billing or Service Inquiries**
*PLEASE CONTACT US:* 1-800-552-2118 or www.sec.coop

To report an outage
1-866-878-5514

LEWIS E WILKERSON JR
PO BOX 270
KEYSVILLE VA 23947-0270

| ACCOUNT NUMBER | STATEMENT DATE |
|---|---|
| ▓▓5006 | 04/27/2021 |

**Rate Description: RESIDENTIAL**

| ACCOUNT INFORMATION | |
|---|---|
| LOCATION NUMBER | PHONE NUMBER |
| 102709002 | (434) 736-9100 |
| MEMBER NAME(S) | |
| LEWIS E WILKERSON JR | |
| SERVICE ADDRESS | |
| 719 OLE BRIERY STATION RD | |
| SERVICE LOCATION | |
| SUBSTATION | DIRECTORS DISTRICT |
| BRIERY | 2 |
| BILLING ADDRESS | |
| PO BOX 270 | |

Page 1 of 2

### YOUR ENERGY USAGE - METER

| | Current Billing Period | Previous Billing Period | Same Period Last Year |
|---|---|---|---|
| Average Daily Use | 43 | 60 | 62 |
| Average Daily Cost | $5.45 | $7.39 | $7.98 |
| Days in Billing Period | 31 | 27 | 31 |
| Average Monthly Usage | 1330 | 1620 | 1917 |

**LAST 13 MONTHS USAGE**

| Apr 2020 | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr 2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1917 | 1612 | 1507 | 2281 | 2399 | 1950 | 1432 | 1919 | 1718 | 1446 | 1041 | 1820 | 1330 |

### METER READING INFORMATION

| METER | PRESENT READING | PREVIOUS READING | MULT |
|---|---|---|---|
| 82534944 | 97999  04/22/2021 | 96669  03/22/2021 | 1 |

| kWh | kW | Kvar |
|---|---|---|
| 1330 | 7.040 | 0.0 |

### EXPLANATION OF CHARGES

| | |
|---|---|
| PREVIOUS CHARGES | 201.91 |
| OUTSTANDING BALANCE | 0.00 |
| DELIVERY CHARGE | 26.00 |
| DIST. ENERGY CHARGE | 56.81 |
| ESS CHARGE | 101.25 |
| DEMAND CHARGE | 0.70 |
| POWER COST ADJUSTMENT .0138- | 18.35 CR |
| SEC CURRENT CHARGES | 166.41 |
| PRINCE EDWARD UTILITY TAX | 2.50 |
| PRINCE EDWARD CONSUMPTION TAX | 0.51 |
| SPECIAL REGULATORY TAX | 1.56 |
| **TOTAL CURRENT CHARGES** | **170.98** |
| **TOTAL CHARGES DUE NOW** | **170.98** |
| PLEASE PAY THIS AMOUNT ▶ | 170.98 |

DUE BY: 05/17/21

---

*PLEASE TEAR HERE AND ENCLOSE BOTTOM PORTION WITH PAYMENT*
*DO NOT USE STAPLES OR TAPE ON YOUR CHECKS OR STUBS*

**SOUTHSIDE ELECTRIC COOPERATIVE, INC.**
PO BOX 7
CREWE VA 23930-0007

*Your Touchstone Energy® Cooperative* 🖐

**MEMBER NAME:**      LEWIS E WILKERSON JR
**BILLING ADDRESS:**  PO BOX 270
KEYSVILLE VA 23947-0270

| STATEMENT DATE | DUE DATE | ACCOUNT NUMBER |
|---|---|---|
| 04/27/2021 | 05/17/2021 | ▓▓5006 |
| OUTSTANDING BALANCE | | CURRENT CHARGES |
| $0.00 | | $170.98 |

| TOTAL AMOUNT DUE |
|---|
| $170.98 |

A one and one-half percent (1.50%) late fee will be assessed on any
past due balance that appears on monthly billing statements.

