IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| LEWIS E. WILKERSON, JR. | ) | Case No. 20-34576-KLP |
| | ) | |
| Debtor(s). | ) | Chapter 11 |

### ORDER GRANTING MOTION TO EXTEND THE TIME TO FILE A CLAIM UNDER BANKRUPTCY RULE 9006

THIS CAUSE came upon the Motion to Extend Time to File a Claim Under Bankruptcy Rule 9006 filed hereby by Union Funding Source;

**IT IS ORDERED** that the motion is granted and permit it granted leave to file a proof of claim which shall be filed within 30 days of the date of this order.

ENTER: Jun 25 2021

/s/ Keith L Phillips
HONORABLE KEITH L. PHILLIPS

Entered On Docket: Jun 25 2021

SUBMITTED BY:

MAURICE WUTSCHER LLP

/s/ Stephen H. Sherman
Stephen H. Sherman, Esquire
VSB No. 81223
20 F Street, NW, 7th Floor
Washington, DC 20001
Tel: (202) 255-2984
Fax: (866) 581-9302
ssherman@mauricewutscher.com

*Counsel for Union Funding Source*

SEEN AND CONSENTED TO:

CANFIELD, WELLS & KRUCK LLP

/s/Robert A. Canfield
Robert A. Canfield, Esquire
VSB No. 16901
4124 E Parham Rd
Henrico, VA 23228
Tel: (804) 673-6604
Fax: (804) 673-6600
bob@cwkllp.com

*Counsel for Lewis E. Wilkerson, Jr., Debtor*

Copy to:
Movant Counsel for Debtor(s):
Robert A. Canfield, Esq. via CM/ECF
Chapter 11 Trustee: Peter J. Barrett, via CM/ECF

Copy mailed to:
Debtor(s)
Lewis W. Wilkerson Jr.
PO Box 270
Keysville, VA 23947