IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In Re:  LEWIS E. WILKERSON, JR.                    Case No.:  20-34576-KLP
                                                   Chapter 11
                    Debtor.

ORDER GRANTING OBJECTION TO PROOF OF CLAIM
NUMBER 33 FILED BY ROBERT DIXON

        COMES NOW the Debtor, Lewis E. Wilkerson, Jr., after proper notice to creditor,

Robert Dixon, upon the Objection to Proof of Claim that had been filed by the Debtor,

by counsel, on July 21, 2021, to the Proof of Claim Number 33 filed by Robert Dixon.

        1.      The Debtor objected to Robert Dixon's proof of claim as the Debtor is not

indebted to Robert Dixon in any amount. An adversary proceeding with Case Number

21-03008 is set for trial in the United States Bankruptcy Court on September 14, 2021.

        2.      As of the date of this filing, Robert Dixon has not filed a response.

        WHEREFORE it is hereby ADJUDGED, ORDERED and DECREED that the Debtor's

Objection is sustained and that the Proof of Claim number 33 filed by Robert Dixon is

hereby DISALLOWED.

                            ENTERED: Aug 27 2021

                            /s/ Keith L Phillips
                            Keith L. Phillips, Judge
                            Entered On Docket: Aug 27 2021

I ASK FOR THIS:


    /s/      Robert A. Canfield
Robert A. Canfield, VSB No.:16901
CANFIELD WELLS, LLP
4124 E. Parham Road
Richmond, Virginia 23228
☎ (804) 673-6600
🖷 (804) 673-6604
*Counsel for Debtor*

Seen and Agreed:


 /s/    Jason B. Shorter (Via E-mail dated 8.26.2021)
Jason B. Shorter, Trial Attorney
Shannon F. Pecoraro, Trial Attorney
Kathryn R. Montgomery, Assistant United States Trustee
Office of the US Trustee
701 E. Broad Street, Ste. 4304
Richmond, VA 23219


Copy to:

    Robert Dixon
    c/o W. R. Baldwin, III, Esq.
    Meyer, Baldwin, Moore & Long, LLP
    5600 Grove Ave
    Richmond, VA 23226

    Robert Dixon
    c/o William F. Seymour, IV, Esq.
    FloranceGordonBrown, P.C.
    1900 One James Street
    901 East Cary Street
    Richmond, VA 23219


<u>CERTIFICATION OF ENDORSEMENT</u>

I certify that all the necessary parties have endorsed this proposed Order.


                        /s/    Robert A. Canfield
                         Robert A. Canfield

<u>CERTIFICATE OF MAILING</u>

I hereby certify that on August 26, 2021, a copy of the foregoing was electronically transmitted and/or mailed by regular mail, postage pre-paid to the following parties:

Robert Dixon
c/o W. R. Baldwin, III, Esq.
Meyer, Baldwin, Moore & Long, LLP
5600 Grove Ave
Richmond, VA 23226

Robert Dixon
c/o William F. Seymour, IV, Esq.
FloranceGordonBrown, P.C.
1900 One James Street
901 East Cary Street
Richmond, VA 23219

Jason B. Shorter, Trial Attorney
Shannon F. Pecoraro, Trial Attorney
Kathryn R. Montgomery, Assistant United States Trustee
Office of the US Trustee
701 E. Broad Street, Ste. 4304
Richmond, VA 23219

/s   Robert A. Canfield
Robert A. Canfield