# UNITED STATES BANKRUPTCY COURT

Eastern DISTRICT OF Virginia

Richmond Division

In Re. Lewis E. Wilkerson, Jr. § Case No. 20-34576
§
§
_____ §
Debtor(s) §
§ ☐ Jointly Administered

## Monthly Operating Report                                          Chapter 11

Reporting Period Ended: 08/31/2021                Petition Date: 11/17/2020

Months Pending: 10                                Industry Classification: | 0 | 0 | 0 | 0 |

Reporting Method:       Accrual Basis ☐       Cash Basis ⊙

Debtor's Full-Time Employees (current):                  0

Debtor's Full-Time Employees (as of date of order for relief):    0


**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer


/s/  Lewis E. Wilkerson, Jr.                    Lewis E. Wilkerson, Jr.
Signature of Responsible Party                  Printed Name of Responsible Party

09/21/2021                                      PO Box 270
Date                                            Keysville, VA 23947
                                                Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (06/07/2021)                    1

Debtor's Name Lewis E. Wilkerson, Jr.                                    Case No. 20-34576

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $741 | |
| b. Total receipts (net of transfers between accounts) | $1,000 | $0 |
| c. Total disbursements (net of transfers between accounts) | $724 | $0 |
| d. Cash balance end of month (a+b-c) | $1,017 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $724 | $0 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory   (Book ○  Market ○  Other ⊙  (attach explanation)) | $0 |
| d. Total current assets | $0 |
| e. Total assets | $0 |
| f. Postpetition payables (excluding taxes) | $0 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $0 |
| k. Prepetition secured debt | $0 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $0 |
| n. Total liabilities (debt) (j+k+l+m) | $0 |
| o. Ending equity/net worth (e-n) | $0 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $0 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $0 | $0 |

UST Form 11-MOR (06/07/2021)                            2

Debtor's Name Lewis E. Wilkerson, Jr.    Case No. 20-34576

## Part 5: Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| | i | | | | | |
| | ii | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| | i | | | | | |
| | ii | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

## Part 6: Postpetition Taxes

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $11,812 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $2,283 |

## Part 7: Questionnaire - During this reporting period:

a. Were any payments made on prepetition debt? (if yes, see Instructions)    Yes ○ No ⦿

b. Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions)    Yes ○ No ⦿

c. Were any payments made to or on behalf of insiders?    Yes ○ No ⦿

d. Are you current on postpetition tax return filings?    Yes ⦿ No ○

e. Are you current on postpetition estimated tax payments?    Yes ⦿ No ○

f. Were all trust fund taxes remitted on a current basis?    Yes ⦿ No ○

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)    Yes ○ No ⦿

h. Were all payments made to or on behalf of professionals approved by the court?    Yes ⦿ No ○ N/A ○

i. Do you have:    Worker's compensation insurance?    Yes ○ No ⦿
    If yes, are your premiums current?    Yes ○ No ○ N/A ⦿ (if no, see Instructions)
    Casualty/property insurance?    Yes ⦿ No ○
    If yes, are your premiums current?    Yes ⦿ No ○ N/A ○ (if no, see Instructions)
    General liability insurance?    Yes ⦿ No ○
    If yes, are your premiums current?    Yes ⦿ No ○ N/A ○ (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?    Yes ○ No ⦿

UST Form 11-MOR (06/07/2021)    3

Debtor's Name Lewis E. Wilkerson, Jr.                                    Case No. 20-34576

k. Has a disclosure statement been filed with the court?          Yes ⦿  No ○
l. Are you current with quarterly U.S. Trustee fees as             Yes ⦿  No ○
   set forth under 28 U.S.C. § 1930?

### Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |

l. Are you required to pay any Domestic Support Obligations as defined by 11      Yes ○  No ⦿
   U.S.C § 101(14A)?
m. If yes, have you made all Domestic Support Obligation payments?               Yes ○  No ○  N/A ⦿

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| | |
|---|---|
| /s/ Lewis E. Wilkerson, Jr. | Lewis E. Wilkerson, Jr. |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Debtor | 09/21/2021 |
| Title | Date |

UST Form 11-MOR (06/07/2021)                    4

**C&F Bank**
*Focused on You*
PO Box 391
West Point, VA 23181

**ADDRESS SERVICE REQUESTED**

LEWIS E WILKERSON JR
CASE# 20-34576-KLP
PO BOX 270
KEYSVILLE VA 23947-0270

**Statement Ending 08/16/2021**

LEWIS E WILKERSON JR                Page 1 of 2
Account Number: XXXXXX3604

**Managing Your Accounts**

| | | |
|---|---|---|
| | Customer Support | 800-296-6246 |
| | Mailing Address | P.O. Box 391, West Point, VA 23181 |
| | Online Banking | www.cffc.com |
| | Mobile Banking | www.cffc.com/mobilebanking |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| ACCESS CHECKING | XXXXXX3604 | $1,016.44 |

# ACCESS CHECKING-XXXXXX3604

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 07/20/2021 | Beginning Balance | $740.19 |
| | 1 Credit(s) This Period | $1,000.00 |
| | 4 Debit(s) This Period | $723.75 |
| 08/16/2021 | Ending Balance | $1,016.44 |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 08/02/2021 | DEPOSIT | $1,000.00 |

### Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 08/10/2021 | Southside Electr WEB PMTS JRXYYG | $42.66 |
| 08/10/2021 | Southside Electr WEB PMTS 1MXYYG | $81.40 |
| 08/10/2021 | Southside Electr WEB PMTS PYXYYG | $351.03 |

### Checks Cleared

| Check Nbr | Date | Amount |
|---|---|---|
| 1025 | 07/28/2021 | $248.66 |

\* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 07/28/2021 | $491.53 | 08/02/2021 | $1,491.53 | 08/10/2021 | $1,016.44 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |


Member FDIC / Equal Housing Lender

**SOUTHSIDE ELECTRIC COOPERATIVE, INC.**
PO BOX 7
CREWE VA 23930-0007

*Your Touchstone Energy® Cooperative*

**For Billing or Service Inquiries**
*PLEASE CONTACT US:* 1-800-552-2118 or www.sec.coop

To report an outage
1-866-878-5514

LEWIS E WILKERSON JR
DAWN H WILKERSON
390 MAPLE RD
KEYSVILLE VA 23947-0270

| ACCOUNT NUMBER | STATEMENT DATE |
|---|---|
| 8007 | 07/20/2021 |

**Rate Description: RESIDENTIAL**

### ACCOUNT INFORMATION

| LOCATION NUMBER | PHONE NUMBER |
|---|---|
| 102668001 | (434) 390-6484 |

| MEMBER NAME(S) |
|---|
| LEWIS E WILKERSON JR |

| SERVICE ADDRESS |
|---|
| 390 MAPLE RD |

| SERVICE LOCATION |
|---|
| GARAGE/SHOP/SHED (NOT A BUSINE |

| SUBSTATION | DIRECTORS DISTRICT |
|---|---|
| BRIERY | 1 |

| BILLING ADDRESS |
|---|
| 390 MAPLE RD |

Page 1 of 2

### YOUR ENERGY USAGE - METER

|  | Current Billing Period | Previous Billing Period | Same Period Last Year |
|---|---|---|---|
| Average Daily Use | 4 | 5 | 2 |
| Average Daily Cost | $1.42 | $1.56 | $1.16 |
| Days in Billing Period | 30 | 31 | 30 |
| Average Monthly Usage | 122 | 167 | 56 |

**LAST 13 MONTHS USAGE**

Jul 2020: 58, Aug: 130, Sep: 118, Oct: 95, Nov: 48, Dec: 22, Jan: 29, Feb: 114, Mar: 87, Apr: 143, May: 144, Jun: 167, Jul 2021: 122

