UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| LEWIS E. WILKERSON, JR., | ) Case No. 20-34576-KLP |
|  | ) |
| Debtor. | ) |
|  | ) |

### ORDER ON MOTION OF HERITAGE TRAIL SOLAR, LLC FOR LEAVE TO ENLARGE THE TIME TO FILE A CLAIM AND TO DEEM THE CLAIM AS TIMELY FILED AND MEMORANDUM IN SUPPORT THEREOF

Upon the *Motion of Heritage Trail Solar, LLC for Leave to Enlarge the Time to File a Claim and to Deem the Claim as Timely Filed and Memorandum in Support Thereof* (the "Motion for Leave") [Docket No. 165]; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409 to hear the Motion for Leave;[1] and this Court having found that notice of the Motion for Leave and opportunity for a hearing on the Motion for Leave were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion for Leave; and this Court having determined that just cause for the relief granted herein was established by the legal and factual bases set forth in the Motion for

---

[1] Capitalized terms that are not defined herein shall have the meaning ascribed to them in the Motion for Leave.

Michael D. Mueller, Esquire (VSB No. 38216)
Jennifer M. McLemore, Esquire (VSB No. 47164)
Bennett T. W. Eastham, Esquire (VSB No. 93484)
WILLIAMS MULLEN
200 South 10th Street, Suite 1600
Richmond, Virginia 23219
Telephone: (804) 420-6000
Facsimile: (804) 420-6507
Email:  mmueller@williamsmullen.com
        jmclemore@williamsmullen.com
        beastham@williamsmullen.com

*Counsel for Heritage Trail Solar, LLC*

Leave and upon the consent of the above-captioned Debtor; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion for Leave is hereby GRANTED.

2. Heritage Trail Solar, LLC may file a proof of claim against the Debtor, and the deadline to do so is enlarged up to and including October 31, 2021, and any such proof of claim filed by Heritage Trail Solar, LLC shall be deemed to be timely filed, if it is filed on or before that date.

3. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4. This Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

ENTERED this ___ day of _____, 2021.
Entered On Docket: Oct 7 2021

Oct 6 2021

/s/ Keith L Phillips
United States Bankruptcy Judge

2

WE ASK FOR THIS:

/s/ Jennifer M. McLemore
Michael D. Mueller, Esquire
Jennifer M. McLemore, Esquire
Bennett T. W. Eastham, Esquire
Williams Mullen
200 South 10th, Street, Suite 1600
Richmond, Virginia 23219-3095
Telephone: (804) 420-6000
Facsimile: (804) 420-6507
Email: mmueller@williamsmullen.com
　　　　jmclemore@williamsmullen.com
　　　　beastham@williamsmullen.com

*Counsel for Heritage Trail Solar, LLC*


SEEN AND AGREED:


/s/ Hunter R. Wells    (with permission by email dated 10/6/2021)
Robert A. Canfield, Esquire
Hunter R. Wells, Esquire
Canfield Wells, LLP
4124 E. Parham Road
Henrico, VA 23228

*Counsel for Debtor*

46205606.2

## LOCAL BANKRUPTCY RULE 9022-1 CERTIFICATION

The undersigned counsel hereby certifies that this Order has been endorsed by all necessary parties.

/s/ Jennifer M. McLemore
Jennifer M. McLemore

## PARTIES TO BE NOTICED

Robert A. Canfield
Canfield Wells, LLP
4124 E. Parham Road
Henrico, VA 23228

Jennifer M. McLemore
200 E. 10th Street
Suite 1600
Richmond, Virginia 23219

46205606_2