# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0422–3 | User: bullockn | Date Created: 10/7/2021 |
| Case: 20–34576–KLP | Form ID: pdford9 | Total: 2 |

**Recipients of Notice of Electronic Filing:**
aty    Jennifer McLain McLemore    jmclemore@williamsmullen.com
aty    Robert A. Canfield    bcanfield@canfieldbaer.com

TOTAL: 2