UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE: Lewis E. Wilkerson, Jr.　　　　　　　　　　　　Case No. 20-34576-KLP
　　　　　　　　Debtor.　　　　　　　　　　　　　　　Chapter 11

## ORDER ALLOWING FIRST APPLICATION OF COUNSEL CANFIELD WELLS, LLP FOR AWARD OF COMPENSATION AND REIMBURSEMENT OF EXPENSES, NOVEMBER 17, 2020 TO MAY 2, 2022

THIS MATTER came before the United States Bankruptcy Court for the Eastern District of Virginia (The "Court") upon the First Application of Counsel Canfield Wells, LLP for Award of Compensation and Reimbursement of Expenses, November 17, 2020 to May 2, 2022, Inclusive (the "Application") filed by Canfield Wells, LLP; and

IT APPEARING to the Court that Applicant provided proper notice of the Application to all necessary parties and no objections have been made; and

IT FURTHER APPEARING that the request for an award of compensation and reimbursement of expenses as allowed herein is reasonable; it is hereby

ORDERED THAT:

1. The Application meets the requirements of the Bankruptcy Code and the award of compensation of reimbursement of expenses sought in the Application are both fair and reasonable.

2. The Application is hereby approved in its entirety, and the award of compensation and reimbursement of expenses for the fee period of November 17, 2020 to May 2, 2022, in the total amount of 18,415.03, are hereby approved, and Lewis E. Wilkerson, Jr., is hereby

Robert A. Canfield, VSB 16901
Canfield Wells, LLP
4124 E. Parham Road
Richmond, VA 23228
Phone: (804) 673-6600
Facsimile: (804) 673-6604
*Counsel for Debtor*

authorized and directed to pay Canfield Wells, LLP the unpaid portion of such compensation and expenses.

3. No further service of this Order shall be required, as counsel for all necessary parties shall receive service through the Court's ECF System.

Entered: Apr 21 2023

/s/ Keith L Phillips
Bankruptcy Judge

Entered On Docket: Apr 21 2023

I ask for this:

/s/ Robert A. Canfield
Robert A. Canfield, VSB 16901
Canfield Wells, LLP
4124 E. Parham Road
Richmond, VA 23228
Phone: (804) 673-6600
Facsimile: (804) 673-6604
*Counsel for Debtor*

Seen and not objected to:

/s/ Kathryn R. Montgomery (via e-mail dated 4.13.2023)
Kathryn R. Montgomery, Assistant United States Trustee
Shannon F. Pecoraro, VSB No. 46864
Office of the US Trustee
701 E. Broad Street, Ste. 4304
Richmond, VA 232

**CERTIFICATION OF ENDORSEMENT**

I hereby certify that the foregoing has been endorsed by and served upon all necessary parties.

/s/ Robert A. Canfield
Robert A. Canfield