☐ Check this box and see reverse side for address or telephone changes.
☐ Your monthly budget payment will be $207.00. To sign up for budget, check the
box. PAY TOTAL DUE and initial. Your next billing statement will begin your
budget payments. Initials_____
☐ Check this box to indicate that you are donating $_____ to Energy Share.
Initials_____

SOUTHSIDE ELECTRIC COOPERATIVE, INC.
PO BOX 7                                              4
CREWE VA 23930-0007



0000007698500600000000000000000170980000000000000000170986

5/5/2021                Southside Electric Cooperative SmartHub - Southside Electric Cooperative SmartHub - Billing & Payments

## Your payment was APPROVED

| | |
|---|---|
| **Authorization Code:** | 2857233 |
| **Transaction ID:** | 2968162 |
| **Processor Transaction ID:** | 1R4V10LMLA3 |
| **Transaction Date & Time:** | May 05, 2021 12:26 PM |
| **Total Payment Amount:** | $170.98 |

| Account | Amount |
|---|---|
| 5006 | $170.98 |
| **Total:** | $170.98 |



# Virginia Farm Bureau Mutual Insurance Company

P.O. Box 27552 ♦ Richmond, Virginia 23261
vafb.com ♦ (888) 236-7716

**For assistance, call:**
Your County Farm Bureau at (434) 292-4389
or the Policy Services Center at (888) 236-7716

Agent Code: 1675

LEWIS WILKERSON JR
PO BOX 978
KEYSVILLE VA 23947

| | |
|---|---|
| Policy Number: | **GL 2072438** |
| Policy Period: | 04/26/2021 to 04/26/2022 |
| Total Account Balance: | **$192.00** |
| Minimum Amount Due: | **$192.00** |
| Due Date: | **04/26/2021** |
| Current Payment Plan: | **DIRECT-BILL-FULLPAY** |

See other options on reverse.

**REASON FOR THIS INVOICE:** Renewal

| Account Summary | | | | | | |
|---|---|---|---|---|---|---|
| Previous Balance | Payment (s) | Prior Term Transaction(s) | Current Transaction(s) | Fee(s) | Adjustment(s)/ Refund(s) | New Balance |
| $0.00 | $0.00 | $0.00 | $192.00 | $0.00 | $0.00 | $192.00 |

## Be sure to check out your pay plan options on the back of this page.

To pay your bill online, please go to: www.vafb.com   Your membership number is: 671629.       **Over Please –>**

Any check not honored due to insufficient funds will be subject to a $25.00 fee.

If payment is not **received** before the due date, your policy will expire or cancel, and you will be without valuable coverage.

03/31/2021

**KEEP FOR YOUR RECORDS**

DETACH AND RETURN THIS SECTION with your check. Please write your policy number on your check: **GL 2072438**

**Insured to Pay**

**Type Policy:** General Liability

LEWIS WILKERSON JR
PO BOX 978
KEYSVILLE VA 23947

**Policy Number:** GL  2072438

**Policy Period:**
04/26/2021 to 04/26/2022

**Your Agent is:**
Nottoway County Agent - 1675
(434) 292-4389

| | |
|---|---|
| Billing Date: | **03/31/2021** |
| Total Account Balance: | **$192.00** |
| Minimum Payment: | **$192.00** |
| Due Date: | **04/26/2021** |
| Amount Paid: | |

☐ Please check here if you have enclosed written correspondence

Make Check Payable to:

1675

VIRGINIA FARM BUREAU MUTUAL INSURANCE
PO BOX 85098
RICHMOND VA 23285-5098

10420724387251120210511000019200000019200606716 29

**Continued from previous page.**

These are your payment options - Choose the Plan that best fits your needs.

| Due Date | 04/26/21 | 05/26/21 | 06/26/21 | 07/26/21 | 08/26/21 | 09/26/21 | 10/26/21 | 11/26/21 | 12/26/21 | 01/26/22 |
|---|---|---|---|---|---|---|---|---|---|---|
| Full-Pay | $192.00 | | | | | | | | | |
| Two-Pay* | $120.20* | | | | | | $81.80* | | | |
| Two-Pay (EQUAL)* | $101.00* | | | | | $101.00* | | | | |
| Four-Pay* | $70.28* | | | $47.24* | | | $47.24* | | | $47.24* |
| Four-Pay (EQUAL)* | $53.00* | | $53.00* | | | $53.00* | | | $53.00* | |
| Monthly*** | | | See below for Draft Details*** | | | | | | | |