### METER READING INFORMATION

| METER | PRESENT READING | PREVIOUS READING | MULT |
|---|---|---|---|
| 82527970 | 10861  07/15/2021 | 10739  06/15/2021 | 1 |

| kWh | kW | Kvar |
|---|---|---|
| 122 | 0.384 | 0.0 |

### EXPLANATION OF CHARGES

| PREVIOUS CHARGES | 48.59 |
|---|---|
| OUTSTANDING BALANCE | 0.00 |
| DELIVERY CHARGE | 26.00 |
| DIST. ENERGY CHARGE | 5.72 |
| ESS CHARGE | 10.63 |
| DEMAND CHARGE | 0.04 |
| POWER COST ADJUSTMENT .0138- | 1.68 CR |
| SEC CURRENT CHARGES | 40.71 |
| CHARLOTTE UTILITY TAX | 1.76 |
| CHARLOTTE CONSUMPTION TAX | 0.05 |
| SPECIAL REGULATORY TAX | 0.14 |
| **TOTAL CURRENT CHARGES** | **42.66** |
| **TOTAL CHARGES DUE NOW** | **42.66** |
| PLEASE PAY THIS AMOUNT ▶ | 42.66 |

DUE BY: 08/10/21

### IMPORTANT MESSAGE

The Virginia's State of Emergency ended June 30. The disconnection moratorium ends August 29. Disconnections begin on the due date of the October bill. If your account is over 30 days past due, you qualify for the COVID-19 Relief Repayment Plan. To start your plan please contact us at 1-800-552-2118.

---

*PLEASE TEAR HERE AND ENCLOSE BOTTOM PORTION WITH PAYMENT*
*DO NOT USE STAPLES OR TAPE ON YOUR CHECKS OR STUBS*

**SOUTHSIDE ELECTRIC COOPERATIVE, INC.**
PO BOX 7
CREWE VA 23930-0007
*Your Touchstone Energy® Cooperative*

**MEMBER NAME:** LEWIS E WILKERSON JR
**BILLING ADDRESS:** DAWN H WILKERSON
390 MAPLE RD
KEYSVILLE VA 23947-0270

| STATEMENT DATE | DUE DATE | ACCOUNT NUMBER |
|---|---|---|
| 07/20/2021 | 08/10/2021 | 8007 |

| OUTSTANDING BALANCE | CURRENT CHARGES |
|---|---|
| $0.00 | $42.66 |

| TOTAL AMOUNT DUE |
|---|
| $42.66 |

A one and one-half percent (1.50%) late fee will be assessed on any past due balance that appears on monthly billing statements.

☐ Check this box and see reverse side for address or telephone changes.

☐ Your monthly budget payment will be $40.00. To sign up for budget, check the box, PAY TOTAL DUE and initial. Your next billing statement will begin your budget payments. Initials ___

☐ Check this box to indicate that you are donating $_____ to Energy Share. Initials ___

SOUTHSIDE ELECTRIC COOPERATIVE, INC.
PO BOX 63045
CHARLOTTE NC 28263-3045      3



0000051649800700000000000000004266000000000000000042661

## Your payment was APPROVED

| | |
|---|---|
| **Authorization Code:** | 2941998 |
| **Transaction ID:** | 3092908 |
| **Processor Transaction ID:** | VXRBK5VMLA1 |
| **Transaction Date & Time:** | Aug 09, 2021 10:58 AM |
| **Total Payment Amount:** | $42.66 |

| Account | Amount |
|---|---|
| ████8007 | $42.66 |
| Total: | $42.66 |

**SOUTHSIDE ELECTRIC COOPERATIVE, INC.**
PO BOX 7
CREWE VA 23930-0007

*Your Touchstone Energy® Cooperative*

**For Billing or Service Inquiries**
PLEASE CONTACT US: 1-800-552-2118 or www.sec.coop

To report an outage
1-866-878-5514

2815   1 AV 0.398                    5 2815
LEWIS E WILKERSON JR                 C-9
DAWN H WILKERSON
390 MAPLE RD
KEYSVILLE VA 23947-4129

| ACCOUNT NUMBER | STATEMENT DATE |
|---|---|
| ▓▓▓8006 | 07/20/2021 |

Rate Description: RESIDENTIAL

| ACCOUNT INFORMATION ||
|---|---|
| LOCATION NUMBER | PHONE NUMBER |
| 102667001 | (434) 390-6484 |
| MEMBER NAME(S) ||
| LEWIS E WILKERSON JR ||
| SERVICE ADDRESS ||
| 390 MAPLE RD ||
| SERVICE LOCATION ||
| HOME ||
| SUBSTATION | DIRECTORS DISTRICT |
| BRIERY | 1 |
| BILLING ADDRESS ||
| 390 MAPLE RD ||