&ast; $5.00 Service Fee Included       *** $1.00 Service Fee Included

*** Monthly is by account draft only. The down payment amount would be $20.20; Subsequent drafts would be $18.28 drafted on day 26 of each month (or within 6 business days), beginning on 5/26/2021. WC and GL renewals are not eligible for monthly bill at this time. See enclosed Authorization Agreement for terms and conditions.
To sign up for monthly drafts, please go to www.vafb.com

To pay online, please go to www.vafb.com,                    Your membership number is: 671629.

Any check not honored due to insufficient funds will be subject to a $25.00 fee.

If payment is not **received** before the due date, your policy will expire or cancel, and you will be without valuable coverage.

03/31/2021

## PAYMENT RECEIPT

**Customer Name:**
LEWIS WILKERSON JR

| | |
|---|---|
| Number | 2072438 |
| Transaction Number | 132283560 |
| Payment Date | 04/19/2021 05:10:07 PM EDT |
| Payment Account Type | Checking, ending in 3604 |

### Payment Transaction

| | |
|---|---|
| Payment Amount | $ 192.00 |
| Total Amount Charged | $ 192.00 |

## ADDITIONAL INFORMATION

Thank you for making your payment to Virginia Farm Bureau.

For billing inquires, please contact Virginia Farm Bureau Customer Service at (888)236-7716.



# Virginia Farm Bureau Mutual Insurance Company

P.O. Box 27552 ♦ Richmond, Virginia 23261
vafb.com ♦ (888) 236-7716

**For assistance, call:**
Your County Farm Bureau at (434) 292-4389
or the Policy Services Center at (888) 236-7716

**Agent Code: 1675**

LEWIS WILKERSON JR
390 MAPLE RD
KEYSVILLE VA 23947

| | |
|---|---|
| Policy Number: | CF 3542782 |
| Policy Period: | 04/26/2021 to 04/26/2022 |
| Total Account Balance: | $2,285.00 |
| Minimum Amount Due: | $575.00 |
| Due Date: | 04/26/2021 |
| Current Payment Plan: | DIRECT-BILL-4-PAY-EQUAL-12 |

See other options on reverse.

**REASON FOR THIS INVOICE:** Renewal

| Account Summary | | | | | | |
|---|---|---|---|---|---|---|
| Previous Balance | Payment (s) | Prior Term Transaction(s) | Current Transaction(s) | Fee(s) | Adjustment(s)/ Refund(s) | New Balance |
| $564.25 | ($564.25) | $0.00 | $2,280.00 | $5.00 | $0.00 | $2,285.00 |

## Be sure to check out your pay plan options on the back of this page.

To pay your bill online, please go to: www.vafb.com  Your membership number is: 671629.        **Over Please -->**

Any check not honored due to insufficient funds will be subject to a $25.00 fee.

If payment is not **received** before the due date, your policy will expire or cancel, and you will be without valuable coverage.

03/12/2021

**KEEP FOR YOUR RECORDS**

DETACH AND RETURN THIS SECTION with your check. Please write your policy number on your check:   **CF 3542782**

**Insured to Pay**

**Type Policy: Commercial Fire**

**Policy Number: CF   3542782**

**Policy Period:**
04/26/2021 to 04/26/2022

**Your Agent is:**
Mac McMillian - 1675
(434) 292-4389

LEWIS WILKERSON JR
390 MAPLE RD
KEYSVILLE VA 23947

| | |
|---|---|
| Billing Date: | 03/12/2021 |
| Total Account Balance: | $2,285.00 |
| Minimum Payment: | $575.00 |
| Due Date: | 04/26/2021 |
| Amount Paid: | |

1675

☐ Please check here if you have enclosed written correspondence
Make Check Payable to:

VIRGINIA FARM BUREAU MUTUAL INSURANCE
PO BOX 85098
RICHMOND VA 23285-5098

1173542782425112021051100005750000022850070671629

**Continued from previous page.**

These are your payment options - Choose the Plan that best fits your needs.

| Due Date | 04/26/21 | 05/26/21 | 06/26/21 | 07/26/21 | 08/26/21 | 09/26/21 | 10/26/21 | 11/26/21 | 12/26/21 | 01/26/22 |
|---|---|---|---|---|---|---|---|---|---|---|
| Full-Pay | $2,280.00 | | | | | | | | | |
| Two-Pay* | $1,373.00* | | | | | | $917.00* | | | |
| Two-Pay (EQUAL)* | $1,145.00* | | | | | $1,145.00* | | | | |
| Four-Pay* | $780.20* | | | $506.60* | | | $506.60* | | | $506.60* |
| Four-Pay (EQUAL)* | $575.00* | | $575.00* | | | $575.00* | | | $575.00* | |
| Monthly*** | | | | See below for Draft Details*** | | | | | | |

* $5.00 Service Fee Included        *** $1.00 Service Fee Included

*** Monthly is by account draft only. The down payment amount would be $229.00; Subsequent drafts would be $206.20
drafted on day 26 of each month (or within 6 business days), beginning on 5/26/2021. See enclosed
Authorization Agreement for terms and conditions. To sign up for monthly drafts, please go to
www.vafb.com

To pay online, please go to www.vafb.com.                    Your membership number is: 671629.

Any check not honored due to insufficient funds will be subject to a $25.00 fee.

If payment is not **received** before the due date, your policy will expire or cancel, and you will be without valuable coverage.

03/12/2021

Mod 25



# Virginia Farm Bureau Mutual Insurance Company

P.O. Box 27552 • Richmond, Virginia 23261
FarmBureauAdvantage.com • (888) 236-7716

## Commercial Fire Policy

RENEWAL  POLICY CF 3542782

** RENEWAL NOTICE: THIS POLICY WILL EXPIRE AT 12:01 A.M. ON 04/26/2021 UNLESS THE MINIMUM PAYMENT IS MADE BY THE DUE DATE. THIS RENEWAL DECLARATION SUPERSEDES ANY DECLARATION ISSUED EARLIER.

| Policy Number | Effective 12:01 AM Eastern Standard | Agent Code |
|---|---|---|
| CF 3542782 - 25 | From: 04/26/2021 To: 04/26/2022 | 1675 |

**Named Insured and Address**

LEWIS WILKERSON JR

390 MAPLE RD

KEYSVILLE, VA 23947

**Full Named Insured(s)**

| LEWIS WILKERSON JR |
|---|

**Location: 1**

**Described Premise: 722 OLE BRIERY STATION RD, KEYSVILLE, VA IN PRINCE EDWARD COUNTY**

**Building: 1**

**Business Description: WAREHOUSE - LESSOR'S RISK**

Coverage at the above described premise is provided only where a specific limit is shown or where a premium is stated.

| COVERAGE | Limits of Liability | Coinsurance | Premium |
|---|---|---|---|
| Building | $75,000 | 80% | $775 |
| Personal Property Of Others | $2,500 | 80% | $Included |
| Deductible: $1,000 | | | |
| **ADDITIONAL COVERAGES** | | | |
| Valuation: Replacement Cost | | | |

Continued Next Page

Process Date: 2/13/2020

Mod 25

Loss Payable Provisions (CP 12 18)                                          $Included

    Provisions Applicable: Yes

    Description of Property: 722 OLE BRIERY STATION RD, , KEYSVILLE, IN, PRINCE EDWARD, VA 23947; Building #2

      Loss Payee Name: HOME LOAN INVESTMENT BANK FSB

    Loss Payee Address: PO BOX 979105, MIAMI, FL 33197

| **TOTAL BUILDING PREMIUM** | **$775** |
|---|---|

## Building Forms

**Form Number/**

| **Edition Date** | **Form Description** |
|---|---|
| CP 12 18 10 91 | Loss Payable Provisions |
| CP 10 20 10 91 | Causes Of Loss - Broad Form |