Page 1 of 2

### YOUR ENERGY USAGE - METER

| | Current Billing Period | Previous Billing Period | Same Period Last Year |
|---|---|---|---|
| Average Daily Use | 15 | 9 | 12 |
| Average Daily Cost | $2.69 | $2.00 | $2.48 |
| Days in Billing Period | 30 | 31 | 30 |
| Average Monthly Usage | 444 | 283 | 363 |

**LAST 13 MONTHS USAGE**

Jul 2020: 363, Aug: 719, Sep: 359, Oct: 151, Nov: 151, Dec: 699, Jan: 1527, Feb: 1571, Mar: 664, Apr: 308, May: 202, Jun: 283, Jul 2021: 444

### METER READING INFORMATION

| METER | PRESENT READING | PREVIOUS READING | MULT |
|---|---|---|---|
| 55262291 | 3829  07/15/2021 | 3385  06/15/2021 | 1 |

| kWh | kW | Kvar |
|---|---|---|
| 444 | 3.008 | 0.0 |

### EXPLANATION OF CHARGES

| | |
|---|---|
| PREVIOUS CHARGES | 62.38 |
| OUTSTANDING BALANCE | 0.00 |
| DELIVERY CHARGE | 26.00 |
| DIST. ENERGY CHARGE | 19.34 |
| ESS CHARGE | 38.70 |
| DEMAND CHARGE | 0.30 |
| POWER COST ADJUSTMENT .0138- | 6.13 CR |
| SEC CURRENT CHARGES | 78.21 |
| CHARLOTTE UTILITY TAX | 2.50 |
| CHARLOTTE CONSUMPTION TAX | 0.17 |
| SPECIAL REGULATORY TAX | 0.52 |
| **TOTAL CURRENT CHARGES** | **81.40** |
| **TOTAL CHARGES DUE NOW** | **81.40** |
| PLEASE PAY THIS AMOUNT ▶ | 81.40 |
| | DUE BY: 08/10/21 |

### IMPORTANT MESSAGE

The Virginia's State of Emergency ended June 30. The disconnection moratorium ends August 29. Disconnections begin on the due date of the October bill. If your account is over 30 days past due, you qualify for the COVID-19 Relief Repayment Plan. To start your plan please contact us at 1-800-552-2118.

---

▼ **PLEASE TEAR HERE AND ENCLOSE BOTTOM PORTION WITH PAYMENT** ▼
DO NOT USE STAPLES OR TAPE ON YOUR CHECKS OR STUBS

**SOUTHSIDE ELECTRIC COOPERATIVE, INC.**
PO BOX 7
CREWE VA 23930-0007

*Your Touchstone Energy® Cooperative*

MEMBER NAME:   LEWIS E WILKERSON JR
BILLING ADDRESS:   DAWN H WILKERSON
                   390 MAPLE RD
                   KEYSVILLE VA 23947-0270

| STATEMENT DATE | DUE DATE | ACCOUNT NUMBER |
|---|---|---|
| 07/20/2021 | 08/10/2021 | ▓▓▓8006 |
| OUTSTANDING BALANCE || CURRENT CHARGES |
| $0.00 || $81.40 |
| TOTAL AMOUNT DUE |||
| $81.40 |||

A one and one-half percent (1.50%) late fee will be assessed on any past due balance that appears on monthly billing statements.

☐ Check this box and see reverse side for address or telephone changes.