## Building: 2

### Business Description: AUTOMOBILE REPAIR SHOP - LESSOR'S RISK

Coverage at the above described premise is provided only where a specific limit is shown or where a premium is stated.

| COVERAGE | Limits of Liability | Coinsurance | Premium |
|---|---|---|---|
| Building | $75,000 | 80% | $1,505 |
| Personal Property Of Others | $2,500 | 80% | $Included |
| Deductible: $1,000 | | | |
| **ADDITIONAL COVERAGES** | | | |
| Valuation: Replacement Cost | | | |
| **TOTAL BUILDING PREMIUM** | | | **$1,505** |

| **POLICY LEVEL ADDITIONAL COVERAGES** | |
|---|---|
| Certified Terrorism Loss Disclosure Of Premium And Federal Share | $Included |

Continued Next Page                        Process Date: 2/13/2020

Mod 25

| | |
|---|---|
| Of Insured Losses (VCP 20 03) | |
| **TOTAL POLICY LEVEL ADDITIONAL COVERAGES** | $0 |

**TOTAL POLICY PREMIUM:**                                     $2,280

## Forms and Endorsements

**Form Number/**

| **Edition Date** | **Form Name** |
|---|---|
| FBS 08 10 18 | FBS_08 |
| CP0010 10 91 | Building and Personal Property Coverage Form |
| IL0017 11 85 | Common Policy Conditions |
| CP0090 07 88 | Commercial Property Conditions |
| CP0299 11 85 | Cancellation Changes |
| IL0022 05 87 | Effective Time Changes - Replacement of 12 Noon |
| VCP0130 01 15 | Virginia Changes |
| VCP1557 1198 | Electronic Calendar Date Or Time Failure |
| VCP2001 01 15 | Certified Terrorism Loss |
| VCP2003 01 15 | Certified Terrorism Loss Disclosure Of Premium And Federal Share Of Insured Losses |
| CfOneTimeFunctionalityAssistant | An endorsement that facilitates 1 time functionality |

## Mortgagee
**Location 1, Building 1**

**First Mortgagee**

HOME LOAN INVESTMENT BANK FSB

PO BOX 979105
MIAMI, FL, 33197
Loan Number: N/A

**Mortgagee**

Continued Next Page                              Process Date:  2/13/2020

Mod 25

## Location 1, Building 2

**First Mortgagee**

HOME LOAN INVESTMENT BANK FSB

PO BOX 979105
MIAMI, FL, 33197
Loan Number: N/A

## PAYMENT RECEIPT

**Customer Name:**
LEWIS WILKERSON JR

| | |
|---|---|
| Number | 3542782 |
| Transaction Number | 132283157 |
| Payment Date | 04/19/2021 05:07:28 PM EDT |
| Payment Account Type | Checking, ending in 3604 |

### Payment Transaction

| | |
|---|---|
| Payment Amount | $ 575.00 |
| Total Amount Charged | $ 575.00 |

## ADDITIONAL INFORMATION

Thank you for making your payment to Virginia Farm Bureau.

For billing inquires, please contact Virginia Farm Bureau Customer Service at (888)236-7716.

6/14/2021

Imaging - View Transaction

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER AND ORIGINAL DOCUMENT SECURITY SCREEN ON BACK WITH PADLOCK SECURITY ICON

**LEWIS E. WILKERSON, JR.**
DIP
PO BOX 270
KEYSVILLE, VA 23947
434-390-6484

**C&F BANK**
4901 MILLRIDGE PARKWAY
MIDLOTHIAN, VA 23112

1023

4/26/21

PAY TO THE
ORDER OF   Cash

$1,000.00

One thousand dollars and 00/100 ————— DOLLARS

VOID AFTER 90 DAYS

Memo

⑆0010 23⑈ ⑆05140490⑆ 3604⑈

ENDORSE HERE

https://web3.secureinternetbank.com/PBI_PBI1151/Account/Detail?Token=Z3H9gPxfUJ037s2tCoZnGc87vNEhVMrs%2FMU2KQcocALZRCQbrWzs6t...   1/1