☐ Your monthly budget payment will be $98.00. To sign up for budget, check the box, PAY TOTAL DUE and initial. Your next billing statement will begin your budget payments. Initials_____

☐ Check this box to indicate that you are donating $_____ to Energy Share. Initials_____

SOUTHSIDE ELECTRIC COOPERATIVE, INC.
PO BOX 63045                                    3
CHARLOTTE NC 28263-3045



0000051649800600000000000000000081400000000000000000081408

8/9/2021    Southside Electric Cooperative SmartHub - Southside Electric Cooperative SmartHub - Billing & Payments

## Your payment was APPROVED

| | |
|---|---|
| **Authorization Code:** | 2941996 |
| **Transaction ID:** | 3092906 |
| **Processor Transaction ID:** | FYCNK5VMLA8 |
| **Transaction Date & Time:** | Aug 09, 2021 10:57 AM |
| **Total Payment Amount:** | $81.40 |

| Account | Amount |
|---|---|
| ■■■8006 | $81.40 |
| **Total:** | **$81.40** |

**SOUTHSIDE ELECTRIC COOPERATIVE, INC.**
PO BOX 7
CREWE VA 23930-0007

*Your Touchstone Energy® Cooperative*

**For Billing or Service Inquiries**
PLEASE CONTACT US: 1-800-552-2118 or www.sec.coop

To report an outage
1-866-878-5514

LEWIS E WILKERSON JR
PO BOX 270
KEYSVILLE VA 23947-0270

| ACCOUNT NUMBER | STATEMENT DATE |
|---|---|
| ▓▓6006 | 07/27/2021 |

**Rate Description: RESIDENTIAL**

### ACCOUNT INFORMATION

| LOCATION NUMBER | PHONE NUMBER |
|---|---|
| 102709002 | (434) 736-9100 |

| MEMBER NAME(S) |
|---|
| LEWIS E WILKERSON JR |

| SERVICE ADDRESS |
|---|
| 719 OLE BRIERY STATION RD |

| SERVICE LOCATION |
|---|
|  |

| SUBSTATION | DIRECTORS DISTRICT |
|---|---|
| BRIERY | 2 |

| BILLING ADDRESS |
|---|
| PO BOX 270 |

Page 1 of 2

### YOUR ENERGY USAGE - METER

|  | Current Billing Period | Previous Billing Period | Same Period Last Year |
|---|---|---|---|
| Average Daily Use | 88 | 52 | 69 |
| Average Daily Cost | $11.19 | $6.97 | $9.51 |
| Days in Billing Period | 31 | 30 | 33 |
| Average Monthly Usage | 2739 | 1549 | 2281 |

**LAST 13 MONTHS USAGE**

Jul 2020: 2281, Aug: 2399, Sep: 1959, Oct: 1432, Nov: 1919, Dec: 1718, Jan: 1446, Feb: 1041, Mar: 1620, Apr: 1330, May: 1233, Jun: 1549, Jul 2021: 2739

### METER READING INFORMATION

| METER | PRESENT READING | PREVIOUS READING | MULT |
|---|---|---|---|
| 82534944 | 3520  07/22/2021 | 781  06/21/2021 | 1 |

| kWh | kW | Kvar |
|---|---|---|
| 2739 | 10.176 | 0.0 |

**IMPORTANT MESSAGE**
The Virginia's State of Emergency ended June 30. The disconnection moratorium ends August 29. Disconnections begin on the due date of the October bill. If your account is over 30 days past due, you qualify for the COVID-19 Relief Repayment Plan. To start your plan please contact us at 1-800-552-2118.

### EXPLANATION OF CHARGES

| PREVIOUS CHARGES | 211.39 |
|---|---|
| OUTSTANDING BALANCE | 0.00 |
| DELIVERY CHARGE | 26.00 |
| DIST. ENERGY CHARGE | 116.39 |
| ESS CHARGE | 238.76 |
| DEMAND CHARGE | 1.02 |
| POWER COST ADJUSTMENT .0138- | 37.80 CR |
| SEC CURRENT CHARGES | 344.37 |
| PRINCE EDWARD UTILITY TAX | 2.50 |
| PRINCE EDWARD CONSUMPTION TAX | 1.01 |
| SPECIAL REGULATORY TAX | 3.15 |
| TOTAL CURRENT CHARGES | 351.03 |
| TOTAL CHARGES DUE NOW | 351.03 |
| **PLEASE PAY THIS AMOUNT ▶** | **351.03** |

DUE BY: 08/17/21

---

*PLEASE TEAR HERE AND ENCLOSE BOTTOM PORTION WITH PAYMENT*
*DO NOT USE STAPLES OR TAPE ON YOUR CHECKS OR STUBS*

**SOUTHSIDE ELECTRIC COOPERATIVE, INC.**
PO BOX 7
CREWE VA 23930-0007

*Your Touchstone Energy® Cooperative*

MEMBER NAME: LEWIS E WILKERSON JR
BILLING ADDRESS: PO BOX 270
KEYSVILLE VA 23947-0270

| STATEMENT DATE | DUE DATE | ACCOUNT NUMBER |
|---|---|---|
| 07/27/2021 | 08/17/2021 | ▓▓5006 |

| OUTSTANDING BALANCE | CURRENT CHARGES |
|---|---|
| $0.00 | $351.03 |

| TOTAL AMOUNT DUE |
|---|
| $351.03 |

A one and one-half percent (1.50%) late fee will be assessed on any past due balance that appears on monthly billing statements.

☐ Check this box and see reverse side for address or telephone changes.

☐ Your monthly budget payment will be $226.00. To sign up for budget, check the box, PAY TOTAL DUE and initial. Your next billing statement will begin your budget payments. Initials _____

☐ Check this box to indicate that you are donating $_____ to Energy Share. Initials _____

SOUTHSIDE ELECTRIC COOPERATIVE, INC.
PO BOX 63045
CHARLOTTE NC 28263-3045    4



0000007698500600000000000000000035103000000000000000351034

8/9/2021 — Southside Electric Cooperative SmartHub - Billing & Payments

## Your payment was APPROVED

| | |
|---|---|
| **Authorization Code:** | 2942000 |
| **Transaction ID:** | 3092910 |
| **Processor Transaction ID:** | HWHY06VMMA1 |
| **Transaction Date & Time:** | Aug 09, 2021 10:59 AM |
| **Total Payment Amount:** | $351.03 |

| Account | Amount |
|---|---|
| ▇▇5006 | $351.03 |
| Total: | $351.03 |

Office of the U. S. Trustee
701 East Broad St.
Suite #4304
Richmond, VA 23219

804-771-2310

0005245
**********AUTO**MIXED AADC 170
WILKERSON, LEWIS E. JR.
PO BOX 270
KEYSVILLE, VA 23947-0270



Page 1 of 1    Rev

Account No.: XXXX-34576
Process Date: 07-06-21

UNITED STATES
DEPARTMENT OF JUSTICE
U.S. TRUSTEE PROGRAM

See Instructions
On Reverse Side

## Chapter 11 Quarterly Fees Statement

| Date | Description | Amount |
|---|---|---|
| 06-07-21 | Balance Forward | 651.34 |
| 06-29-21 | Payment from Lock Box | 651.34- |
| 06-29-21 | Adjustments to interest assessed from previous statement. | 1.34- |
| 07-06-21 | Quarter 2, 2021 Fee Due {Disbursements = $12,750.} (6) | 250.00 |
| | Estimated Balance Due Based On Disbursement Record | 248.66 |

Fee estimated based on available disbursements data.

DISBURSEMENTS STUB: Enter information, sign, detach, and return this stub in the window envelope.

ADDRESS STUB: Print address correction on reverse side. Place an "X" in the box if a correction is entered. ☐

Failure to file monthly operating reports may result in a motion filed by the U.S. Trustee office to convert or dismiss the case. In the section below, enter the disbursements for months/years that are missing monthly operating reports or disbursement information. For post-confirmation cases, consult the local U.S. Trustee office for the case regarding whether monthly or quarterly reports are required; if quarterly, enter the entire quarter's disbursement data in the last month of the quarter and write a "Q" after it. Round to nearest dollar. This is not a substitute for filing the required report.

**WILKERSON, LEWIS E. JR.** Account Number: XXXX-34576

I certify under penalty of perjury that to the best of my knowledge the above disbursement information is true and correct.